UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
Tina Bradway, Individually and as Administratrix of
the Estate of Tony Bradway,

                              Plaintiff,                **NOTICE OF MOTION**
                                                                     Case No. CV -09-3177

   - against –

THE TOWN OF SOUTHAMPTON, LINDA A.
KABOT, OFFICER JAMES KIERNAN, OFFICER
ERIC SICKLES, OFFICER VINCENT CAGNO,        (Bianco, J)
OFFICER STEVE FRANKENBACH, OFFICER
DAVID PETERS, OFFICER WILLIAM KIERNAN      (Lindsay, MJ)
and OFFICER MONTALBANO,


                              Defendants.
-------------------------------------------------------------------------X

| | |
|---|---|
| MOTION BY: | Defendants, THE TOWN OF SOUTHAMPTON, LINDA A. KABOT, OFFICER JAMES KIERNAN, OFFICER ERIC SICKLES, OFFICER VINCENT CAGNO, OFFICER STEVE FRANKENBACH, OFFICER DAVID PETERS, OFFICER WILLIAM KIERNAN and OFFICER MONTALBANO |
| DATE AND TIME RETURNABLE: | To be set by the Honorable Court. Pursuant to Judge Bianco's Order, dated May 6, 2011, opposition papers are due July 6, 2011. The fully briefed motion is to be filed with court by July 20, 2011. |
| PLACE OF HEARING: | United States District Court, Eastern District of New York located at the Federal Courthouse, 100 Federal Plaza, Central Islip, New York 11722. |
| SUPPORTING PAPERS: | Declaration by Joshua S. Shteierman, dated June 6, 2011, pleadings and exhibits, Statement of Undisputed Facts and Memorandum of Law in support of summary judgment motion. |

| | |
|---|---|
| RELIEF DEMANDED: | (A) An order granting defendant's motion for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure |
| | (B) Such other and further relief as this Court deems just and proper. |

Dated: Smithtown, New York
       June 6, 2011

                                      Respectfully submitted,

                                      DEVITT SPELLMAN BARRETT, LLP
                                      Attorneys for Defendants
                                      50 Route 111
                                      Smithtown, New York 11787
                                      (631) 724-8833


                                      By: _____/S/_____
                                              JOSHUA S. SHTEIERMAN (JS 1954)


TO:    RUSKIN MOSCOU FALTISCHEK, P.C.
          Attorneys for Plaintiff
          1425 RXR Plaza
          East Tower, 15th Floor
          Uniondale, New York 11556
          (516) 663-6600