SUPPORTING DEPOSITION
STATEMENT

Page 1 of 1

STATE OF NEW YORK}
COUNTY OF SUFFOLK}     SS
TOWN OF SOUTHAMPTON}

DATE: 6-9-2008

I, Kenneth J. Bo, being duly sworn, deposes and says:

I was born on June 28, 1969. I am 48 years old and was born in New York City, NY. I live at 18 Greenfield Road, Southampton NY 11968.

I give this statement freely and it is true to the best of my knowledge to Sergeant James Kiernan of the Southampton Town Police Department.

On Monday, June 9, 2008 at about 8:30 AM I was at my house when the police came. They told me that they were investigating an incident at my house. I told them they are always welcome in my house and I let them in. I told them that they could search the house if they want to. I always cooperate with the police when they ask me anything. At about 10:00 AM the police arrested a guy that was staying at my house, Tony Bradway. Tony was sitting in the living room and the police were asking him questions. Tony never picked his head up to answer them. He just sat there facing the ground. At one point I was in the next room and I heard the police yell at Tony, asking him to spit out what he was chewing. I heard the police tell him if he doesn't spit it out they were going to "tase" him. I heard them warn him again and then I heard the sound of the taser. At that time I heard them warn him again to stop chewing whatever was in his mouth or they would "tase" him again. At that time I heard the taser again and I heard the police yell, "spit it out". After that the police took him out of my house. When I walked into the room a few minutes later I saw a plastic bag that had white stuff on it that looked like it had been chewed up.

I have read the above statement consisting of one page and swear that it is true to the best of my knowledge.

*Kenneth Bo 6/9/08*

SWORN TO BEFORE ME
THIS 9th DAY OF June, 2008

FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE AS A CLASS "A" MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE PENAL LAW OF THE STATE OF NEW YORK

x _____ KIERNAN #29/scn       x _Kenneth Bo_

JAMES J. KIERNAN
Notary Public, State of New York
No. 01KI6171880
Qualified in Suffolk County
Commission Expires 07/30/20__

63