Case 2:09-cv-03177-JFB-ARL   Document 24-9   Filed 06/06/11   Page 1 of 50 PageID #: 190

PO E. Sickles

 1

 2     him.  I know we were looking for him at one

 3     point.  I don't know if I had direct contact

 4     with him or not, but I remember an investigation

 5     that he was involved in.

 6          Q     Okay, so when you say you were

 7     looking for him, it was part of an

 8     investigation?

 9          A     Yes.

10          Q     What kind of investigation?

11          A     A drug investigation.

12          Q     Was that at or about the time of

13     his arrest or --

14          A     Years prior.

15          Q     Okay, years prior, okay.

16                So when you got to the residence,

17     where was Mr. -- where was Officer Frankenbach?

18          A     He was standing in like a dining

19     area.

20          Q     So he was already in the house?

21          A     Yes.

22          Q     Okay.

23                And then you entered the house

24     with Officer Cagno?

25          A     And I believe Kenny Bow, also.  I

1

2  believe he was in the driveway when we pulled

3  in, and we all walked in together.

4          Q       Do you know if Mr. Bow called the

5  police?  Is that why the police were there or...

6          A       I don't know.

7          Q       Okay.

8                  So when you entered the house,

9  describe for me the scene.

10         A       Well, you walk into a foyer area

11 with an attached dining room, and then further

12 through the dining room is a large living room

13 area, with, I believe, pocket doors.

14         Q       So that was where Mr. Bradway was?

15         A       Yes.  He was laying on one couch

16 and Danielle Gianini was laying on another

17 couch.

18         Q       They were both asleep?

19         A       Yes.

20         Q       And I assume at some point they

21 woke up?

22         A       Yes.

23         Q       Why did they wake up?

24         A       I had walked over to -- well,

25 prior to that, my partner, Officer Cagno, had

PO E. Sickles

2   pointed out to me that Ms. Gianini had had a

3   crack pipe in her hand while she was sleeping,

4   so I approached her, and I woke her up, and at

5   that time we placed her into handcuffs and

6   advised her she was under arrest.

7       Q       Was she under the influence of any

8   kind of drug at that point?

9       A       I'm not sure.

10      Q       Did she exhibit any kind of

11  physical or mental condition that would lead you

12  to believe that she was intoxicated or otherwise

13  on some sort of narcotic?

14      A       I'm not sure.  She was

15  noncompliant, but I don't know if that was

16  because we had woken her up or not.

17      Q       What was her reaction when you

18  woke her up?

19      A       She struggled with us.

20      Q       But did she know you were police

21  officers?

22      A       We ID'd ourselves.

23      Q       Right.

24              But what I mean is did she

25  struggle because she knew you were police

PO E. Sickles

1

2    officers, did she try to get away?

3                      MS. DEJONG:  I'll object to

4                 the form.  I don't know how he

5                 could know that.

6                      MR. TELESCA:  Right.  I

7                 understand.

8         A     Yeah, I'm not sure.

9         Q     So you arrested her at that time?

10        A     Yes.

11        Q     Was Mr. Bradway still sleeping?

12        A     No.

13        Q     Okay.

14              So at the time you arrested

15   Ms. Gianini, where was Mr. Bradway?

16        A     He was laying on the -- on a

17   separate couch.

18        Q     He was still laying down?

19        A     No, at the time when we placed

20   Ms. Gianini under arrest, he stood up from the

21   couch behind me.

22        Q     Okay.

23              So did you arrest Ms. Gianini?

24        A     Yes.

25        Q     And you handcuffed her?

1                              PO E. Sickles

2          A      Yes.

3          Q      How did you handcuff her?

4          A      With her hands behind her.

5          Q      And that was at the couch in the

6    living room?

7          A      Yes.

8          Q      And what happened next with

9    Ms. Gianini?

10         A      She was brought into the dining

11   room area.

12         Q      Did she sit down?

13         A      Yes.

14         Q      I assume you brought Ms. Gianini

15   into the dining room area?

16         A      I believe Officer Cagno did.

17         Q      While Officer Cagno was bringing

18   Ms. Gianini into the dining room area, what did

19   you do?

20         A      I turned back towards Mr. Bradway,

21   who was ordered by us to sit back down on the

22   couch.  I ordered him to get up off the couch

23   and walked him into the dining room, also.

24         Q      When you walked him into the

25   dining room, was he handcuffed?

2       A       I don't believe so.

3       Q       Was he arrested at that point?

4       A       Not at that particular moment.

5       Q       How long is it from the couches in

6   the living room into the dining room?

7       A       10 feet, 15 feet?

8       Q       Okay.

9               At some point, though, Mr. Bradway

10  was arrested, though; correct?

11      A       Yes.

12      Q       And who actually arrested

13  Mr. Bradway?

14      A       Officer Cagno.

15      Q       Okay.

16              Do you know why he arrested

17  Mr. Bradway?

18      A       Yes.

19      Q       Why?

20      A       I told him to place Mr. Bradway in

21  handcuffs.

22      Q       And why did you do that?

23      A       Because where Mr. Bradway was

24  sitting on the couch, I observed a knotted

25  plastic baggy containing what I believed to be

PO E. Sickles

2     crack cocaine.

3           Q      Was that bag ever analyzed?

4           A      I believe so.

5           Q      Do you know the findings of the

6     analysis?

