1                    PO E. Sickles

2        Q      Okay.

3                And after the shot was

4    administered, what happened next?

5        A      I was out of the room.  I was

6    asked to leave the room, and I was standing out

7    in the hallway, and at that point, several

8    minutes later, Dr. Levy walked out and I had

9    asked him -- I advised him that Mr. Bradway was

10   still in my custody, that I would have to stay

11   with him, and I asked him a time frame about,

12   you know, how long before he can -- he would be

13   able to leave.

14       Q      And what did Dr. Levy say?

15       A      He said it could be anywhere

16   from -- I believe what he said was "two days to

17   several weeks."

18       Q      And did you ask or did Dr. Levy

19   tell you why it would be two days to several

20   weeks?

21       A      No.

22       Q      When you asked Dr. Levy how long

23   would it be, was it your understanding that it

24   would be a matter of hours?

25       A      Yes, I believed.

```
 1                       PO E. Sickles

 2        Q      Okay.

 3               So when Dr. Levy told you it would

 4   be two days to a matter of weeks, did you say

 5   anything to him in response to that?

 6        A      No.  I believe I just separated

 7   from him and advised my supervisor.

 8        Q      And your supervisor is Sergeant

 9   Kiernan?

10        A      Yes.

11        Q      How did you advise him?

12        A      I called him on the cell phone.

13        Q      Before calling him on the cell

14   phone to advise him about the time frame at the

15   hospital, did you talk to him from the hospital?

16        A      No.

17        Q      Okay.

18               So you called Sergeant Kiernan?

19        A      Yes.

20        Q      What did you tell him?

21        A      I advised him of the time frame

22   that Dr. Levy had let me know, and I said that

23   we would have to do something about possibly

24   releasing him.

25        Q      What did Sergeant Kiernan say to
```

1                    PO E. Sickles

2     you?

3          A      He told me that the rest of

4     Mr. Bradway's property was here, that we would

5     just release him on a field appearance ticket

6     and put it with the rest of his property.

7          Q      What is a "field appearance

8     ticket"?

9          A      It's just a ticket advising you of

10    your charge and a date to appear in court.

11         Q      After you spoke to Sergeant

12    Kiernan, did you speak with members of the

13    hospital staff, whether it be Dr. Levy or

14    someone else?

15         A      Yes, I believe I spoke to

16    Dr. Levy.

17         Q      What did you say to him?

18         A      I recall asking him if he thought

19    Mr. Bradway would be a problem, and at that time

20    I believe he told me that they had induced a

21    coma.

22         Q      Okay.

23                So when you said "a problem," what

24    did you mean by "a problem"?

25         A      Like combatant, combatant with the

1                         PO E. Sickles

2    staff or anything like that, a reason they would

3    need a police officer there.

4         Q     Okay.

5                    And other than telling you that

6    they had induced a coma, did Dr. Levy say

7    anything else?

8         A     No.  I told him that I would be

9    releasing the subject if he wasn't going to be a

10   problem, and I'd be leaving.

11        Q     What did Dr. Levy say?

12        A     That was fine.

13        Q     At any point did Dr. Levy give you

14   any kind of medical diagnosis as to what was

15   wrong with Tony Bradway?

16        A     No.

17        Q     So after the conversation in which

18   Dr. Levy advised you that the hospital had

19   induced a coma, what did you do in the case?

20        A     I left.

21        Q     Do you recall approximately what

22   time that was?

23        A     I don't.

24        Q     You left.  Where did you go?

25        A     I came back to headquarters here,

1                          PO E. Sickles

2    I believe.

3          Q        What did you do when you got back

4    to headquarters with respect to Mr. Bradway?

5          A        I believe I filled out the field

6    appearance ticket and put it with his property.

7          Q        Now, the field appearance ticket,

8    would you have to physically hand that to an

9    arrestee?

10         A        Under most circumstances, yes.

11         Q        And were you intending to do that

12   in this circumstance?

