

# TASER
### PROTECT LIFE

**M26 Advanced TASER® & TASER X26**

**P.O. Eric Sickles # 190**

Certified User

*This Certifies that*

**P.O. Eric Sickles # 190**

*is trained in the proper and safe use of the M26 Advanced TASER® and TASER® X26 Electronic Control Device and has passed the requirements of the Southampton Town Police; M26 Advanced TASER® and TASER X26 training program under the supervision of a Certified Instructor.*

*In Witness Whereof, Certified Instructor*

**Sgt. William Hughes**

*has certified the successful completion of the training requirements this day:*

**April 22, 2005**

*Certified Instructor:*
**William Hughes**

*Certified Instructor ID:*
0402025977014128713 46C