Case 2:09-cv-03177-JFB-ARL   Document 24-13   Filed 06/06/11   Page 1 of 3 PageID #: 280

1

2    UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF NEW YORK
3    -------------------------------------------X

4    TINA BRADWAY, Individually and as
     Administratrix of the Estate of
5    TONY BRADWAY,

6                          Plaintiff,

7
                    -against-          Civil Action No.
8                                      CV-09 3177

9    THE TOWN OF SOUTHAMPTON, LINDA A. KABOT,
     and JOHN DOES 1-10 Consisting of
10   Individuals to be Determined,

11                       Defendants.

12   -------------------------------------------X

13                      May 17, 2010
                        9:57 a.m.
14
                        110 Old Riverhead Road
15                      Hampton Bays, New York

16

17          DEPOSITION of THE TOWN OF SOUTHAMPTON,

18   a Defendant herein, by POLICE OFFICER WILLIAM

19   KIERNAN, taken by the Plaintiff, pursuant to

20   Federal Rules of Civil Procedure, and Notice,

21   held at the above-mentioned time and place,

22   before Lori Anne Curtis, a Notary Public of the

23   State of New York.

24

25

1                              PO W. Kiernan

2    narcotic?

3              A       No.  They told me that he attempted to.

4    They said he was tased because he attempted to ingest

5    narcotics.

6              Q       So at that time it was your understanding

7    that he did not actually ingest any drugs?

8              A       I wasn't sure.  I don't know.

9              Q       But from what the other officers told

10   you, he merely attempted; he didn't succeed in swallowing

11   any drugs?

12             A       They didn't clarify that.

13             Q       Okay.

14                     And when you transported Mr. Bradway from

15   Greenfield Road to headquarters, were you the only

16   officer in the car?

17             A       I was.

18             Q       So it was just you and Mr. Bradway?

19             A       Correct.

20             Q       Okay.

21                     And is that common for one police officer

22   to transport an arrestee from a scene to headquarters?

23             A       Yes, it is.

24             Q       And did you have any conversation with

25   Mr. Bradway?

Case 2:09-cv-03177-JFB-ARL   Document 24-13   Filed 06/06/11   Page 3 of 3 PageID #: 282

```
 1                          PO W. Kiernan
 2          A      I had just asked him if he would like the
 3   window open, to which he replied "No, I'm fine."
 4          Q      And his condition, just to be clear, at
 5   the point he was put in the car -- I assume in the back
 6   seat?
 7          A      Correct.
 8          Q      -- he appeared to be normal?
 9          A      Yes.
10          Q      Okay.
11                 Did that normal condition change at any
12   time while you were on the way from Greenfield Road to
13   headquarters?
14          A      No.
15          Q      And how long did that drive take?
16          A      No more than ten minutes.
17          Q      So he got here approximately -- I don't
18   know, 11:15?  If you want, you can refer to your...
19          A      Yeah, I have 10:55.
20          Q      Oh, okay.
21                 And just to be clear, in your report you
22   reference a Tony "Pedaway."  Is that Tony Bradway?
23          A      Yes.
24          Q      Do you know why it says "Pedaway"?
25          A      I don't know.
```