# SOUTHAMPTON TOWN POLICE DEPARTMENT
## ARREST REPORT

☐ Original
☐ Copy

| 1. Arrest No. | 2. Booking No. | 3. Dept. Case No. | 4. FBI No. | 5. SID No. | 6. N.C.I.C. No. | 7. Page |
|---|---|---|---|---|---|---|
| 00015859 | 00027137 | 2008-00012181 | 826135PB9 | 9398310M | | 1 |

### Arrestee

| 13. Last Name | 14. First Name | 15. Middle Name | 16. Alias |
|---|---|---|---|
| BRADWAY | TONY | CURTIS | |

| 17. Race | 18. Sex | 19. Age | 20. Date of Birth | 21. Place of Birth - City, State | 22. Soc Sec No. / Photo ID | 23. Operator's License No. | 24. State |
|---|---|---|---|---|---|---|---|
| B | M | 26 | 05/23/1982 | BROOKLYN, NY | 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 | 881426252 | NY |

| 25. Height | 26. Weight | 27. Build | 28. Complexion | 29. Eyes | 30. Hair | 31. Facial Hair | 32. Scars, Marks & Tattoos |
|---|---|---|---|---|---|---|---|
| 6'00" | 235 lbs | MEDIUM | DARK | BRN | BLK | MUSTACHE | (S) |

| 33. Residence Address | 34. Res. Phone | 35. Occupation | 36. Marital Status |
|---|---|---|---|
| 732 GREENE AVE, BROOKLYN NY | (631) 739-5123 | FRAMER | SINGLE |

| 37. Employer / School | 38. Employer / School Address | 39. Bus. Phone |
|---|---|---|
| | | |

| 40. Veh. Year | 41. Make | 42. Model | 43. Style | 44. Color | 45. License No. | 46. State |
|---|---|---|---|---|---|---|
| | | | | | | |

### Processing

| 50. Arrest Date | 51. Time | 52. Location of Arrest | 53. City | 54. County | 55. State |
|---|---|---|---|---|---|
| 06/09/2008 | 10:45 | 18 GREENFIELD RD | SOUTHAMPTON | SUFFOLK | NY |

| 56. Rights Given | 57. Breathalizer | 58. Reading | 59. Fingerprinted | 60. Photographed |
|---|---|---|---|---|
| ☐ Yes ☒ No | ☐ Yes ☒ No | | ☐ Yes ☒ No | ☐ Yes ☒ No |

| 61. Juvenile | 62. Notified | 63. Relation | 64. Address | 65. Phone |
|---|---|---|---|---|
| ☐ Yes ☒ No | | | | |

| 66. Date Notified | 67. Time | 68. Notified By | 69. Released To / Detained At | 70. Released By | 71. Release Date | 72. Time |
|---|---|---|---|---|---|---|
| | | | | (001190) SICKLES | 06/09/2008 | 16:39 |

### Charge(s)

| 80. Charge | | 81. Statute | 82. Arrest Type |
|---|---|---|---|
| CRIM POSS CONTROL SUBST 7TH | ☐ C ☐ D | 220.03 | CRIME IN PROG-P |

| 85. Offense Date | 86. Time | 87. Location of Offense | 88. City | 89. County | 90. State |
|---|---|---|---|---|---|
| 06/09/2008 | 15:45 | 18 GREENFIELD RD | SOUTHAMPTON | | NY |

| 91. Warr / Summ No. | 92. Ticket No. | 93. X-ref Case No. |
|---|---|---|
| | | |

| 80. Charge | | 81. Statute | 82. Arrest Type |
|---|---|---|---|
| TAMPERING W/PHYSICAL EVIDENCE | ☐ C ☐ D | 215.40-2 | CRIME IN PROG-P |

| 85. Offense Date | 86. Time | 87. Location of Offense | 88. City | 89. County | 90. State |
|---|---|---|---|---|---|
| 06/09/2008 | 10:45 | 18 GREENFIELD RD | SOUTHAMPTON | | NY |

