©2001-2006 T-System, Inc. Circle or check affirmatives, backslash (/) negatives.

EMERGENCY 06/09/08
PT# 31459241 MR# 376774
BRADWAY, TONY
05/23/1982 26 M EMR
EMR, DOCTOR 777789

## 28. Peconic Bay Medical Center
### EMERGENCY NURSING RECORD
### Alcohol Intox / Substance Abuse

TRIAGE DATE 6/10 6/9/08 TIME 1204
(emergent) urgent non-urgent ☐ PC ☒ MAIN

NAME: Bradway, Tony
D.O.B 5/23/82 AGE 26 (M)/F
HISTORIAN: patient paramedics family South PD
ARRIVAL MODE: car EMS (police)
PCP: (none)
^IMMUNIZATIONS: (current) / referral
tetanus 2005 flu No pneumovax No

TREATMENT PTA see EMS report IV @
last blood glucose
VITALS Height 6'0 Weight 210 lb 95.5 kg
BP 140/75 P 120 RR 18 temp 98.7 TM (O)R Ax
SaO2 97% (RA)/ O2 GCS 15

PAIN LEVEL current 0/10 max ___/10 acceptable ___/10
scale used 0-10 quality ___ location ___

CHIEF COMPLAINT pt reports ingesting
started 7 (hrs)/days ago 4-5 grams of cocaine
INGESTION substance in attempt to time
stated quantity / route "get high" vomited x
suicide attempt accidental other

smells of: ETOH other
depression / sadness ___ hallucinations visual✓ auditory
sleeping difficulty ___ suicidal thoughts
anger / hostility ___ plan: none vague specific

ALLERGIES NKDA Shellfish
drug - PCN / ASA / sulfa / latex / codeine / iodine
food -

MEDS (none) see med list

PAST MEDICAL HX (negative)
liver disease / HIV / heart disease / HTN / diabetes: insulin
prior detox
past surgeries none

SOCIAL HX ~10 grams Cocaine
smoker 1/2 ppd (drugs)/ alcohol Daily
^TB exposure / symptoms
has been physically hurt or threatened by someone close

LNMP ___ G ___ P ___ Ab ___ pregnant / postmenop. / hyst

RN Signature ___ (owl x)

---

RN assigned: Michne
TIME TO ROOM: 1204 ROOM: 10
INITIAL ASSESSMENT TIME: 1400
GENERAL APPEARANCE
_ no acute distress _ mild / moderate /(severe distress)
_ alert _ anxious /(agitated)/ dec. LOC
_ neat, clean _ unkempt
_ tearful / crying

^FUNCTIONAL / NUTRITIONAL ASSESSMENT
✓ independent ADL _ assisted / total care
✓ appears well _ obese / malnourished
_ nourished / hydrated _ recent weight loss / gain

RESPIRATORY _ mild / moderate / severe distress
✓ no resp distress _ wheezing / crackles / stridor
_ nml breath snds _ decreased breath sounds
_ gag reflex intact _ tachypnea

CVS (tachycardia)/ bradycardia
_ regular rate _ pulse deficit
_ pulses strong

NEURO _ disoriented to person / place / time
✓ oriented x 3 _ confused / memory loss
_ PERRL _ pupils unequal Right ___ Left ___
✓ moves all extremities _ weakness / sensory loss
_ nml gait _ tremors ___
_ gait unsteady

PSYCH _ depressed / flat affect
_ affect appropriate (uncooperative)/ non communicative
_ cooperative _ lack of eye contact
_ maintains eye contact (inappropriate speech)/(behavior)
_ nml speech _ speech slurred
_ suicidal / homicidal ideation
_ delusional / flight of ideas
_ hallucinating visual / auditory

SKIN _ laceration / abrasion
✓ no evidence of trauma _ pale / cyanotic
✓ warm, dry _ cool / diaphoretic
✓ intact _ open wound / needle marks
_ skin rash / lesion(s)

ABDOMEN _ tenderness
✓ nml inspection _ distended
✓ soft, non-tender

ADDITIONAL FINDINGS ___
___

INITIAL ACTIONS
| TIME | | | INIT |
|---|---|---|---|
| | (ID band applied) | (ID band verified) | |
| | c-collar | back board | |
| | disrobed /(gowned) | blanket provided | |
| | (bed low position) | (side rails up) x1 | |
| | (call light in reach) | (head of bed elevated) | |

Nurse Signature ___

^ protocol available