**PROGRESS NOTES**

**PECONIC BAY MEDICAL CENTER**
**RIVERHEAD, N.Y.**

EMERGENCY 06/09/08
PT# 31459241 MR# 376774
BRADWAY, TONY
05/23/1982 26 M EMR
EMR, DOCTOR    777789

PATIENT PLATE

Do Not Use Unapproved Abbreviations: U, IU, QD, QOD, X.0mg, .Xmg, MS, MSO4, MgSO4

| DATE & TIME | ALL NOTES MUST BE TIMED, DATED AND SIGNED. PRINT YOUR NAME AND IDENTIFICATION NUMBER OR USE YOUR NAME STAMP. |
|---|---|
| 6/9/08 1530 | pt admitted c orders. —Ajarumbu |
| 1545 | seizure activity noted x 5 minutes, tremors of upper arms noted. medicated as ordered —Ajarumbu |
| 1600 | M Pfleeter in ER c pt. cm > 112 —Ajarumbu RN |
| 1700 | Report given to D Casherry RN —Ajarumbu |

**PROGRESS NOTES**

**PECONIC BAY MEDICAL CENTER**
**RIVERHEAD, N.Y.**

Tony Bradway
INPATIENT 06/09/08
PT# 31459241  MR# 376774
BRADWAY, TONY
05/23/1982  26  M  ICU
KUBIAK, RICHARD  001917

Do Not Use Unapproved Abbreviations: U, IU, QD, QOD, X.0mg, .Xmg, MS, MSO4, MgSO4

| DATE & TIME | ALL NOTES MUST BE TIMED, DATED AND SIGNED. PRINT YOUR NAME AND IDENTIFICATION NUMBER OR USE YOUR NAME STAMP. |
|---|---|
| 6/9/08 cont. | • Seizure Precautions - ? need to start AED? |
| | • IV Protonix 40mg a day |
| | • IV Zosyn 2.25gm IVPB Q12° — empirically for ? WDC and possible asp pneumonia. |
| | • NaHCO3 1 amp IVP x 1 now. |
| | • Venodyne boots for DVT proph. |
| | • Wrist restraints @ all times. |
| | • Neurology eval - D. Pflasta et al - d/w c Ae |
| | • Renal/Cardiol consults eventually, Px extremely guarded |
| | /s/ R Patel 19 #634 |
| | d/w c Dr Prentiss' office to page him to me. |

Form No. 3030018 (Rev. 7/07)                                          PROGRESS NOTES

**PROGRESS NOTES**

**PECONIC BAY MEDICAL CENTER**
**RIVERHEAD, N.Y.**

EMERGENCY 06/09/08
PT# 31459241 MR# 376774
BRADWAY, TONY
05/23/1982  26  M  EMR
EMR, DOCTOR    777789

PATIENT PLATE

Do Not Use Unapproved Abbreviations: U, IU, QD, QOD, X.0mg, .Xmg, MS, MSO4, MgSO4

ALL NOTES MUST BE TIMED, DATED AND SIGNED.
PRINT YOUR NAME AND IDENTIFICATION NUMBER OR USE YOUR NAME STAMP.

| DATE & TIME | |
|---|---|
| 6/9/08 1450 | Dr Patel MER □ pt. ———————— [signature] |
| 1452 | TV 700, FiO2 40% CMV 12 ———————— [signature] |
| 6/9/08 3:00p | Pulm-ccm |
| BP 95/59 | • Pt examined in the ER. |
| HR 74 | • Unresponsive, vented. |
| RR 16 | • Chart/labs/CXR's reviewed. |
| SpO2 100% | A # Acute Resp failure 2° to Cocaine Intox |
| | # Acute Cocaine Intoxication |
| | due to # Hypotension |
| | acute # Agitation/Psychosis - requiring Ativan |
| | cocaine Intox # Encephalopathy # Sz |
| | # Leucocytosis - ? Acute demargination |
| | # Ac Met acidosis - ? occult infection |
| | R. # Hypernatremia |
| | # Hypocalcemia |
| | # Ac Renal Insuff - ? ATN |
| | [signature] |
| | R - Admit to ICU. - Dr Prentiss. |
| | - Vent CMV12/700/40%  ✓ ABG. |
| | - IVF - D5W @ 150cc/hr + ½ amp NaHCO3 |
| | - NO BETA BLOCKERS!! |
| | - Ativan 2mg IVP Q2° - drip if needed. |
| | [signature] |

Form No. 3030018 (Rev. 7/07)    PROGRESS NOTES

## PROGRESS NOTES

**PECONIC BAY MEDICAL CENTER**
**RIVERHEAD, N.Y.**

```
EMERGENCY    06/09/08
PT# 31459241  MR# 376774
BRADWAY, TONY
05/23/1982  26  M  EMR
EMR, DOCTOR       777789
```
PATIENT PLATE

Do Not Use Unapproved Abbreviations: U, IU, QD, QOD, X.0mg, .Xmg, MS, MSO4, MgSO4

| DATE & TIME | ALL NOTES MUST BE TIMED, DATED AND SIGNED. PRINT YOUR NAME AND IDENTIFICATION NUMBER OR USE YOUR NAME STAMP. |
|---|---|

**CRITICAL RESULTS**
Name: Bradley, Tony   MR#: 376774
Date/Time: 6/9/08  1500   Test: arterial pH
Value: 7.06
Notified Dr.: Patel   @ 1505
Dr Read Back Result ☑  New Orders Rec'd ☑ Yes ☐ No
Print Name / Sign Name: Annette Jarzombek RN

Form No. 3030018 (Rev. 7/07)                    PROGRESS NOTES

**PROGRESS NOTES**

PECONIC BAY MEDICAL CENTER
RIVERHEAD, N.Y.

