UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
TINA BRADWAY, Individually and as Administratrix of
the Estate of TONY BRADWAY,

                    Plaintiff,

-against-

THE TOWN OF SOUTHAMPTON, LINDA A. KABOT,
OFFICER JAMES KIERNAN, OFFICER ERIC
SICKLES, OFFICER VINCENT CAGNO, OFFICER
STEVE FRANKENBACH, OFFICER DAVID PETERS,
OFFICER WILLIAM KIERNAN, and OFFICER
MONTALBANO,

                    Defendants.
-------------------------------------------------------------x

STIPULATION OF
VOLUNTARY DISMISSAL

09-CV-3177
(JFB)(ARL)

**IT IS HEREBY STIPULATED** by and between counsel for the parties herein that plaintiff hereby voluntarily dismisses, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the following:

1)    the first cause of action for deprivation of constitutional rights only to the extent that it seeks damages for: (i) excessive force under the 4th Amendment of the United States Constitution; (ii) under the New York State Constitution, generally; or (iii) the equal protection clause of the 14th Amendment of the United States Constitution;

2)    the second cause of action for conspiracy in its entirety;

3)    the third cause of action for assault in its entirety;

4)    the fourth cause of action for battery in its entirety;

5)    the fifth cause of action for intentional infliction of emotional distress; and

6) the sixth cause of action for malicious abuse of process in its entirety.

This Stipulation may be signed in counterparts and a fax or e-mail signature shall be as effective as if it were an original.

Dated: Uniondale, New York
      May 19, 2011

RUSKIN MOSCOU FALTISCHEK, P.C.    DEVITT SPELLMAN BARRET LLP

By: _____    By: _____
    Thomas A. Telesca, Esq.                Jeltje DeJong, Esq.
    *Attorney for Plaintiff*                    *Attorney for Defendants*
    1425 RXR Plaza,                          50 Route 111
    East Tower, 15th Fl.                      Smithtown, New York 11787
    Uniondale, New York 11556          (631) 724-8833
    (516) 663-6600

515944