Page 1

```
 1
 2   UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF NEW YORK
 3   ------------------------------------------X
 4   TINA BRADWAY, Individually and as
     Administratrix of the Estate of
 5   TONY BRADWAY,
 6                     Plaintiff,
 7
               -against-              Civil Action No.
 8                                    CV-09 3177
 9   THE TOWN OF SOUTHAMPTON, LINDA A. KABOT,
     and JOHN DOES 1-10 Consisting of
10   Individuals to be Determined,
11                     Defendants.
12   ------------------------------------------X
13                May 27, 2010
                  11:14 a.m.
14
                  110 Old Riverhead Road
15                Hampton Bays, New York
16
17          DEPOSITION of THE TOWN OF SOUTHAMPTON,
18   a Defendant herein, by POLICE OFFICER DAVID
19   PETERS, taken by the Plaintiff, pursuant to
20   Federal Rules of Civil Procedure, and Notice,
21   held at the above-mentioned time and place,
22   before Lori Anne Curtis, a Notary Public of the
23   State of New York.
24
25
```

```
1                    PO D. Peters
2         Q      Okay.
3                Do you know how much that means,
4    "just a little bit"?  You know, if you know, you
5    know.
6         A      I don't recall the exact amount.
7    I believe he did state "I had just a little bit.
8    Maybe a gram or two."
9         Q      Okay.
10               That's what your recollection is
11   today?
12        A      Correct.
13        Q      Okay.
14               At the time you heard Mr. Bradway
15   say he had ingested "a little bit, maybe a gram
16   or two," what was your reaction to the amount he
17   had ingested?
18        A      I didn't say anything to him at
19   that point.
20        Q      Did it occur to you at that point
21   that a gram or two was a significant amount or
22   not a significant amount?
23        A      According to what he stated to me,
24   I did not think that a gram or two was a
25   significant amount, because at the time he did
```

```
 1                    PO D. Peters
 2   state, "I've swallowed a lot more than that.  I
 3   just wanted to get high before you take me back
 4   to jail.  I'm fine, and I don't want to go to
 5   the hospital."
 6          Q     So when he stated that to you,
 7   your response was not that oh, we should take
 8   him to the hospital -- or he seemed to be okay?
 9          A     Correct.
10          Q     Okay.
11                And was Mr. Bradway acting in a
12   threatening manner at all during this time?
13          A     No.
14          Q     Okay.
15          A     Other than the fact that he was
16   not complying with direct orders, up until that
17   point, he was not threatening.
18          Q     Okay.
19                So after Mr. Bradway was tased a
20   second time and complied with Officer Sickles'
21   orders to spit out what was in his mouth, the
22   bag and some substance, what happened next?
23          A     At that point in time I had left
24   the house to go back to my police car to
25   retrieve an evidence bag to secure the substance
```