POLICE DEPARTMENT
COUNTY OF SUFFOLK, N.Y.

1 of 2

I Danielle Giannini being duly sworn deposes and says I am 26 years old. I was born on 9/17/81. My address is 15 Raleigh La, Kings Park, but I'm hardly ever there. I work at Commack High School as a lunch lady, but I haven't been there since Monday.

A few days ago I was at a house on Greenfield Rd. in Southampton. I am friends with Kenny, who lives there. I think I got there about 3:30 or 4:00 in the morning.

I was sleeping on the couch in the living room in the morning when cops came in the house. I was arrested. My boyfriend Tony, whose last name I don't know, was sleeping on the other couch. Tony woke up and was yelling at the cops to leave me alone. Then they put handcuffs on Tony. The cops didn't hit Tony at all when they handcuffed him. They sat both of us down at the dining room table. The cops searched us. The cops were asking to Tony what his name was. Tony wouldn't answer them. Then another cop wearing a uniform came in the house and said "That's Tony ---." He said Tony's last name, but I don't remember what it was except it starts with a "B." The cops was saying that he knows Tony and he knows Tony hides stuff in his mouth. They (cont. page 2)

SWORN TO BEFORE ME                                          Danielle Giannini

June 12, 2008

PDCS-7129                    ALFRED M. CICCOTTO
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01CI5074751, SUFFOLK COUNTY
1253                                              53-0113-9/96p

POLICE DEPARTMENT
COUNTY OF SUFFOLK, N.Y.

SWORN STATEMENT OF DANIELLE GIANNINI        2 OF 2

(cont. from page1) asked Tony to open his mouth, then they were telling him to spit it out. A cop grabbed him by the throat under his jaw. One of the cops pulled out something and shocked Tony two times. Then I saw Tony spit out a bag and this white paste. The cops didn't punch or kick him or anything.

About twenty minutes later a cop in a uniform took Tony out of the house. I saw Tony a little bit later at the precinct. He was handcuffed, sitting on a bench. I told him I loved him and I asked him if everything was okay. He said everything was okay.

I have read the above statement consisting of two pages taken by Det. Ciccotto in front of the 7TH pct. and I swear it is all true. Danielle Giannini

I would also like to say that Tony was saying for the last week that his head and his eye hurt. I swear this is also true. I have nothing to say. If I remember I have your number Daniela Giannini

SWORN TO BEFORE ME

JUNE 12, 2008

ALFRED M. CICCOTTO
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01CI5074751, SUFFOLK COUNTY
TERM EXPIRES 9/24/11

PDCS-7129

53-0113 9/96pa

1254