SUFFOLK COUNTY, NEW YORK



OFFICE OF THE MEDICAL EXAMINER

REPORT OF AUTOPSY

NAME  Tony Curtis Bradway                                    ME#  08-1995

AGE   26 Years      SEX  Male            RACE  Black

AUTOPSY PERFORMED BY  James C. Wilson, M.D.

DATE  June 10, 2008                TIME  3:45 P.M.

Cause of Death:    SEIZURES AND MULTIPLE SYSTEMS FAILURE

Due to:            ACUTE COCAINE INTOXICATION

Manner of Death:   ACCIDENT


*James C. Wilson*
James C. Wilson, M.D.
Deputy Medical Examiner

9/24/08
Date

JCW/bl/dmc

## EXTERNAL EXAMINATION

This is the body of a well developed, well nourished black man appearing consistent with the stated age of 26 years, measuring about 73" in length and weighing about 223 pounds. At the time of this exam the body is unclothed. It is cold to the touch and shows generalized stiff rigor mortis. Livor mortis cannot be evaluated due to dark skin pigmentation.

## GENERAL EXTERIOR

The body type is average. The head has a normal configuration. There is short, very curly black scalp hair with receded frontal hairlines. The ears, eyes, nose and mouth have normal external configurations. There is a mustache on the upper lip and a small amount of beard growth on the undersurface of chin. The eyes show brown irides. The conjunctivae are mildly to moderately congested with no focal lesions. The nostrils are unremarkable. The lips do not show lesions. Natural teeth are seen in the upper jaw and the lower jaw. There is some mucosal avulsion or erosion on the posterior surface of the right side and the left side of the lower lip. The neck has a normal external configuration with intact skin. The torso is as noted above with moderate prominence of deep soft tissues consistent with skeletal muscle in the proximal arms and upper chest. The abdomen is not protuberant and palpation reveals no evidence for large internal masses. The external genitalia are those of a circumcised adult male with evidence of two testicles in the scrotum. The perianal skin is unremarkable. The four extremities have normal configurations and are symmetrical.

## SCARS AND TATTOOS

There are multiple tattoos at the body surface. There is one each on the dorsal forearms and one on the lateral aspect of right shoulder and proximal arm. A tattoo of the name "TINA" is on the upper left side of chest in the upper medial breast region and a tattoo of the word "HONOR" is on the right side of the neck. A tattoo of the two words in script "STREET JUSTICE" is on the left arm. Across the upper back from shoulder to shoulder is a tattoo in large block letters of the word "BROOKLYN". No very large or definitive surgical scars are identified.

## THERAPY

Evidence of attempts at CPR includes cuffed endotracheal tube extending out of the mouth and an apparent gastric tube extending out of the right nostril. Intravascular catheter placement is in the left elbow crease and the dorsal right

hand. Needle punctures are seen in the right elbow crease and in the dorsal left hand and anterior lateral left wrist region. A Foley catheter projects from the urethral meatus.

## INJURIES

The body does not show any external evidence suggestive of major acute traumatic injury. On the right side of the torso in the breast region and below it on the anterolateral chest wall, the skin shows multiple small red-purple spots of discoloration. Four of these are possible paired with two slightly offset pairs of spots of similar size (approximately 2-3 mm), and each of the pairs show a separation of about 1.5-1.75". Photographs are taken to show the multiple small red-purple marks of discoloration on the right side of the chest.

## INTERIOR

The body is opened to reveal no excess fluid accumulation in the major cavities. No evidence for hemorrhage into subcutaneous fat over the anterior aspects of torso is identified on the initial body opening, and also there is no hemorrhage in the deeper skeletal muscle tissues of the chest. The thoracic cage in its anterior aspect is intact. The organs of thorax, abdomen and pelvis maintain normal positions. The visceral surfaces are smooth and glistening.

## CARDIOVASCULAR

The heart is 385 grams with a normal configuration and a thin smooth epicardium. The quantity and distribution of subepicardial fat is unremarkable. Transverse sections show coronary arteries, which are normal in number with a right dominant distribution pattern and with no significant arteriosclerotic change, although a few small eccentric plaques are seen in the largest coronary artery branches. Opening the heart along the pathway of blood flow reveals unremarkable chambers with their dividing septa, unremarkable cardiac valves and myocardium in the right ventricle and the left ventricle, which is unremarkable in color, thickness and consistency. The aorta has a normal configuration and shows no significant arteriosclerotic change. The large arteries arising from it and the large veins of the chest and abdomen are not remarkable.

