# AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK     )
                              ) ss.:
COUNTY OF SUFFOLK   )

The undersigned being duly sworn, deposes and says:

Deponent is not a party to this action, is over 18 years of age and resides at Holbrook, New York.

That on June 6, 2011, deponent served the annexed **NOTICE OF MOTION, DECLARATION, RULE 56.1 STATEMENT AND MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** on:

RUSKIN MOSCOU FALTISCHEK, P.C.
Attorneys for Plaintiff
1425 RXR Plaza
East Tower, 15th Floor
Uniondale, New York 11556

the address designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office.

                                                      _____/S/_____
                                                         ELIZABETH O'ROURKE

Sworn to before me this
6th day of June, 2011.

_____/S/_____
       NOTARY PUBLIC