7           A      I believe there was a presence

8     of -- positive for crack cocaine.

9           Q      Now, the crack cocaine that was in

10    the baggy, is that in powder form or solid form?

11          A      Solid form.

12          Q      So was Mr. Bradway, then, arrested

13    in the dining room?

14          A      I believe so.

15          Q      Okay.

16                 But you are not a hundred percent

17    sure?

18          A      It could have been between the

19    couch and the dining room.  I don't recall.

20          Q      Okay.

21                 So it's unclear because the rooms

22    are right next to each other, is that --

23          A      Yes.

24          Q      Okay.

25                 So at some point, Mr. Bradway was

1                         PO E. Sickles

2    handcuffed?

3         A    Yes.

4         Q    Do you recall the time you got to

5    Greenfield Road that day?

6         A    Not the exact time, no.

7         Q    Was it in the morning?

8         A    Yes.

9         Q    Do you know approximately what

10   time?

11        A    Little after nine, maybe.

12        Q    Okay.

13             And how long after you arrived at

14   the house was Ms. Gianini arrested?

15        A    I'm not sure.

16        Q    Was it more than a half hour or

17   less than a half hour?

18        A    I believe less than a half hour.

19        Q    And how long between the arrests

20   of Ms. Gianini and Mr. Bradway?

21        A    Within five minutes.

22        Q    Okay.

23             And Mr. Bradway was handcuffed?

24        A    Yes.

25        Q    And how was he handcuffed?

```
 1                          PO E. Sickles
 2        A       Behind his back with the backs of
 3   his hands facing together.
 4        Q       Okay.
 5                And is that normal procedure?
 6        A       Yes.
 7        Q       And was Ms. Gianini handcuffed the
 8   same way?
 9        A       Yes, I believe so.
10        Q       Okay.
11                So Officer Cagno was the person,
12   though, who handcuffed both Ms. Gianini and
13   Mr. Bradway?
14        A       I think I handcuffed Ms. Gianini.
15        Q       Okay, but Officer Cagno walked her
16   into the dining room?
17        A       Yes.
18        Q       And then at some point both
19   Ms. Gianini and Mr. Bradway were sitting in the
20   dining room?
21        A       Yes.
22        Q       Was there a dining room table?
23        A       Yes.
24        Q       How big was it?
25        A       I'm not sure.
```

1                           PO E. Sickles

2          Q      Okay.

3                 We're sitting at a table now

4    that's maybe six-by-four?

5          A      Probably close to that.

6          Q      Was the table about this size,

7    bigger, smaller?

8          A      Approximately this size

9    (indicating), I would say.

10         Q      And where was Ms. Gianini sitting

11   in relation to Mr. Bradway?

12         A      He was sitting at one corner on

13   one side and she was closer to the other corner

14   on the other side.

15         Q      So were they both near the heads

16   of the table?

17         A      Close to, yes.

18         Q      So they weren't across from each

19   other like we are now?

20         A      No.

21         Q      Were they like the court reporter

22   and Officer Cagno who are on the heads of the

23   table?

24         A      Off to the side, though

25   (indicating).

1                        PO E. Sickles

2         Q       On the corners?

3         A       On the corners.

4         Q       And did Officer Frankenbach get

5    involved in the actual -- the literal arrest of

6    either Ms. Gianini or Tony Bradway?

7         A       No, he just ordered Mr. Bradway

8    back onto the couch when he stood up initially.

9         Q       Okay.

10               Now, at any time between

11   Ms. Gianini being arrested and Mr. Bradway being

12   arrested, did Mr. Bradway act in a threatening

13   manner?

14        A       No.

15        Q       How about after he was arrested,

16   at any time did he act in a threatening manner?

17        A       No.

18        Q       Okay.

19               So you testified earlier that you

20   used the Taser two times on Mr. Bradway.  Was it

21   that day?

22        A       Yes.

23        Q       Can you describe to me the events

24   that led up to the use of the Taser?

25        A       Once we had both subjects under

1  PO E. Sickles

2  arrest, we called for transporting vehicles.  I

3  believe at that time Officer Peters had arrived,

4  and I believe Officer Peters had some prior

5  contact with Mr. Bradway in the past, and began

6  to speak to him, and at that time, Mr. Bradway

7  wouldn't even look up.  He kept his head down

8  and was just shaking his head.

9       Q     When you say "kept his head down,"

10  was his head above or below the table, if you

11  can recall?

12       A     I can't recall -- no, I believe it

13  was below the table, closer to his knees.

14       Q     Almost with his head between his

15  legs?

16       A     Yes.

17       Q     Okay.  So continue.

18       A     And then at some point I had began

19  to speak to Officer Peters, and I heard my

20  partner, Officer Cagno, ask the subject what he

21  was chewing on.

22       Q     So when Ms. Gianini and Mr.

23  Bradway were at the corners of the table, where

24  were you at that point?