13         A        I was going to put it with his

14   property.

15         Q        And that would stay at the police

16   station?

17         A        Yes.

18         Q        But when you filled it out, were

19   you -- at the time you were filling out the

20   appearance ticket, were you intending on

21   bringing it back to the hospital and presenting

22   it to Mr. Bradway?

23         A        No.

24         Q        Why is that?

25         A        At that point I didn't know his

1                      PO E. Sickles

2   condition.  I wasn't -- and the property was

3   going to be kept here for safekeeping, and that

4   was -- at that time, was part of his property.

5          Q     Is there some sort of protocol or

6   steps that you would take in a circumstance such

7   as this where the arrestee is left at the

8   hospital?  Is it your obligation -- yours or

9   somebody else's -- to follow up with the

10  hospital or the doctor?

11         A     I don't believe so.  This is a

12  unique situation for me.  I don't know.

13         Q     Okay.

14               When you returned to headquarters

15  after leaving the hospital, did you speak with

16  Sergeant Kiernan about Mr. Bradway?

17         A     I believe he was still here.  I

18  believe, yes.

19         Q     Do you recall what you spoke

20  about?

21         A     Just all the events that occurred.

22         Q     Okay.

23               And what in particular did you

24  speak about?  I want to know the specific

25  conversation.  Do you recall the sum and

1                     PO E. Sickles

2    substance of the conversation, what you said to

3    him, what he said to you?

4            A     I'm not sure.  I know I spoke to

5    him about the Taser.

6            Q     What did you speak with him about

7    the Taser?

8            A     I told him that I drive-stunned

9    him with the Taser and that once I did it, the

10   second time he listened.

11           Q     And what did Sergeant Kiernan say,

12   if anything, in response?

13           A     I don't recall.

14           Q     After you left the hospital, did

15   you have any conversations with any of the other

16   officers that were involved in the arrest of

17   Mr. Bradway?  And I mean concerning, obviously,

18   Mr. Bradway's arrest and the circumstances

19   surrounding it.

20           A     I couldn't say for sure.

21           Q     Okay.

22                 Obviously at some point you came

23   to know that Mr. Bradway had passed away;

24   correct?

25           A     Yes.

1                          PO E. Sickles

2         Q       And do you recall when you found

3    that out?

4         A       Later that night.  I was home and

5    I got a phone call.

6         Q       Who called you?

7         A       Sergeant Kiernan.

8         Q       Do you know how Sergeant Kiernan

9    found out?

10        A       I believe -- I don't know.

11        Q       Okay.

12                At the time that Sergeant Kiernan

13   called you that night, did you discuss the cause

14   of death?

15        A       I don't recall.  I'm sure that

16   came up.  I can't say exactly, though.

17        Q       Do you recall during that

18   conversation whether or not you or Sergeant

19   Kiernan or the police in general knew the cause

20   of death at that point?

21        A       No.

22        Q       Okay.

23                Did you have any reaction upon

24   hearing the news that Mr. Bradway had passed

25   away?

1                       PO E. Sickles

2         A     Yeah.  It was upsetting.

3         Q     Why was it upsetting?

4                       MS. DEJONG:  I object, but

5               go ahead and answer it.

6         A     Mr. Bradway was in the second part

7    of the -- my dealings with him was cooperative,

8    and I was speaking to him, you know.

9         Q     Okay.

10              After the date of the arrest, did

11   you ever speak to or interview anyone that was

12   at the house that day, the day of the arrest,

13   concerning Mr. Bradway?

14        A     Personally, no.

15        Q     Do you know who did?

16        A     I believe Sergeant Kiernan did.

17                      MR. TELESCA:  Okay, mark

18              this 12, please.

19                      (Plaintiff's Exhibit 12,

20              Southampton Town Police Arrest

21              Worksheet, was marked for

22              identification, as of this date.)

23        Q     Officer Sickles, I'll show you

24   what's marked Plaintiff's Exhibit 12 (handing).