| 91. Warr / Summ No. | 92. Ticket No. | 93. X-ref Case No. |
|---|---|---|
| | | |

| 80. Charge | | 81. Statute | 82. Arrest Type |
|---|---|---|---|
| | ☐ C ☐ D | | |

| 85. Offense Date | 86. Time | 87. Location of Offense | 88. City | 89. County | 90. State |
|---|---|---|---|---|---|
| | | | | | |

| 91. Warr / Summ No. | 92. Ticket No. | 93. X-ref Case No. |
|---|---|---|
| | | |

The defendant was arrested after an investigation revealed that the subject was found to be in quantity of crack cocaine. An additional quantity of cocaine was recovered from the subjects mouth, which he attempted to swallow. The defendant was transported to Peconic Bay Medical Center for treatment and later released on F.A.T #14680.

| 102. Arresting Officer, I.D. | | 103. Reviewing Officer's Signature, I.D. |
|---|---|---|
| SICKLES, ERIC W | 1190 | |

ARR 5008 Rev. 05/00

45

# SOUTHAMPTON TOWN POLICE DEPARTMENT
## ARREST REPORT - PROPERTY FORM

☐ Original
☐ Copy

| 1. Arrest No. | 2. Booking No. | 3. Dept. Case No. | 4. FBI No. | 5. SID No. | 6. N.C.I.C. No. | 7. Page |
|---|---|---|---|---|---|---|
| 00015859 | 00027137 | 2008-00012181 | 826135PB9 | 9398310M | | 1 |

### Arrestee

| 13. Last Name | 14. First Name | 15. Middle Name | 16. Alias |
|---|---|---|---|
| BRADWAY | TONY | CURTIS | |

| 17. Race | 18. Sex | 19. Age | 20. Date of Birth | 21. Place of Birth - City, State | 22. Soc Sec No. / Photo ID | 23. Operator's License No. | 24. State |
|---|---|---|---|---|---|---|---|
| B | M | 26 | 05/23/1982 | BROOKLYN, NY | 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 | 881426252 | NY |

### Property Received Information

75. Currency:  Cash  $986.00   Checks          Total  $986.00

76. Personal Item Description

| | | |
|---|---|---|
| Rings | Wallet | Pins |
| Earrings | Watches: METAL COLOR | Necklace |
| Lighter | Bracelet | Knives |

77. Personal Item Check List

☐ Belt  ☐ Cigarettes  ☐ Handbag  ☐ Jacket  ☐ Overalls  ☐ Pipes  ☐ Suitcase
☐ Briefcase  ☐ Coat  ☐ Hat  ☐ Keys  ☐ Pants  ☐ Shoes  ☐ Sweater

78. Drawer

79. Other Property

Listed above is a complete inventory of the property being held for me.

90. Prisoner's Signature                91. Date

92. Received By Officer's Signature     93. Date

### Property Release Information

I have received upon my discharge the articles contained on this form, which represent all my belongings being held by this Police department.

100. Prisoner's Signature              101. Date

105. Property Transfered To Officer    106. Property Transfered To Agency

ARR 5010 Rev. 05/00

# SOUTHAMPTON TOWN POLICE DEPARTMENT
## ARREST REPORT - MEDICAL FORM

☐ Original
☐ Copy

| 1. Arrest No. | 2. Booking No. | 3. Dept. Case No. | 4. FBI No. | 5. SID No. | 6. N.C.I.C. No. | 7. Page |
|---|---|---|---|---|---|---|
| 00015859 | 00027137 | 2008-00012181 | 826135PB9 | 9398310M | | 1 |