INPATIENT 06/09/08
PT# 31459241 MR# 376774
BRADWAY, TONY
05/23/1982  26  M  ICU
KUBIAK, RICHARD  001917

PATIENT PLATE

Do Not Use Unapproved Abbreviations: U, IU, QD, QOD, X.0mg, .Xmg, MS, MSO4, MgSO4

| DATE & TIME | ALL NOTES MUST BE TIMED, DATED AND SIGNED. PRINT YOUR NAME AND IDENTIFICATION NUMBER OR USE YOUR NAME STAMP. |
|---|---|
| | Cocaine / combative belligerent grand mal seizure x ? |
| | Intubated : #8   TV 700 : FIO2 50% assisted rate 12  #23 lip |
| | 4 mg Ativan : Ceftriaxone 1250/1320 |
| | Salem sump : Lt naris   foley #16   urine / u tox sent  CT done 7 head |
| | Repeat EKG |

Form No. 3030018 (Rev. 7/07)

PROGRESS NOTES

## PROGRESS NOTES

**PECONIC BAY MEDICAL CENTER**
**RIVERHEAD, N.Y.**

INPATIENT  06/09/08
PT# 31459241  MR# 376774
BRADWAY, TONY
05/23/1982  26  M  ICU
KUBIAK, RICHARD  001917

PATIENT PLATE

Do Not Use Unapproved Abbreviations: U, IU, QD, QOD, X.0mg, .Xmg, MS, MSO4, MgSO4

ALL NOTES MUST BE TIMED, DATED AND SIGNED.
PRINT YOUR NAME AND IDENTIFICATION NUMBER OR USE YOUR NAME STAMP.

| DATE & TIME | |
|---|---|
| 1600 | Pt has no contact info listed in chart. Police Officer stated pt has a mother named Tina Bradway in Brooklyn. Police made attempts to find mother — I gave but were unsuccessful so far. ◯ listed number. Brooklyn police to go to pt's mother's house. I gave Suffolk Southampton PO ED phone # should they find mother. |
| 6/9/08 1800 | To ICU via stretcher c̄ nursing supervisor Dillon /RT |
| 1915 | Code Blue in ICU called. Upon arrival, CPR in progress, 1 amp Calcium given. Pt in asystole on my arrival. ETT in place. 3 amps of epi/atropine given c̄ No return of spont circ. 300 mg of amiodarone given, 2 grams Mg given, FS checked (>300). 4th round of epi given. ABG checked. No ROSC. Pt pronounced at 19:13. No contact info for family available. ME + Southampton PD informed of death by RN — Ann Marie Dillon. |

**PROGRESS NOTES**

INPATIENT   06/09/08
PT# 31459241 MR# 376774
BRADWAY, TONY
05/23/1982   26   M   ICU
KUBIAK, RICHARD   001917

**PECONIC BAY MEDICAL CENTER**
**RIVERHEAD, N.Y.**

PATIENT PLATE

Do Not Use Unapproved Abbreviations: U, IU, QD, QOD, X.0mg, .Xmg, MS, MSO4, MgSO4

| DATE & TIME | ALL NOTES MUST BE TIMED, DATED AND SIGNED. PRINT YOUR NAME AND IDENTIFICATION NUMBER OR USE YOUR NAME STAMP. |
|---|---|
| 6/9/08 | Nurses Notes: 1815-1913 - Neuro: Pt. received from ED department unresponsive. No movement of extremities noted. Skin warm and dry. Resp: Pt. orally intubated on the following settings TV 700, FIO₂ 40%, A/C 0, SO₂ 96% RR 20s. CV: wide idioventricular rhythm. HR 90s. BP 46/0. Confirmed by two RNs. Pt. placed in trendelenburg. Call placed to Dr. Patel. Chris Horst PA at bedside spoke to Dr. Patel. Orders received for pt. to receive 1 amp Na HCO₃, 5% of 250cc albumin, 1 amp D50 given. Neosynephrine IV w/ Right hand heplock. Site clean + healthy. IV w/ left A/C D5W c̄ 1 amp MVI added 1 amp Na bicarb infusing wide open. Ill. Abdomen soft, nor tender c̄ ⊕ bowel sounds. Ill. Foley → SBD draining clear amber urine. EKG done as ordered. Cardiac monitor shows widening of complex → asystole. Code Blue called @ 1858. See Code sheet. Pt. expired @ 1913. ER doctor called code. Pt. taken to morgue. No belongings. D Carberry S Carlye |

Form No. 3030018 (Rev. 7/07)                              PROGRESS NOTES