## NECK

Dissection from the base of the tongue down into the mediastinum and anterior to the cervical and upper thoracic spine reveals no hemorrhages in the soft tissues attached to or immediately surrounding airway structures. The hyoid bone, larynx

and trachea have normal configurations and are intact. The airway is patent after removal of the endotracheal tube.

## LUNGS

The right lung is 480 grams and the left lung 420 grams. They have normal overall configurations but do not completely fill their respective pleural cavities. They appear mildly dusky externally, but the surfaces otherwise are smooth and covered by thin membranes. The cut surfaces of lung tissue show generalized congestion and mild edematous change, which is most marked in the upper lobes. (The body is status post acute CPR attempt). Focal lesions are not identified. The bronchial tress have normal configurations and do not show obstructions. Pulmonary artery branches are thin walled and patent.

## LIVER AND BILIARY SYSTEM

The liver is 2000 grams with a normal configuration and a thin smooth capsule. The dark brown parenchyma is bloody on cut surface with no alteration in the consistency nor in the architectural pattern, as well as showing no focal lesions. The gallbladder and largest bile ducts are not remarkable.

## GENITOURINARY

The right and left kidneys are each about 160 grams with normal external configurations, smooth surfaces and cut surfaces showing evidence for congestion with no other lesions seen. The collecting systems and ureters are unremarkable. The urinary bladder is empty with mildly congested mucosa and no lesions otherwise. The prostate gland is normal in size and shows no lesions on cut surfaces. Both testicles are normal in size and configuration with no lesions, including hemorrhages, seen on cut surfaces.

## RETICULOENDOTHELIAL

The thymus gland is poorly demarcated and fatty. The spleen is 185 grams with a normal configuration and a thin gray capsule. The parenchyma appears congested with bloody cut surface and the red pulp is dark red-purple and bloody. There is mild increased prominence of white pulp tissue with increased size of the gray-white to pale pink apparent lymphoid tissue follicles throughout the spleen. Lymph nodes of the neck, chest and abdomen show patchy mild anthracosis of those in the chest and some evidence for congestion in some locations.

## ALIMENTARY
The esophagus and stomach have normal configurations. The stomach contains about 375 cc of brown cloudy, soupy appearing material without any unusual odor. The mucosa of the stomach shows some autolytic change but rather generally shows fine surface red spots of discoloration, without focal lesions. The small bowel has a normal configuration and shows congestion in its wall with a content of about 1300 cc of pink-brown, soupy cloudy material. Limited sifting or straining of the stomach and small bowel contents does not reveal any plastic or cellophane type wrappers or bags. The vermiform appendix, colon and rectum have normal configurations and do not show lesions on their surfaces.

## PANCREAS
The pancreas is normal in size and configuration with cut surfaces showing pink-tan softened lobulated tissue grossly suggestive of autolytic change and mild congestion.

## ENDOCRINE
The thyroid gland, both adrenal glands and the pituitary gland are normal in size and configuration with no lesions seen on the cut surfaces, beyond mild medullary autolysis in portions of the adrenal glands.

## HEAD
The scalp is incised and reflected to reveal no scapular or subscapular hemorrhages. The skull as exposed is normal in configuration and intact.

## BRAIN
The brain is 1400 grams with no hemorrhages over its surfaces. The leptomeninges are thin and delicate with mild congestion of blood vessels. The arteries at the base of the brain have a normal pattern in the region of the circle of Willis and are thin walled and patent. The surfaces of the brain are symmetrical and do not show focal lesions. Sections throughout the brain reveal normal patterns and quantities of gray and white matter with no focal lesions. There is a hint of pale pink-red discoloration in the gray matter consistent with small vessels congestion, pending microscopy.

TONY CURTIS BRADWAY

CASE 08-1995

MUSCULOSKELETAL
No lesions of the skeleton nor of skeletal muscles are identified by typical autopsy exposures.