25       A     I was between the dining room area

```
 1                    PO E. Sickles
 2   and the foyer area.
 3        Q      So were you closer to Ms. Gianini
 4   or Mr. Bradway?
 5        A      Mr. Bradway.
 6        Q      How about Officer Cagno?
 7        A      Mr. Bradway.  He was next to
 8   Mr. Bradway.
 9        Q      How would you describe where you
10   were in relation to Mr. Bradway?  In other
11   words, were you standing behind him?
12        A      In front of him.
13        Q      But if he was at the corner of the
14   table, I'm not understanding how you can be in
15   front of him.  Were you on the opposite side of
16   the table?
17        A      I was like at an angle with him
18   (indicating).
19        Q      I see.
20               Was Officer Cagno on the other
21   side of him?
22        A      Yes, but more behind him.
23        Q      Okay.
24               So at some point Officer Cagno
25   alerted you that Mr. Bradway was doing
```

2    something?

3         A      Yes.

4         Q      What did Officer Cagno say?

5         A      He asked him what he's chewing on,

6    and he told him several times to spit it out.

7         Q      And do you know what he was

8    chewing on?

9         A      At the time, no.

10        Q      Do you today?

11        A      Yes.

12        Q      What was he chewing on?

13        A      A plastic bag containing powder

14   cocaine.

15        Q      And do you know how he got the

16   plastic bag?

17        A      No.

18        Q      Okay.

19               Do you know where it came from?

20        A      No.

21        Q      Okay.

22               So when you -- when Tony Bradway

23   was brought into the dining room, he didn't have

24   a plastic bag in his mouth?

25        A      I don't know.

Case 2:09-cv-03177-JFB-ARL   Document 24-9   Filed 06/06/11   Page 15 of 50 PageID #: 204

```
 1                            PO E. Sickles

 2            Q        You didn't notice one?

 3            A        I didn't notice.  I didn't speak

 4   to him.

 5            Q        Okay.

 6                     But there was a plastic bag on the

 7   couch, but that had crack cocaine in it.

 8            A        Yes.

 9            Q        Okay.

10                     So after Officer Cagno alerted you

11   that Mr. Bradway was chewing on a plastic bag

12   with some substance in it, what did you do next?

13            A        I walked over to Mr. Bradway to

14   assist Officer Cagno.

15            Q        What was Officer Cagno doing?

16            A        Trying to pick the subject's head

17   up.

18            Q        How was he trying to do that?

19            A        He was holding onto his head

20   behind both ears (indicating) trying to pick his

21   head up.

22            Q        Was that to see what he was

23   chewing on?

24                          MS. DEJONG:  I'll object to

25                     the form.
```

1                          PO E. Sickles

2                          MR. TELESCA:  Okay.

3          Q      So do you know why Officer Cagno

4     pulled up Tony Bradway's head?

5          A      Yes.  To see what he was chewing

6     on.

7          Q      And what happened next?

8          A      Mr. Bradway refused to comply.  We

9     told him several times to spit whatever he had

10    in his mouth out.  At that time, wiping his

11    mouth onto his pants, leaving white residue, and

12    I advised him if he did not cooperate and comply

13    that he would be tased.

14         Q      At the time that Tony Bradway was

15    arrested up until the time that you saw him

16    chewing on the bag, did Mr. Bradway appear

17    intoxicated or did he appear like he was

18    overdosing?

19         A      No.

20         Q      So did Mr. Bradway comply with

21    your request?

22         A      No.

23         Q      So what happened next?

24         A      The subject was tased.  I deployed

25    the Taser and drive-stunned him with it.

Case 2:09-cv-03177-JFB-ARL   Document 24-9   Filed 06/06/11   Page 17 of 50 PageID #: 206

PO E. Sickles

1

2      Q    And you said you did it twice?

3      A    Yes.

4      Q    Okay.

5      After you drive-stunned

6 Mr. Bradway the first time, did Mr. Bradway say

7 or do anything?

8      A    He said he would spit it out, and

9 at that time he spit just the plastic bag out

10 onto the table in front of him.

11      Q    So did he still have some sort of

12 substance in his mouth?

13      A    I believe so.

14      Q    At the time did you have an idea

15 of what it was, or did you have any idea what

16 the substance was -- let me ask it this way.

17      At the time he was chewing on the

18 substance, did you believe it was cocaine?

19      A    I wasn't sure what it was at the

20 time when he first started chewing it.

21      Q    Did you know what color it was?

22      A    Yes.

23      Q    What color was it?

24      A    White.

25      Q    But other than cocaine, did you

PO E. Sickles

1
2  think it could have been something else?
3           A      No.
4           Q      So Mr. Bradway spit the bag out
5  but not the substance, and what did you do after
6  that?
7           A      Once I noticed that he was
8  continuing to chew, I advised him again to spit
9  whatever he had in his mouth out or he'd be
10  tased an additional time.
11          Q      Was he chewing and swallowing or
12  just chewing?
13          A      I don't know swallowing; what
14  would appear to be chewing more vigorously.
15          Q      But you can't say with a hundred
16  percent certainty whether he swallowed or not?
17          A      No.
18          Q      So I assume Mr. Bradway didn't
19  comply with spitting out the substance?
20          A      No, he did not.
21          Q      That's when you drive-stunned him
22  the second time?
23          A      Yes.
24          Q      What happened then?
25          A      He told us he would spit it out,