25              Do you recognize that document?

1                    PO E. Sickles

2          A     (Witness peruses document.)

3                Yes.

4          Q     Is this your handwriting?

5          A     No, it's not.

6          Q     Do you know whose handwriting it

7    is?

8          A     No, I do not.

9          Q     Okay.

10               Can you tell me -- have you ever

11   seen this document before?

12         A     Yes.

13         Q     When do you recall first seeing

14   it?

15         A     This specific document or the

16   paperwork itself?

17                     MS. DEJONG:   The form, or

18               the specific -- is that what you

19               mean?

20                     MR. TELESCA:   I mean this

21               specific document with this

22               writing on it.

23         A     No, I don't believe so.

24         Q     You have never seen this before?

25         A     I don't believe so.

```
 1                        PO E. Sickles
 2          Q      And you don't know whose
 3    handwriting this is?
 4          A      No.
 5                        MR. TELESCA:  Would you
 6                 mark this 13, please.
 7                        (Plaintiff's Exhibit 13,
 8                 Field Appearance Ticket, was
 9                 marked for identification, as of
10                 this date.)
11          Q      Officer Sickles, I'll put before
12    you what's been marked Plaintiff's Exhibit 13
13    (handing).
14                 Do you recognize that document?
15          A      (Witness peruses document.)
16                 Yes, I do.
17          Q      Can you tell me what it is?
18          A      Field appearance ticket.
19          Q      In particular, do you recognize
20    this field appearance ticket?
21          A      Yes.
22          Q      And is this the field appearance
23    ticket that you filled out for Tony Bradway?
24          A      Yes.
25          Q      Okay.
```

```
 1                     PO E. Sickles
 2               And other than this field
 3   appearance ticket, did you fill out any other
 4   paperwork in regard to Tony Bradway?
 5        A     A sup. report, a supplementary
 6   report.
 7        Q     Anything else?
 8        A     I don't believe so.
 9                    MR. TELESCA:  Mark this 14.
10                    (Plaintiff's Exhibit 14,
11               Use of Force Report, was marked
12               for identification, as of this
13               date.)
14                    MR. TELESCA:  And 15,
15               please.
16                    (Plaintiff's Exhibit 15,
17               Supplementary Report, was marked
18               for identification, as of this
19               date.)
20        Q     Officer Sickles, I'll show you
21   what's been marked Plaintiff's Exhibit 14
22   (handing).
23               Do you recognize that document?
24        A     (Witness peruses document.)
25               Yes.
```

1                    PO E. Sickles

2          Q     Can you tell me what that is?

3          A     It's a Use of Force Report.

4          Q     What is the purpose of a Use of

5    Force Report?

6          A     It's a required document any time

7    we use any kind of force on a subject.

8          Q     Okay.

9                If you look at Page 1, down --

10   it's the second line from the bottom, it says

11   "Condition of Defendant" and it's checked

12   "intox/drugs."

13         A     Yes.

14         Q     What does that mean,

15   "intox/drugs"?

16         A     That he had taken some drugs.

17         Q     Okay.

18               Does it mean he had taken drugs or

19   that he was intoxicated?

20         A     Well, that he was intoxicated.

21         Q     At what point did you come to know

22   that Mr. Bradway was intoxicated?

23         A     Once I arrived at headquarters

24   here.

25         Q     You mean after you left the

1                          PO E. Sickles

2    hospital?

3            A       No -- well, that's when I knew for

4    sure, after I left the hospital.

5            Q       Okay, but you had a -- well, what

6    did you mean, when you arrived at headquarters

7    from Greenfield Road?

8            A       When I came back to headquarters.

9            Q       From where?

10           A       From the hospital.

11           Q       You knew for sure that --

12           A       Yes.

13           Q       -- that there was an intoxication?

14           A       Yes.

15           Q       How about before that, what did

16   you know?

17           A       I knew that drugs were involved.

18           Q       So you knew there was a potential

19   intoxication; is that fair to say?