### Arrestee

| 13. Last Name | 14. First Name | 15. Middle Name | 16. Alias |
|---|---|---|---|
| BRADWAY | TONY | CURTIS | |

| 17. Race | 18. Sex | 19. Age | 20. Date of Birth | 21. Place of Birth - City, State | 22. Soc Sec No. / Photo ID | 23. Operator's License No. | 24. State |
|---|---|---|---|---|---|---|---|
| B | M | 26 | 05/23/1982 | BROOKLYN, NY | 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 | 881426252 | NY |

### Observations

**80. Does Inmate have Any Of The Following:**

☐ Body Deformity ☐ Severe Shakes ☐ Appears Intoxicated ☐ Skin/Eyes Yellow ☐ Bleeding ☐ Doesn't Know Name
☐ Moving Difficulty ☐ Strange Behavior ☐ Refuses To Cooperate ☐ Can't Answer Questions ☐ Confused ☐ Doesn't Know Place

**81. Comments**

The subject was obseved ingesting a quantity of cocaine. Defendant was transported to Peconic Bay Medical Center for treatment.

**82. Visible Injuries**

### Questionnaire

**83. Do You Now Have Or Have You Ever Had Any Of These Illnesses:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Current Illness | N | Heart Trouble | N | Drug/Alcohol | N | Suicidal | N |
| Hepatitis | N | Pain or Injury | N | Breathing Trouble | N | Att. Suicide | N |
| Tuberculosis | N | Head Injury (24hr) | N | Bleeding | N | Pregnant | N |
| On Medication | N | Epilepsy | N | Chest Pain | N | IV Drugs | N |

**84. Comments**

**103. Arrestee Signature**

**105. Jail Officer's Signature, I.D.**

**106. Date / Time**

ARR 5011 Rev. 05/00

## SOUTHAMPTON TOWN POLICE
## ARREST WORKSHEET

CC# 2008-_____

TOS _____

TOA _____

LAST, FIRST, M: BRADWAY, TONY C.

SEX: (M)  F         RACE: W  WH (B) BH  AS  AI  OT         DOB: 5/23/19 83

SSN: 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

ADDRESS   STREET: 732 Greene Ave
          CITY, ST, ZIP: Brooklyn NY

PHONE: (   ) 347-

LICENSE: #          STATE NY   EXP

HEIGHT: 6'   WEIGHT: 210

HAND: (R)   L     GLASSES/CONTACTS:   Y  (N)

EYES: (BLK) BLU BRN GRE GRY HAZ MUL OTH UNK

BUILD: SLT (MED) HVY MUS FRL SLM OTH

FACE: CLN MUS BRD SBR MCP FUM (GOT) UNS OTH

HAIR: BLD (BLK) BLN BRN GRY MUL RED STR UNK OTH

SKIN: ALB (BLK) DRK DK-B FAIR LGHT LT-B MED MD-B OLV RUD YLW OTH

SCAR/MARK/TAT: Jungle Stone Blood Neck

MARITAL STATUS: DIV MAR SEP (SIN) WID         EDUCATION: HS AS BS DR NO YRS: 9TH

RELIGION: ATH (BAP) BUD CAT CHR EPI GRK JEH JEW LUT MET MUS NONE PRE PRO OTH: _____

PLACE OF BIRTH: CITY/STATE Brooklyn    COUNTRY: _____

CITIZEN OF: US

EMPLOYER: Kathett Bow    OCCUPATION: Clean

EMP – CITY/ST/ZIP: _____        PHONE: (   )

FATHER'S NAME: LAST, F, M- _____

MOTHER'S NAME: MAIDEN, F, M- Bradway

SPOUSE'S NAME: LAST, F, M- _____

CHARGES: Law- PL VTL ST CODE OTH _____ Section- _____
         Law- PL VTL ST CODE OTH _____ Section- _____
         Law- PL VTL ST CODE OTH _____ Section- _____

DETAILS:

VEH INFO -   PLATE        STATE       VIN

             YEAR         MAKE        MODEL       STYLE       COLOR

Officer (print & sign): _____

48