## AUTOPSY FINDINGS

1. Heart, 380 Grams, With No Significant Coronary Artery Disease
2. No Evidence of Significant Blunt Impact Injury
3. Small Red-Purple Marks (Spots) on the Right Side of the Chest Consistent with Skin Changes Secondary to Recent Use of a Taser on the Decedent
4. Total of Approximately 1675 cc of Stomach and Intestinal Content

*James C. Wilson* (signature)

James C. Wilson, M.D.
Deputy Medical Examiner

9/24/08
Date

JCW/bl/dmc

OFFICE OF THE MEDICAL EXAMINER      SUFFOLK COUNTY, N.Y.

TONY CURTIS BRADWAY      CASE 08-1995

## MICROSCOPIC EXAMINATION

**SKIN AND FAT, RIGHT SIDE OF CHEST** (7-10) – Small foci of acute coagulation necrosis of epidermis and upper dermis with variable acute inflammatory reaction, consistent with small foci of burn injury.

**LUNG** (4) – Mild congestion and patchy mild edema.

**LIVER** (5) – Variable congestion, patchy mild active chronic inflammation – mostly portal, a few small patches of vacuolated liver cells.

**BRAIN** (6) – Many neurons in basal ganglia nuclei show eosinophilia and some shrinkage.

**HEART** (1,2,3) – A few areas with appearance suggesting prior individual cell drop out.

*James C. Wilson*
James C. Wilson, M.D.
Deputy Medical Examiner

9/24/08
Date

JCW/dmc

## Toxicologic Report

**Division of Medical-Legal Investigation and Forensic Sciences
Suffolk County, New York**

NAME: BRADWAY, TONY CURTIS        TOX NO: 0470-2008        ME NO: 2008-1995

EXAMINATION DATE: 6-10-08        ANALYSIS PERFORMED: GENERAL UNKNOWN

SPECIMENS SUBMITTED:

Femoral Blood, Pulmonary Artery Blood, Aortic Blood, Vitreous Fluid, Pericardial Fluid, Brain, Liver, Gastric Contents, Small Intestinal Contents, Retainer Serum - Pulmonary Artery, Retainer Blood - Pulmonary Artery

SPECIMENS USED FOR ANALYSIS:

Femoral Blood, Pulmonary Artery Blood, Aortic Blood, Brain, Liver, Gastric Contents

### RESULTS

#### EMIT SCREEN

PULMONARY ARTERY BLOOD - Acetaminophen, Amphetamines, Barbiturates, Salicylates, Tetrahydrocannabinol Metabolites Not Detected (6/17/2008)

#### DRUG RESULTS

MIDAZOLAM:
Liver - Present (6/23/2008)

COCAINE:
Femoral Blood - 6.55 mg/L (6/18/2008)
Aortic Blood - 2.29 mg/L (6/25/2008)
Brain - 11.6 mg/kg (6/25/2008)
Liver - Present (6/23/2008)
Gastric Contents - 2105 mg/total (6/20/2008)

COCAETHYLENE:
Femoral Blood - Not Detected (6/18/2008)
Aortic Blood - Not Detected (6/25/2008)
Brain - Not Detected (6/25/2008)
Gastric Contents - Not Detected (6/20/2008)

BENZOYLECGONINE:
Femoral Blood - 13.3 mg/L (6/30/2008)
Aortic Blood - 13.1 mg/L (6/30/2008)
Brain - 6.33 mg/kg (6/23/2008)
Gastric Contents - 498 mg/total (6/30/2008)

DILTIAZEM:
Liver - Present (6/23/2008)

METHADONE:
Pulmonary Artery Blood - Not Detected (6/20/2008)

JCW

1225

NAME: Bradway, Tony Curtis

EDDP:
Pulmonary Artery Blood - Not Detected  (6/20/2008)

PHENYTOIN:
Pulmonary Artery Blood - Present  (6/13/2008)

OTHER BASIC DRUGS:
Liver - Not Detected  (6/23/2008)

OTHER ACIDIC AND NEUTRAL DRUGS:
Pulmonary Artery Blood - Not Detected  (6/12/2008)

_____    Date: 8/13/08
Michael Lehrer, PhD.
Chief - Toxicology Laboratory           8/12/2008 vsf

JCW

1226