PO E. Sickles

```
 1
 2   and began to spit it out on the table in front
 3   of him.
 4        Q      To your knowledge, what he spat
 5   out -- if that's the right word -- was that
 6   substance taken in for analysis?
 7        A      I believe so.
 8        Q      Do you know whether it was
 9   analyzed?
10        A      I believe it was.
11        Q      Do you know what the substance
12   was?
13        A      I don't believe I looked at any
14   lab reports.
15        Q      Okay.
16               Did you submit it for analysis or
17   did somebody else?
18        A      I don't recall.
19        Q      At some point during the arrest of
20   Mr. Bradway up until you tasered him or tased
21   him, did you ever report back to any superior
22   officer or headquarters?
23        A      Yes.
24        Q      When did you first do that?
25        A      When we first placed the subjects
```

```
 1                      PO E. Sickles

 2   under arrest.

 3          Q       So that was before Mr. Bradway was

 4   tased?

 5          A       Yes.

 6          Q       Who did you report to?

 7          A       Sergeant James Kiernan.

 8          Q       What did you tell Sergeant Kiernan

 9   about that?

10          A       That we had two subjects under

11   arrest.

12          Q       Did you tell him why they were

13   arrested?

14          A       I told him for possession.

15          Q       What did he say to you?

16          A       To call for a car.

17          Q       Did you call for a car?

18          A       I don't recall if I did or not;

19   one of us did.

20          Q       Somebody who was actually at

21   Greenfield Road called for a car?

22          A       Yes.

23          Q       Other than Sergeant Kiernan

24   telling you to call for a car, did he say

25   anything else to you?
```

1                        PO E. Sickles

2          A     I don't recall.

3          Q     Okay.

4                And how many times did you call

5   Sergeant Kiernan from Greenfield Road before you

6   deployed the Taser?

7          A     One time.

8          Q     At the time that you spoke to

9   Sergeant Kiernan, did you witness Mr. Bradway

10  chewing on anything?

11         A     No.

12         Q     So that was after the phone call?

13         A     Yes.

14         Q     Just so the record is clear, it

15  was after the phone call that Mr. Bradway began

16  chewing on the plastic bag with the substance in

17  it?

18         A     Yes.

19         Q     Okay.

20               And did you speak with Sergeant

21  Kiernan after Mr. Bradway was tased?

22         A     Yes.

23         Q     Why did you call him the second

24  time?

25         A     To fill him in on what had

1                      PO E. Sickles

2   occurred.

3         Q       What did you tell him?

4         A       That the subject began to chew on

5   a substance and that he wasn't complying with us

6   and that I deployed a Taser and there was going

7   to be some additional charges, and I asked him

8   for direction, what he wanted me to do.

9         Q       What were the additional charges?

10        A       I wasn't sure.  It was an

11  additional possession charge.  I wouldn't have

12  known exactly what that was until we were able

13  to weigh it out and stuff.

14        Q       Okay.  What did Sergeant -- what

15  direction did Sergeant Kiernan give you at that

16  point?

17        A       He told me to have a car transport

18  him to headquarters.

19        Q       Did you tell Sergeant Kiernan on

20  the phone the second time that Mr. Bradway had

21  been chewing on a substance that you believed

22  may or may not have been some sort of narcotic?

23        A       Yes.

24        Q       What did he say in response to

25  that, if anything?

```
 1                       PO E. Sickles
 2          A      I don't recall.
 3          Q      Other than telling you to bring
 4   Mr. Bradway to headquarters -- or to have
 5   Mr. Bradway brought to headquarters, did
 6   Sergeant Kiernan say anything else?
 7          A      I believe he asked me the
 8   condition of the subject.
 9          Q      Okay.
10                 And what did you tell him?
11          A      That he didn't appear like he was
12   in any sort of distress.
13          Q      Okay.
14                 What happened after Mr. Bradway
15   spat out the substance on the table, what
16   happened with him?
17          A      He was transported to
18   headquarters.
19          Q      Who transported him to
20   headquarters?
21          A      Officer William Kiernan.
22          Q      Okay.
23                 At any time before Mr. Bradway was
24   transported by Officer Kiernan to headquarters,
25   were you aware that Mr. Bradway had ingested a
```

```
 1                    PO E. Sickles
 2    certain amount of cocaine?
 3         A      A certain amount?  I don't
 4    understand.
 5         Q      Okay.
 6                Before Mr. Bradway was transported
 7    to headquarters from Greenfield Road, were you,
 8    at any point, aware that Mr. Bradway had
 9    ingested cocaine or some other kind of narcotic?
10         A      Yes.
11         Q      At what point did you become aware
12    that he had ingested cocaine -- or was it
13    cocaine?
14         A      I believe so, yes.
15         Q      At what point did you become aware
16    of that?
17         A      After he spit it out.
18         Q      Okay.
19                What led you to determine it was,
20    in fact, a narcotic?
21         A      I believe I had a discussion with
22    Mr. Bradway.
23         Q      Okay.
24                And what did he say?
25         A      He said that he didn't want us to
```

```
 1                       PO E. Sickles
 2   take his cocaine.
 3            Q      So that led to the assumption that
 4   it was cocaine?
 5            A      Yes.
 6            Q      Okay.
 7                   Now, are there certain protocols,
 8   or steps, that you should follow as a police
 9   officer if you are informed an arrestee or any
10   other person has ingested a narcotic like
11   cocaine?
12            A      No.
13            Q      Okay.
14                   Can you describe for me
15   Mr. Bradway's condition -- let me start again.
16                   I assume that he was taken to
17   headquarters in a squad car?
18            A      Yes.
19            Q      Now, at the time he -- who took
20   Mr. Bradway from the house to the squad car?
21            A      I did.
22            Q      At the time you took Mr. Bradway
23   from the house to the squad car, can you
24   describe Mr. Bradway's condition?
25            A      He appeared to be fine.
```

1                              PO E. Sickles

2          Q      And how long after he was tased

3    the second time was he taken to the squad car?