20           A       Yes.

21           Q       Okay.

22                   Okay, I'm going to show you now

23   what's been marked Plaintiff's Exhibit 15, and

24   just for the record, the exhibit sticker is on

25   the back of the document (handing).

```
 1                          PO E. Sickles
 2                     Officer Sickles, do you recognize
 3    Plaintiff's Exhibit 15?
 4          A     (Witness peruses document.)
 5                Yes.
 6          Q     Can you tell us what that is?
 7          A     A supplementary report.
 8          Q     Okay.
 9                And just going back to 14, which
10    is the Use of Force Report, is it dated?
11          A     Yes.
12          Q     And the date is 6/9/2008?
13          A     Yes.
14          Q     Now, is that the date of the
15    incident concerning Tony Bradway?
16          A     Yes.
17          Q     And how do you know that?
18          A     I'm looking at the supplementary
19    report.
20          Q     So the supplementary report says
21    that the incident occurred on June 9, 2008?
22          A     Yes.
23          Q     Okay.
24                Do you recall filling out the Use
25    of Force Report the same day that Tony Bradway
```

1                     PO E. Sickles

2    was arrested and eventually taken to the

3    hospital?

4          A     I believe so.

5          Q     Okay.

6                     Now looking at Exhibit P-15, which

7    is your supplementary report, that's also dated

8    June 9, 2008; correct?

9          A     Yes.

10         Q     And is it customary to fill out

11   the supplementary report the date that an

12   incident occurs or does it depend?

13         A     It depends.

14         Q     In this case, since the report is

15   dated June 9th, does that mean you filled the

16   report out or created the report the date of the

17   incident?

18         A     Yes.

19         Q     Okay.

20                    And this supplementary report,

21   this is what you reviewed yesterday?

22         A     Yes.

23         Q     Okay.

24                    I'm going to ask you one or two

25   questions about it, so if you would just like to

1                    PO E. Sickles

2    take a look at it again, feel free.

3          A      Okay.

4          Q      If you notice, halfway down it

5    says "At that time I deployed the X-26 Taser,

6    Serial No. X00-054571 and drive-stunned Bradway

7    in his right side in order to prevent the

8    subject from destroying the evidence or

9    ingesting a lethal dose of cocaine."

10                 Do you see that?

11         A      Yes.

12         Q      What is a "lethal dose of

13   cocaine"?

14         A      Too much cocaine for the body to

15   handle.

16         Q      Okay.

17                 Do you know in terms of some sort

18   of measurement how much a lethal dose is?

19         A      No, I don't.

20         Q      If you look maybe seven-eighths of

21   the way down or so, it says "Bradway advised the

22   medical staff who were tending to him that he

23   had swallowed about five grams of cocaine and

24   provided them with pedigree information."

25                 Do you see that?

1                       PO E. Sickles

2          A      Yes.

3          Q      Do you know if five grams of

4    cocaine is a lethal dose?

5          A      I do not know for sure.

6          Q      Okay.

7                 While you were at the police

8    academy or at any other time during your

9    training as a police officer, did you ever

10   receive any instruction concerning what is

11   considered a lethal dose of cocaine?

12         A      No.

13         Q      Okay.

14                Do you know what circumstances led

15   you to write in your report that you "drive

16   stunned Mr. Bradway in order to prevent him from

17   either destroying evidence or ingesting a lethal

18   dose of cocaine"?  I'm just trying to understand

19   why you chose the words "a lethal dose of

20   cocaine."

21         A      What led me to put that in there?

22         Q      Right.  What facts and

23   circumstances led you to write in your report

24   that you wanted to prevent Mr. Bradway from

25   "destroying evidence or ingesting a lethal dose

1                    PO E. Sickles

2   of cocaine"?

3          A     Well, at no time did I know how

4   much cocaine he had.

5          Q     Okay, so you don't know why you

6   chose the word "lethal"?

7          A     No, I'm not sure.

8                      MR. TELESCA:  Okay, let's

9                mark 16 and 17.