4          A      Approximately five minutes, maybe.

5          Q      And how long was it between each

6    of the tases?  I don't know if that's the right

7    way to say it.

8          A      Several seconds.

9          Q      Okay, so less than a minute?

10         A      I believe so.

11         Q      Okay.

12                At any time that Mr. Bradway was

13   at the Greenfield Road address that morning, did

14   any of the other officers say in your presence

15   that Mr. Bradway is intoxicated or otherwise

16   under the influence of some sort of narcotic?

17         A      No.

18         Q      Did you ever ask Mr. Bradway

19   either at the house or at any other time where

20   he got the bag with the powder in it?

21         A      I never asked him, no.

22         Q      Did anybody ask him in your

23   presence?

24         A      No.

25         Q      Are you aware that anybody asked

1                    PO E. Sickles

2    him?

3          A      I'm not aware of that.

4          Q      Okay.

5                  Other than Mr. Bradway saying to

6    you that he was chewing on cocaine, did he say

7    anything else?

8          A      Yes.

9          Q      What did he say?

10         A      Prior to that or at any time?

11         Q      At any time between the arrest and

12   you taking him to the car.

13         A      Yes.  He told me where he got the

14   cocaine.

15         Q      Where did he get it?

16         A      From another local drug dealer.

17         Q      And Mr. -- did Mr. Bradway tell

18   you he actually swallowed the powder that was in

19   the bag?

20         A      He never said that.

21         Q      But did he tell you he was chewing

22   on cocaine?

23         A      Yes.

24         Q      But he never said that he actually

25   swallowed it?

1                           PO E. Sickles

2           A      No.

3           Q      Okay.

4                         MS. DEJONG:  Did you want

5                  to finish that?  I feel like

6                  there's still a question

7                  outstanding about the conversation

8                  between him and Tony Bradway.

9                         MR. TELESCA:  What do you

10                 mean?

11                        MS. DEJONG:  I mean -- was

12                 the question, did he have a

13                 conversation with Tony Bradway,

14                 and then he answered to an extent.

15                 I don't know, did you want

16                 everything that he said -- that

17                 they said to each other or not?

18                        MR. TELESCA:  I thought it

19                 was clear.

20                        THE WITNESS:  I'm just

21                 answering what you asked me

22                 specifically.  I did have a

23                 conversation with him, though.

24          Q      You did have a conversation with

25   him at what point?

```
 1                          PO E. Sickles
 2          A        Yes, walking to the patrol car.
 3          Q        Is that where he told you how he
 4   got the cocaine?
 5          A        Yes, amongst other things.
 6          Q        What did he tell you?
 7          A        That he didn't want to take this
 8   charge, that he would cooperate with us no
 9   matter what, and that he would tell me where he
10   got the cocaine.  And I let him know that he
11   would have to remain cooperative with us if that
12   was even going to be a consideration.  I believe
13   at the time I told him that we may be taking him
14   to the hospital.
15          Q        Okay, and what did he say?
16          A        He said that he wasn't going to
17   the hospital, that he was okay, and he also
18   mentioned to me that he has family that works at
19   the hospital and didn't want to see him there
20   arrested.
21          Q        But at that point -- why at that
22   point did you consider taking Mr. Bradway to the
23   hospital?
24          A        I didn't consider it.  I said it
25   may have been an option.
```

1                    PO E. Sickles

2          Q       Why was it an option at that

3    point?

4          A       Because I believed that my

5    supervisor might advise me to take him.

6          Q       What circumstances would lead a

7    police officer to bring Mr. Bradway to the

8    hospital at that point?

9          A       At that point there is none.

10         Q       So I'm just trying to understand

11   why the conversation regarding a hospital would

12   arise at that point you were bringing him to the

13   car, the squad car.

14         A       Because it was unknown how much he

15   had in his mouth.

16         Q       So at that point it was unknown

17   how much he had; correct?

18         A       Yes.

19         Q       And it was unknown whether or not

20   he had actually swallowed anything?

21         A       Yes.  I didn't discuss that part

22   with him.

23         Q       Okay.

24                 So you never asked him, "Tony," or

25   "Mr. Bradway, did you swallow any of the

Case 2:09-cv-03177-JFB-ARL Document 24-9 Filed 06/06/11 Page 31 of 50 PageID #: 220

```
1                          PO E. Sickles
2   substance that was in your mouth"?
3           A       I don't recall.
4           Q       Okay.
5                   Up until time that you brought
6   Mr. Bradway to the squad car to be transported
7   to headquarters, did you have any conversations
8   with any of the other police officers that were
9   there concerning whether or not Mr. Bradway had
10  actually ingested the substance in his mouth?
11          A       I don't believe so.
12          Q       Okay.
13                  So was Mr. Bradway transported to
14  headquarters?
15          A       Yes.
16          Q       Okay.
17                  And approximately how long would
18  it take to get from the Greenfield Road address
19  to headquarters?
20          A       Depending on traffic there,
21  anywhere from 10 to 15 minutes, I would say.
22          Q       And after Mr. Bradway was taken
23  from the scene by Officer Kiernan, what did you
24  do next?
25          A       I went back in to secure my
```

1                     PO E. Sickles

2    evidence.