10                     (Plaintiff's Exhibit 16,

11                Arrest report, was marked for

12                identification, as of this date.)

13                     (Plaintiff's Exhibit 17,

14                Prisoner Transaction report, was

15                marked for identification, as of

16                this date.)

17         Q     Officer Sickles, I'm going to show

18  you what's been marked Plaintiff's Exhibit 16

19  (handing).

20                Do you recognize the form of this

21  document?

22         A     (Witness peruses document.)

23                Yes.

24         Q     What is it?

25         A     Arrest report.

1                        PO E. Sickles

2          Q      Who generates this document?   Who

3     creates it?

4          A      Arresting officers.

5          Q      Okay.

6                 Now, this particular one that's

7     been marked P-16 relates to Tony Bradway;

8     correct?

9          A      Yes.

10         Q      Were you involved at all in the

11    creation of this arrest report concerning

12    Mr. Bradway?

13         A      I don't recall.

14         Q      Do you recall whether you provided

15    any of the information that's contained in this

16    report?

17         A      I'm sure I did.

18         Q      Okay, I just want to ask you a

19    couple questions about it.

20                Do you see where it says in the

21    first box entitled "Arrestee," it says

22    "Occupation," and it says "Framer"?

23         A      Yes.

24         Q      Did you provide that information

25    for this report?

```
 1                         PO E. Sickles
 2          A      I don't believe so.
 3          Q      Okay.
 4                        And if you look at the bottom, the
 5   very last sentence in the last box, it says "The
 6   defendant was transported to Peconic Bay Medical
 7   Center for treatment and later released on
 8   F.A.T. No. 14680."
 9                        Do you see that?
10          A      Yes.
11          Q      What does it mean to be
12   "released"?
13          A      That you are no longer in our
14   custody.
15          Q      Okay.
16                        And is "F.A.T." the field
17   appearance ticket?
18          A      Yes.
19          Q      Okay.
20                        And then if you look at, I guess
21   it's the last page -- or no, it's not the last
22   page -- let me just ask you, the last two pages
23   of this, are these part of the arrest report?
24          A      No.
25          Q      Okay.
```

1                          PO E. Sickles

2                     So it's my error to actually

3     include these as part of the arrest report?

4          A      Yes.

5                          MR. TELESCA:  So for the

6                     record, I'm going to tear off

7                     these last few pages, so (taking

8                     pages off exhibit) -- so

9                     Plaintiff's Exhibit 16 is just

10                    going to be a three-page report,

11                    the first is titled "Arrest

12                    Report," Page 2 is "Arrest

13                    Report - Property Form," Page 3 is

14                    "Arrest Report - Medical Form."

15         Q      So I'm going to show you now

16    what's Page 3, it looks like it's Box 81, and it

17    says under "Comments" -- well, if you recall, do

18    you know whether you provided these comments?

19         A      I don't recall.

20         Q      Okay.

21                    Other than you, who would have

22    provided the comments?

23         A      Could have been the transporting

24    officer.

25         Q      Okay.

1                    PO E. Sickles

2                    Were you the arresting officer for

3   Tony Bradway?

4        A       Myself and my partner, yes.

5        Q       So there does not necessarily have

6   to be one person that's the arresting officer?

7        A       No.

8        Q       Okay.

9                    The first sentence of the comments

10  box, Box 81, says "The subject was observed

11  ingesting a quantity of cocaine."

12                   Now, I just want to understand

13  your testimony from before.  Did you observe

14  Mr. Bradway ingesting any quantity of cocaine

15  while you were at the Greenfield Road residence?

16       A       Ingesting, no.

17       Q       So this comment didn't come from

18  you, then?