3         Q       What evidence did you secure?

4         A       The plastic bag, the white powder

5    substance, the crack pipe from Danielle Gianini

6    and the additional crack cocaine that was on the

7    couch.

8         Q       So when you say the bag, you mean

9    the bag that Mr. Bradway was chewing?

10        A       Yes.

11        Q       So there was actually two bags;

12   the one he was chewing and the one on the couch?

13        A       Yes.

14        Q       And did you actually wipe the

15   substance that was spat onto the table into an

16   evidence bag?

17        A       I believe so.

18        Q       And you did that personally or did

19   somebody else do it?

20        A       I don't recall.

21        Q       Okay.

22                And after the evidence was

23   secured, what did you do after that?

24        A       I left the residence.

25        Q       Why?

```
 1                        PO E. Sickles
 2          A       To go back and process the two
 3    defendants.
 4          Q       Okay.
 5                  And did you leave by yourself or
 6    with someone else?
 7          A       With Officer Cagno.
 8          Q       And where was Officer Frankenbach
 9    at that point when you left Greenfield Road?
10          A       I believe he was still in the
11    residence.
12          Q       Was he there still to secure the
13    residence for whatever investigation was going
14    on?
15          A       Yes.
16          Q       So is it safe to say that as a
17    result of Ms. Gianini and Mr. Bradway's arrest,
18    that you were no longer at Greenfield Road for
19    the intended purpose?
20          A       Yes.
21          Q       Okay.
22                  Now, after you spoke to Sergeant
23    Kiernan the second time, I assume that was on
24    your cell phone?
25          A       Yes.
```

1                    PO E. Sickles

2        Q      Did you speak with him again on

3    the cell phone with regard to Mr. Bradway?

4        A      Yes.

5        Q      And when was that?

6        A      When I was leaving the residence.

7        Q      Had you already left or --

8        A      I was getting the car ready to

9    leave.

10       Q      Did you call him or he called you?

11       A      He called me, I believe.

12       Q      What did he say?

13       A      He told me when I got back to

14   headquarters, to take a marked unit, that I

15   would be transporting Mr. Bradway to the

16   hospital.

17       Q      When you say "a marked unit," you

18   mean with the flashing lights?

19       A      Yes.

20       Q      So how long after Mr. Bradway left

21   Greenfield Road did it take you to get back to

22   headquarters?

23       A      I'm not sure.

24       Q      Was it more than an hour?

25       A      No.

1                    PO E. Sickles

2         Q      So I'm asking, I guess, about the

3    time it took you to -- Mr. Bradway pulled away

4    with Officer Kiernan, you went back in the house

5    and then eventually you ended up back here?

6         A      I would say less than a half hour.

7         Q      And when you got back to

8    headquarters, what did you do first?

9         A      I walked into our detention area

10   to speak to Sergeant Kiernan.

11        Q      Did you speak to Sergeant Kiernan

12   in front of Mr. Bradway or out of Mr. Bradway's

13   presence?

14        A      In the presence of him.

15        Q      What did you say to Sergeant

16   Kiernan and what did he say to you?

17        A      When I walked in, he basically

18   told me we're going to have to drag him to the

19   car.

20        Q      Why did he say that?

21        A      He was refusing to go to the

22   hospital.

23        Q      When you walked into headquarters,

24   did you have the evidence with you, or was

25   somebody else handling it at that point?

1                    PO E. Sickles
2        A     I don't believe I had it.  I'm not
3    sure.
4        Q     Is that something you would
5    normally do or is that not your responsibility,
6    to transport the evidence back to headquarters
7    or wherever it goes?
8        A     I would.
9        Q     But on that occasion, you can't
10   recall whether you had it or not?
11       A     No, I don't believe I did.
12       Q     Okay, so it's possible that
13   Officer Cagno had it?
14       A     Yes.
15       Q     Would it be anybody other than you
16   or Officer Cagno?
17       A     No.
18       Q     So if it wasn't you, it would have
19   been Officer Cagno?
20       A     I'm pretty sure.
21       Q     When you were speaking to Sergeant
22   Kiernan, in your words, having to drag
23   Mr. Bradway to the car --
24       A     Yes.
25       Q     -- what, if anything, did you say?

Case 2:09-cv-03177-JFB-ARL   Document 24-9   Filed 06/06/11   Page 37 of 50 PageID #: 226

1                    PO E. Sickles

2          A     Nothing.

3          Q     What was his condition at that

4   point?

5          A     He was sitting.

6          Q     Had you -- was there a noticeable

7   difference in his condition between the time you

8   left Greenfield Road and the time you saw him at

9   headquarters?

10         A     No.

11         Q     So are you aware of -- let me

12  start again.

13               Was it Sergeant Kiernan's

14  direction that you take Tony Bradway to the

15  hospital?

16         A     Yes.

17         Q     And do you know what circumstances

18  led Sergeant Kiernan to direct you to take

19  Mr. Bradway to the hospital?

20         A     No.

21         Q     Did you ask him -- did you ask

22  Sergeant Kiernan why Mr. Bradway needed to go to

23  the hospital?

24         A     No.

25         Q     Did you have to drag Mr. Bradway

1                          PO E. Sickles

2    to the car?