19       A       I don't believe so.

20       Q       Okay.

21                   Let me show you what was marked as

22  P-17 (handing).

23                   Do you recognize this document?

24       A       (Witness peruses document.)

25                   Yes.

```
 1                        PO E. Sickles
 2          Q      What is it?
 3          A      A prisoner transaction report.
 4          Q      Why was this created?
 5          A      This is part of the arrest report.
 6          Q      Okay.
 7                 Now, it says here, "On
 8   6/9/2008" -- do you see that?  Those are the two
 9   dates.
10          A      Yes.
11          Q      That was the date Tony Bradway was
12   arrested; correct?
13          A      Uh-hum.
14          Q      And the time "1628," I assume
15   that's 4:28 in the afternoon?
16          A      Yes.
17          Q      Okay.
18                 And what does that time indicate?
19          A      It indicates when the report
20   was -- the information was being put into the
21   system.
22          Q      So it doesn't indicate the time he
23   was assigned to a cell or the time he was
24   released?
25          A      It says that, but it's not
```

```
 1                    PO E. Sickles
 2   necessarily what it is.
 3        Q       In this circumstance, at 1639,
 4   Mr. Bradway, I assume was in the hospital
 5   already?
 6        A       Yes.
 7        Q       Okay.
 8                And what does it mean that he was
 9   "assigned to a cell"?
10        A       When we put somebody into the
11   arrest system, they have to be assigned here
12   first to be released.  So that would be the time
13   that it was being put in.
14        Q       But as a matter of fact,
15   Mr. Bradway wasn't assigned to a cell at
16   headquarters or any other detention facility?
17        A       No.
18        Q       Okay.
19                Do you know what happened with
20   Ms. Gianini?  Was she arrested?
21        A       Yes.
22        Q       Was she taken to the hospital?
23        A       No.
24        Q       Did you ever speak with
25   Ms. Gianini after you found out that Mr. Bradway
```

1                        PO E. Sickles

2   had passed away?

3          A       No, I did not.

4          Q       Did you ever speak with the woman

5   that you recalled as first name Tiffany?  Did

6   you ever speak with her after you found out

7   Mr. Bradway had passed away?

8          A       No.

9          Q       How about Mr. Bow, did you ever

10  speak with him after you found out Mr. Bradway

11  passed away?

12         A       Yes.

13         Q       Did you speak with him about

14  Mr. Bradway?

15         A       No.

16         Q       Okay.

17                 So just to be clear, after you

18  found out Mr. Bradway had passed away, you never

19  spoke with Mr. Bow about Mr. Bradway?

20         A       No.

21         Q       No, you did not speak with him?

22         A       No, I did not speak with him about

23  that.

24                        MR. TELESCA:  Okay, let's

25                 mark these as 18.

1                    PO E. Sickles

2                         (Plaintiff's Exhibit 18,

3                    two-page document, was marked for

4                    identification, as of this date.)

5        Q        Officer Sickles, I'm going to show

6    you what's been marked as Exhibit P-18

7    (handing).

8                    Do you recognize this document?

9        A        (Witness peruses document.)

10                   No, I do not.

11                       MR. TELESCA:  For the

12                   record, P-18 is two pages.  It's

13                   Pages 55 and 56 from defendants'

14                   document production.

15       Q        Officer Sickles, do you recognize

16   the handwriting at the bottom of Page 1, which

17   is marked Page 55 of Plaintiff's Exhibit 18?

18       A        No, I do not.

19       Q        Do you recognize what appears to

20   be some sort of signature at the end of that

21   writing?