3              A      No.

4              Q      So Mr. Bradway went on his own

5    volition?

6              A      I had a conversation with him

7    about it, yes.

8              Q      What was that conversation?

9              A      I basically told him if he was

10   looking to get cooperation, that, you know, I

11   had already advised him that if he was not

12   cooperative in full, that that would not be an

13   option.

14             Q      So when you say "cooperation," you

15   mean if Mr. Bradway wanted cooperation on a

16   potential charge, that he would have to go to

17   the hospital?

18             A      Yes, willingly, compliantly.

19             Q      Okay.

20                    And did Mr. Bradway voluntarily go

21   to the hospital?

22             A      Yes.

23             Q      And did you take him to the

24   hospital?

25             A      Yes, I did.

1                          PO E. Sickles
2            Q      Okay.
3                   Did anybody go with you?
4            A      No.
5            Q      And how long was it between the
6     time you arrived at headquarters and you
7     actually took Mr. Bradway to the hospital?
8            A      I believe within 10 or 15 minutes.
9            Q      Okay.
10                  And how long does it take -- when
11    you say headquarters, I assume you mean the
12    building we're in now?
13           A      Yes.
14           Q      And how long does it take to get
15    from here to the hospital?
16           A      I'd say anywhere between 10 to
17    20 minutes.
18           Q      What hospital did you go to?
19           A      Peconic Bay Medical Center in
20    Riverhead.
21           Q      That's by the traffic circle?
22           A      Yes.
23           Q      Okay.
24                  And did you have a conversation
25    with Mr. Bradway while you were going to the

1                    PO E. Sickles

2    hospital?

3          A      Yes.

4          Q      What did you speak about?

5          A      Some potential targets as far as

6    drug dealers go. He was telling me who was up

7    to what, basically.

8          Q      So he was giving you information

9    that you could use in an investigation?

10         A      Yes.

11         Q      Did he say anything about his

12   condition, how he was feeling?

13         A      I don't believe so. I think I may

14   have asked him and he said he was fine.

15         Q      Do you recall specifically asking

16   him how he felt?

17         A      Yeah.

18         Q      What was his response?

19         A      That he was fine.

20         Q      Okay.

21                So, is the reason why -- well, I

22   don't want to put words in your mouth.

23                What was your understanding at

24   that point as to why you were bringing

25   Mr. Bradway to the hospital?

1                    PO E. Sickles

2          A    Because my supervisor directed me
3    to.

4          Q    As you sit here today, do you have
5    any knowledge as to -- or understanding as to
6    why Sergeant Kiernan directed you to take
7    Mr. Bradway to the hospital?

8          A    Yes.

9          Q    What was that knowledge or
10   understanding?

11         A    Because he was unsure if he had
12   ingested the substance or not.

13         Q    Okay.

14              So at the time -- do you know
15   approximately what time you arrived at the
16   hospital?

17         A    After eleven.

18         Q    Okay.

19         A    I'm not sure of the exact time.

20         Q    Okay.

21              And when you arrived at the
22   hospital, where did you bring him?

23         A    To the emergency room.

24         Q    How long did it take before he
25   received treatment?

1                    PO E. Sickles

2        A       It was fast.  We walked right into
3   triage.

4        Q       So it was a matter of minutes?

5        A       Yes.

6        Q       Who was he first treated by?

7        A       I believe it was a nurse
8   practitioner.

9        Q       What did that person do?

10       A       Medical stuff, check vital signs
11  and whatnot.

12       Q       And were you in Mr. Bradway's
13  presence at all times while you were at the
14  hospital?

15       A       Most of the time, not at all
16  times.

17       Q       The person you believe was a nurse
18  practitioner, was that a man or woman?

19       A       A man.

20       Q       Do you know his name?

21       A       I don't.

22       Q       How long were you at the hospital?

23       A       I'm not sure.

24       Q       Okay.

25               During the time you were at the

Case 2:09-cv-03177-JFB-ARL Document 24-9 Filed 06/06/11 Page 43 of 50 PageID #: 232

```
 1                        PO E. Sickles
 2   hospital, how long were you not in Mr. Bradway's
 3   presence?
 4          A     Five minutes.
 5          Q     Okay.
 6                And why was that?
 7          A     The doctor told me to leave the
 8   room.
 9          Q     Okay.
10                So the nurse practitioner took his
11   vital signs?
12          A     Yes.
13          Q     Was there any indication from the
14   nurse practitioner that there was something
15   wrong with Mr. Bradway?
16          A     No.
17          Q     And what happened next in terms of
18   Mr. Bradway's treatment?
19          A     He was administered a shot of some
20   kind.
21          Q     You don't know what it was?
22          A     No, I don't.
23          Q     Did you have a conversation with
24   the nurse practitioner concerning Mr. Bradway's
25   condition?
```

1                     PO E. Sickles

2          A      No, Mr. Bradway was talking to the

3    nurse practitioner.

4          Q      What did Mr. Bradway say?

5          A      He -- I just recall him looking at

6    the monitor and asking about the numbers on the

7    monitors.

8          Q      Mr. Bradway was asking about the

9    numbers?

10         A      Yes.

11         Q      Okay.

12                Did the nurse practitioner ask you

13   why you brought Mr. Bradway there?

14         A      I don't recall if I told him or

15   just the triage nurse.