22       A        Yes.

23       Q        Whose signature is that?

24       A        I'm not sure.

25       Q        You don't recognize it?

```
 1                    PO E. Sickles

 2        A        No, I do not.

 3        Q        Okay.

 4                 Officer Sickles, during your time

 5   as a police officer have you ever been suspended

 6   or subject to any kind of disciplinary action?

 7        A        No.

 8        Q        During the time that you have been

 9   a police officer have you ever had the occasion

10   to transport an arrestee directly to the

11   hospital instead of coming to headquarters?

12        A        I believe so.

13        Q        And after you found out that

14   Mr. Bradway had passed away, did you have any

15   conversations with any of the officers who were

16   involved in his arrest concerning the facts and

17   circumstances of that day, the date of his

18   arrest?

19        A        Possibly Officer Cagno.

20        Q        As you sit here today, do you have

21   a specific recollection of any conversations you

22   had with Officer Cagno concerning Tony Bradway

23   after you found out he passed away?

24        A        Not specifically, but...

25        Q        What do you recall?
```

```
 1                    PO E. Sickles

 2         A     I recall talking about the arrest.

 3   I talk to Officer Cagno about every drug arrest

 4   we make.

 5         Q     Right.  He's your partner, so you

 6   are with him all the time.

 7         A     Yes.

 8         Q     Okay.

 9               But what in particular, if

10   anything, do you recall speaking to Officer

11   Cagno about?

12         A     I don't recall exactly.

13                    MR. TELESCA:  Okay, I have

14               no further questions.

15                    (Time noted:  12:14 p.m.)

16

17

18

19

20

21

22

23

24

25
```

1

2                    A C K N O W L E D G M E N T

3

4    STATE OF NEW YORK   )

5                         :ss

6    COUNTY OF            )

7

8         I, POLICE OFFICER ERIC SICKLES, hereby

9    certify that I have read the transcript of my

10   testimony taken under oath in my deposition of

11   May 24, 2010; that the transcript is a true and

12   complete record of my testimony, and that the

13   answers on the record as given by me are true

14   and correct.

15

16                    _____

17                    POLICE OFFICER ERIC SICKLES

18

19   Signed and subscribed to before me this

20   _____ day of _____, 2010.

21

22   _____

23   Notary Public, State of New York

24

25

1

2                           INDEX TO TESTIMONY

3

4       WITNESS                 EXAMINATION BY          PAGE

        Eric Sickles            Mr. Telesca               4
5

6                           INDEX TO EXHIBITS

7       PLAINTIFF'S
        EXHIBITS      DESCRIPTION                       PAGE
8

9       7              First Responder                 26
                       Certificate

10      8              "Taser Protect Life"            29
                       Certificate dated April
11                     14, 2004

12      9              "Taser Protect Life"            30
                       Certificate dated April
13                     22, 2005

14      10             Prescription Drug Abuse         41
                       Training Seminar
15                     Certificate

16      11             Domestic Drug                   41
                       Interdiction Certificate
17
        12             Southampton Town Police        109
18                     Arrest Worksheet

19      13             Field Appearance Ticket        111

20      14             Use of Force Report            112

21      15             Supplementary Report           112

22      16             Arrest Report                  119

23      17             Prisoner Transaction           119
                       Report
24
        18             Two-page document              127
25

1

2   ERRATA SHEET FOR THE TRANSCRIPT OF:
    Case Name: Bradway v. Town of Southampton, Et Al
3   Deposition Date:  May 24, 2010
    Deponent:  Police Officer Eric Sickles
4   Place: 110 Old Riverhead Road
          Hampton Bays, New York
5

6                       CORRECTIONS

7   PG    LN    NOW READS    SHOULD READ    REASON FOR

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22  Date                    Signature
23  Subscribed and sworn to before me
    this      day of           2010.
24

25        (NOTARY PUBLIC)

133

```
 1
 2                    C E R T I F I C A T E
 3
 4          I, LORI ANNE CURTIS, a Notary Public in
 5     and for the State of New York, do hereby
 6     certify:
 7          THAT the witness(es) whose testimony is
 8     hereinbefore set forth, was duly sworn by me;
 9     and
10          THAT the within transcript is a true
11     record of the testimony given by said
12     witness(es).
13          I further certify that I am not related,
14     either by blood or marriage, to any of the
15     parties in this action; and
16          THAT I am in no way interested in the
17     outcome of this matter.
18          IN WITNESS WHEREOF, I have hereunto set
19     my hand this 5th day of June, 2010.
20
21               Lori anne Curtis
22
                 _____
23               LORI ANNE CURTIS
24
25
```