16         Q      Okay, so the first person you met

17   was the triage nurse?

18         A      Yes.

19         Q      So when you walk in, that's

20   usually the person behind the counter?

21         A      Yes.

22         Q      Was that a man or woman?

23         A      A woman.

24         Q      Do you know her name?

25         A      I do not.

1                    PO E. Sickles

2          Q     And what did you say to the triage

3    nurse?

4          A     That he possibly ingested an

5    unknown amount of cocaine.

6          Q     Okay.

7                And then what did she say in

8    response, if anything?

9          A     She just -- she walked us through

10   to a room.

11         Q     Did she ask for his information,

12   name or anything like that?

13         A     No.

14         Q     So after the triage nurse, the

15   next person who treated Mr. Bradway was the

16   nurse practitioner?

17         A     I believe that's who he was, yes.

18         Q     And at some point, did anybody at

19   the hospital take Mr. Bradway's name, I guess

20   you call it pedigree information?

21         A     Pedigree, yes.

22         Q     Who was that?

23         A     I think at that time an additional

24   nurse walked in with a clipboard and took his

25   pedigree information.

1                    PO E. Sickles

2          Q     And that was in the presence of

3    the nurse practitioner?

4          A     Yes, I believe so.

5          Q     And the nurse practitioner checked

6    his vital signs, pulse, I would assume?

7          A     So I believe.

8          Q     Did you witness that?

9          A     Yes.

10         Q     Okay.

11               Other than his pulse, did the

12   nurse practitioner check any other vital signs;

13   blood pressure, for example?

14         A     Yes.

15         Q     Okay.

16               And you said that Mr. Bradway was

17   administered a shot; correct?

18         A     Yes.

19         Q     Do you know who administered the

20   shot?

21         A     I don't recall.

22         Q     Okay, but somebody at the hospital

23   did?

24         A     Yes.

25         Q     And you don't know what substance

```
 1                        PO E. Sickles
 2   it was?
 3          A     No.
 4          Q     Okay.
 5                And after the nurse practitioner,
 6   did an additional person come to examine or
 7   treat Mr. Bradway?
 8          A     Yes.
 9          Q     Who was that?
10          A     A Dr. Levy.
11          Q     Okay.
12                Now, had you met Dr. Levy before?
13          A     No.
14          Q     That was your first time meeting
15   him?
16          A     Yes.
17          Q     I assume it's a man?
18          A     Yes.
19          Q     Okay.
20                So other than the triage nurse,
21   the nurse practitioner, the additional nurse who
22   came in and Dr. Levy, did anyone else at the
23   hospital, in your presence, examine or treat
24   Mr. Bradway?
25          A     No.
```

1                        PO E. Sickles

2          Q       And did you have a conversation

3   with Dr. Levy?

4          A       Yes.

5          Q       How many conversations?

6          A       I believe one.

7          Q       And is that when Dr. Levy first

8   came in the room or at some other time?

9          A       At some other time.

10          Q       And you were still in the

11  emergency room?

12          A       Yes.

13          Q       Okay.

14                  When did you have a conversation

15  with Dr. Levy?

16          A       At some point after he initially

17  came in and was speaking to Mr. Bradway.

18          Q       Okay.

19                  So describe for me exactly what

20  happened.  Were you in a room at that point?

21          A       Yes.

22          Q       So Dr. Levy came in the room?

23          A       He came in the room, yes.

24          Q       Did he ask you to leave at that

25  point?

Case 2:09-cv-03177-JFB-ARL   Document 24-9   Filed 06/06/11   Page 49 of 50 PageID #: 238

```
 1                    PO E. Sickles
 2        A     I don't recall.
 3        Q     Okay.
 4              When Dr. Levy first entered the
 5   room, do you recall him asking either you or
 6   Mr. Bradway questions about Mr. Bradway's
 7   condition?
 8        A     He was speaking to Mr. Bradway,
 9   yes.
10        Q     What did he ask Mr. Bradway?
11        A     I don't remember.
12        Q     Do you recall what Mr. Bradway
13   said to Dr. Levy?
14        A     No.
15        Q     Okay.
16              And was it at that time that
17   Dr. Levy asked you to leave the room?
18        A     No, I was still in the room at
19   that point.
20        Q     And did Dr. Levy come in the
21   room -- I'm just trying to understand the chain
22   of events.
23              Dr. Levy came in the room, had a
24   conversation with Mr. Bradway, then what
25   happened next?
```

1                    PO E. Sickles

2         A       He walked out, I believe.

3         Q       Dr. Levy did?

4         A       Yes, and Mr. Bradway's condition

5    seemed to decline.  He became more agitated and

6    pulling up on the bed he was handcuffed to, and

7    I believe I stuck my head out of the curtain and

8    told Dr. Levy to come back in.

9         Q       And did Dr. Levy come back in?

10        A       Yes.

11        Q       And what, if anything, did

12   Dr. Levy say or do at that point?

13        A       I believe that's when the shot was

14   administered and he asked me to step out of the

15   room.

16        Q       So do you think it was Dr. Levy

17   who administered the shot?

18        A       I don't recall exactly.

19        Q       Okay.

20                Did anybody at the hospital

21   after -- after Mr. Bradway appeared to become

22   agitated, did anybody at the hospital, meaning

23   the staff, say to you what was happening with

24   Mr. Bradway?

25        A       No.