Exhibit H

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -x
TINA BRADWAY, Individually and
as Administratrix of the Estate
of Tony Bradway,

             Plaintiff,

  -against-

                            Index No.
                            CV-09 3177

THE TOWN OF SOUTHAMPTON,
LINDA A. KABOT, and JOHN
DOES 1-10 Consisting of
Individuals to Be Determined,

             Defendants.
- - - - - - - - - - - - - - - - - -x

     DEPOSITION of PO STEVEN S. FRANKENBACH,

taken by Plaintiff, held at the offices of Hampton

Bays Police Station, 110 Old Riverhead Road,

Hampton Bays, New York, on Wednesday, May 19,

2010, commencing at 10:18 a.m., before Jean Wilm,

a Registered Professional Reporter, Certified

LiveNote Reporter and Notary Public within and for

the State of New York.

A P P E A R A N C E S:

        RUSKIN MOSCOU & FALTISCHEK
            Attorneys for Plaintiff
            1425 RXR Plaza
            Fifteenth Floor
            Uniondale, New York 11556

        BY:  THOMAS TELESCA, Esq.

        DEVITT SPELLMAN BARRETT, LLP
            Attorneys for Defendants
            50 Route 11
            Smithtown, New York 11787

        BY:  JELTJE DEJONG, Esq.

1

2  S T E V E N    S.    F R A N K E N B A C H,

3           called as a witness, having been first

4           duly sworn/affirmed by Jean Wilm, a

5           Notary Public within and for the State

6           of New York, was examined and testified

7           as follows:

8  EXAMINATION

9  BY MR. TELESCA:

10          Q     State your name for the record.

11          A     Steven S. Frankenbach.

12          Q     Good morning, Officer Frankenbach.

13  My name is Tom Telesca.  We met informally

14  before.  I represent the plaintiff Tina Bradway

15  in a case that she has brought against you,

16  among other officers, in the Town of Southampton

17  arising out of the death of her son, Tony

18  Bradway.

19          Have you ever been deposed before?

20          A     Yes, sir.

21          Q     How many times?

22          A     Once.

23          Q     So you are familiar with the

24  process, and I just would like to go over a

25  couple of ground rules just so we have a clear

Frankenbach

1

2    record.

3            To your left is the court

4    reporter, and she is taking down everything that

5    is said today to create a written record of what

6    we are going to talk about --

7            A    Yes.

8            Q    -- which is the incident

9    surrounding Tony Bradway's arrest.

10            It is important that you let me

11    complete my question before you answer it

12    because the court reporter can't take both of us

13    down at the same time and, of course, I will

14    allow you to give your answer before I ask my

15    next question.  Okay?

16            A    Yes, sir.

17            Q    Also, if there is a certain term I

18    use or if one of my questions is unclear, I ask

19    you to let me rephrase the question or to

20    confirm what the term is if that is a problem.

21    Okay?

22            A    Yes, sir.

23            Q    And if you answer one of my

24    questions, I'm going to assume that you heard

25    it, understood it, and that you answered it as

Frankenbach

1
2   completely as possible.

3           A       Yes, sir.

4           Q       I would also ask that you don't

5   guess.  It's perfectly okay if you don't know

6   the answer to say that you don't know or you

7   don't recall.

8                   If you could give a range, feel

9   free to do that, but just let us know that it's

10  approximately X or Y, or something along those

11  lines.  Okay?

12          A       Yes, sir.

13          Q       If your attorney objects to one of

14  my questions, I'd ask that you stop speaking and

15  allow her to place her objection on the record

16  and if we need to speak about it that you allow

17  us to do so before answering.

18          A       Yes, sir.

19          Q       If at any time you need a break --

20  I don't anticipate this being very long, but if

21  you need to use the rest room or make a phone

22  call, let us know.

23          A       You got it, sir.

24          Q       The one prior deposition was that

25  in your --

Frankenbach

1

2       A       Divorce.

3       Q       So it was a private matter?

4       A       Yes, sir.

5       Q       Is there any reason why you are

6  unable to testify today?

7       A       No.

8       Q       Prior to the deposition, did you

9  review any documents?

10      A       No, sir.

11      Q       Other than your attorney, did you

12  speak with anybody about today's testimony?

13      A       No, sir.

14      Q       Did you speak with Officer S about

15  today's deposition testimony?

16      A       Absolutely not.

17      Q       Officer C?

18      A       No.

19      Q       Sergeant Kiernan?

20      A       No, sir.

21      Q       Officer Kiernan?

22      A       No, sir.

23              You threw me off.  Go ahead.

24      Q       So you understand the distinction

25  between when I say Sergeant Kiernan and --

                    Frankenbach

1

2          A       Yes, yes.

3          Q       Okay.  Officer Peters, did you

4   speak with him about today's testimony?

5          A       No.

6          Q       How about Officer Montalbano?

7          A       No, sir.

8          Q       I assume you graduated from high

9   school?

10         A       Yes, sir.

11         Q       And what high school did you go

12  to?

13         A       Southampton High School.

14         Q       What year did you graduate?

15         A       1977.

16         Q       Did you attend college?

17         A       Yes, sir.

18         Q       Where did you go?

19         A       Canton ATC.

20         Q       Where is that?

21         A       It's in Canton, New York.

22         Q       Upstate?

23         A       Way upstate.

24         Q       Near St. Lawrence?

25         A       Yes, sir.

Frankenbach

```
1
2        Q      And what year did you graduate
3    from there?
4        A      1979.
5        Q      What kind of degree did you get?
6        A      Bachelor degree, business
7    administration.
8        Q      After you graduated from Canton
9    ATC, can you tell me where you got your first
10   job?
11       A      Well, I continued my job at the
12   Bathing Corporation in Southampton up --
13   including that, and Hildred's Department Store
14   for the first summer.
15       Q      That was after you graduated?
16       A      Yes, sir.  I finished up one and
17   then started the other in the same summer.
18       Q      Hildred's is the department store
19   on Main Street?
20       A      Main Street, Southampton Village.
21              After that, in 1980, I started
22   working with my brother doing landscaping from
23   '80 up until the point I got on the police force
24   in '88.
25       Q      So from '80 to '88 landscaping.
```

Frankenbach

1
2  What was the name of company?

3       A    Chuck's Landscaping, Ltd.

4       Q    You worked in the Town of

5  Southampton area?

6       A    Basically, yes, sir.

7       Q    And in 1988 you attended a police

8  academy?

9       A    Yes, sir.  Suffolk County Police

10  Academy.  I got hired January 20 of '88.  We

11  started, I believe it was, five to seven days

12  later and went until sometime in June of the

13  same year.

14       Q    June of '88?

15       A    Somewhere in that area, sir.

16       Q    Then you had a probationary

17  period?

18       A    We had a training period, field

19  training where you go and ride with another

20  officer for X amount of weeks, you know, so they

21  could show you -- obviously Suffolk County is a

22  little bit different than Southampton Town, so

23  we have to go by the type of paperwork we do.

24       Q    Was the field training through

25  Suffolk County?

1                    Frankenbach

2          A     No.  Field training was our own

3    department.

4          Q     Town of Southampton?

5          A     Yes, sir.

6          Q     Was there a probationary period?

7          A     I believe it was about a year and

8    a half.  I believe.  It's been awhile ago.

9          Q     And obviously you made it through

10   the probationary period?

11         A     Yes, sir.

12         Q     So then you have been an officer

13   for approximately 22 years?

14         A     I'm in my 23rd year, sir.

15         Q     How would you describe your

16   current role as an officer?

17         A     I'm a patrol officer.  I work the

18   streets, handle the everyday type of calls that

19   we get, up until, you know -- vehicle and

20   traffic and stuff.  Everything that is given to

21   us out on the road.

22         Q     And during your prior 22 years,

23   have you ever been suspended?

24         A     On the police job?

25         Q     Yes, sir.

Frankenbach

| | | |
|---|---|---|
| 1 | | |
| 2 | A | Yes, sir. |
| 3 | Q | Could you tell me what that was? |
| 4 | A | It was a personal matter. |
| 5 | Q | For how long was that suspension? |
| 6 | A | A month. Three weeks. |
| 7 | Q | And that was only one time? |
| 8 | A | Yes, sir. |
| 9 | Q | And do you recall when that was? |
| 10 | A | July of 2000 -- let me see. My |
| 11 | daughter was born in '07, so it was 2007. | |
| 12 | Q | Do you have an independent |
| 13 | recollection of the arrest of Tony Bradway? | |
| 14 | A | I was there for -- I was there and |
| 15 | I have somewhat of it. | |
| 16 | Q | As you sit here today, do you |
| 17 | remember the arrest of Tony Bradway? | |
| 18 | A | Yes, sir. |
| 19 | Q | Do you recall where he was |
| 20 | arrested? | |
| 21 | A | At the home of -- I can't think of |
| 22 | the guy's name. It's on Greenfield Road. Ten | |
| 23 | or 18 Greenfield Road, I believe the address is. | |
| 24 | One of the two. | |
| 25 | Q | Greenfield Road. Was it an office |

1                    Frankenbach

2   building, a house?

3            A      A house.

4            Q      You knew the owner of the house?

5            A      I know who he is, yes, because I

6   was there for something and I just know him

7   briefly.  I don't know him that well, but I

8   know -- I handled something with him once

9   before.

10           Q      So do you recall the date that

11  Tony Bradway was arrested?

12           A      It was June of 2008.  I don't

13  remember the exact date.

14           Q      So prior to the arrest of Tony

15  Bradway in June of 2008, you had been to the

16  Greenfield Road house before?

17           A      Yes, once before with something to

18  do with the owner of the house.

19           Q      For a police matter and not a

20  personal matter?

21           A      Yes, police matter.

22           Q      Do you recall what that police

23  matter was the first time you went to Greenfield

24  Road?

25           A      It was something to do with a

Frankenbach

1
2   domestic between him and a female.

3          Q      The second time you went there,

4   was that the date that Tony Bradway was

5   arrested?

6          A      Yes, I believe that was the

7   second.

8          Q      Were you at the house on

9   Greenfield Road to arrest Tony Bradway or for

10  some other reason?

11         A      For some other reason.

12         Q      Do you recall what that reason

13  was?

14         A      Yes, to protect a possible rape

15  scene.

16         Q      Specifically, what were you

17  charged to do at the home?

18         A      My -- I was sent there to make

19  sure that nobody entered a certain room because

20  there was a possible -- there was a possibility

21  that a female was raped in that room.

22         Q      Do you know who that female was?

23         A      No.

24         Q      Do you know today?

25         A      No.  Not at the time -- I mean, I

Frankenbach

did hear who it was, but I forgot. I never

dealt with that person. I never met her. I

know they mentioned the name, but I don't know

who it was.

     Q     Were you involved at all in any

subsequent rape investigation?

     A     No, only there at the scene.

     Q     You were only there to secure this

particular entrance?

     A     Until the detectives could come

down with a search warrant to check out the

location.

     Q     Was it a doorway that you were

securing?

     A     Basically, yes.

     Q     Was that doorway from the house

directly outside?

     A     No.

     Q     Or an internal door?

     A     Bedroom door.

     Q     So you were actually in the house?

     A     Yes, sir.

     Q     And how did you get into the

house?

Frankenbach

```
 1
 2          A       The owner let me in.
 3          Q       And that is the name of the person
 4    you don't recall?
 5          A       No, Bo I think his name is.
 6          Q       Kenneth Bo?
 7          A       Yes, that's it.
 8          Q       So Mr. Bo let you in the house?
 9          A       Well, he did, and there was also
10    another officer there.
11          Q       Who was that other officer?
12          A       I don't remember the name of him.
13    It was so long ago, I don't remember which
14    officer it was that actually opened the door --
15    that was also there doing the same thing I was
16    doing.
17          Q       So you weren't the first guy
18    there?
19          A       No, sir.
20          Q       And did you actually replace the
21    officer who was there?
22          A       Yes, sir.
23          Q       So what led to the arrest of
24    Tony Bradway?
25          A       While I was there, the location I
```

1                        Frankenbach

2    was at, there was two subjects lying on the

3    couch sleeping, a female, a white Caucasian

4    female and a black male.

5              Like I said, where I was standing,

6    it was just the location, I could see them, I

7    could see the door, it was the dining room.  You

8    know, it was just -- I was there and when I'm

9    looking at her, I realized she was holding onto

10   a crack pipe.

11        Q    The door to the bedroom that you

12   were securing, that was on the first floor?

13        A    Yes, sir.

14        Q    And the two subjects were sitting

15   on a couch in the living room also on the first

16   floor?

17        A    Yes, sir.

18        Q    You had a view of the bedroom door

19   and the living room and the dining area?

20        A    Yes, at that location, I could see

21   everything.

22        Q    Is it a two-story house?

23        A    Yes, sir.

24        Q    Did you ever go upstairs?

25        A    No, sir.

1                    Frankenbach

2          Q      Is there a basement that you know

3     of?

4          A      I don't know if there is or not.

5     I never --

6          Q      Okay.  So after you saw that the

7     female -- she was holding a crack pipe?

8          A      Yes, sir.

9          Q      What did you do then?

10         A      I did nothing at the time because

11    I was there by myself, and the main reason I was

12    there was to protect the scene, and at that time

13    they were sleeping.  There was nothing for me to

14    have to do at that particular moment.

15         Q      How did it come about that -- let

16    me ask you this:  Did other officers come to the

17    scene?

18         A      Yes, sir.

19         Q      How did that come about?

20         A      They were sent there, I guess,

21    because of the scenario.  The subject that was

22    possibly involved with the rape, I happen to

23    know who he is, and he's a big guy, and I guess

24    they decided it was good to send more people

25    because if he shows up, he's going to have an

1                    Frankenbach

2    issue with me not letting him in his room.

3         Q      So the alleged perpetrator of the

4    rape was not in the house?

5         A      Not at that time, no.

6         Q      Who was the first officer to

7    arrive at the scene after you had already gotten

8    there?

9         A      I believe the two officers that

10   showed up was Officer C and Officer S.

11        Q      Did they come into the house?

12        A      Yes, sir.

13        Q      When they came into the house,

14   what happened next?

15        A      Well, basically they came there to

16   assist me with the possibility of the scenario

17   of the rape scene, but while there, I mentioned

18   to them, because I know they are also undercover

19   guys, I pointed out the female subject and she

20   was in possession of a crack pipe, and they got

21   involved into that scenario, dealing with her.

22              MR. TELESCA:  Off the record for

23          a minute.

24              (Discussion off the record.)

25

1                     Frankenbach

2      BY MR. TELESCA:

3           Q      How did they get involved?

4           A      They proceeded to wake her up and

5      ask her why was she in possession of a crack

6      pipe, and they started questioning her about

7      that.

8                  I didn't really listen to all the

9      questions because, you know, there's two of

10     them, and they are handling it.  I'm still

11     watching the door with the same scenario.  You

12     know, I'm close, but ...

13                 Apparently, the male subject

14     started to wake up and he became very upset

15     because apparently that was his girlfriend, and

16     he's asking what they are doing, which now they

17     are in the process of attempting to handcuff

18     her, because they are going to -- they're

19     blocking her, I guess, for the possession, and

20     they ended up trying to get him to sit down

21     and -- it kept looking like he was going to get

22     up and walk towards them, and I know that they

23     kept telling him to sit down.  And I guess at

24     one point or another -- again, I don't remember

25     the exact details of it, but they ended up

1                    Frankenbach

2   handcuffing him.

3          Q     How far away was -- were you

4   standing right next to the bedroom door?

5          A     No.  The way it is, you have a

6   step.  You come into the house.  You have the

7   entryway, but the dining room is all open.  If

8   you walk over to this way, there's a kitchen

9   here, and then there's steps, two steps down.

10              MS. DEJONG:  Could you describe

11         for the record?  When you go like this

12         on the table --

13              THE WITNESS:  You can't do hand

14         motions?

15              MS. DEJONG:  If you could, just

16         for the record.

17         A     When you walk into the house, you

18   have an open foyer-type room with a dining room,

19   no walls.  You walk to the right and as you walk

20   to the right, there is a kitchen opening to the

21   left and two steps down -- I believe it was two.

22   If you step down those two steps, you had the

23   living room just to the left and the bathroom

24   door a little bit to the right and the bedroom

25   door down about -- a ten-foot hallway to the

Frankenbach

bedroom door, which was the door that I was
watching.  Most of the times I was standing
right on the top step, so I could see the
bedroom door, the bathroom door, which I wasn't
really worried about that, and the living room
where the two subjects were sleeping.

      Q     From where you were standing to
the sofa -- were they sleeping on the same sofa?

      A     No, different sofas, but probably
like a couple of feet apart.

      Q     How far was it from you to the two
sofas?

      A     Well, I was closer to the female
situation and I was probably seven feet, eight
feet away.

      Q     Do you remember the female's name?

      A     No.  I did know it then, but I
just don't remember it now.

      Q     So after she was awoken by -- was
it by both Officer S and C, or one or the other?

      A     One of them.  I don't remember
which one.

      Q     And she was handcuffed?

      A     Well, they ended up -- they ended

1          Frankenbach

2    up handcuffing her, yes, sir.

3          Q     And did they put her back on the

4    couch, take her somewhere else?

5          A     No.  They ended up bringing her

6    into the dining room and sat her down on one of

7    the chairs.

8          Q     Could you see her while she was

9    sitting on the chair in the dining room?

10          A     I actually came and watched her

11    while they then dealt with the gentleman.

12          Q     Did you go into the dining area?

13          A     Yeah, I kind of went over to the

14    dining room, but I could still watch the wall,

15    so nobody went down into the bedroom.

16          At that point I could still see

17    everything.  The room that I was protecting, I

18    could still keep an eye on it so nobody went

19    down there.

20          Q     Do you know if there was another

21    person in that bedroom?

22          A     Nobody was in the bedroom.

23          Q     When you were in the house, other

24    than obviously yourself, the woman on the couch,

25    the man on the couch, and Mr. Bo, was there

Frankenbach

```
1
2    anybody else in the house that you know of?
3           A      Yes.
4           Q      And who was that?
5           A      There's some gentleman in the back
6    room that -- you know, when you walk into the
7    left, there were a couple of more bedrooms to
8    the left, and there was somebody in the back
9    room, but I don't know who.  It's just somebody
10   he rents a room out to.  I did run into him a
11   little bit later on, but I never really talked
12   to him.  I just saw him.
13           Apparently he was renting the
14   upstairs as an apartment to somebody else.  I
15   never saw those people.  They have their own
16   entrance.
17           Q      Do you know if they were there
18   that day?
19           A      Yes, I know they were there.  I
20   never met them.  I just know there was people
21   because you could hear them walking.
22           Q      You could hear them walking while
23   you were in the house?
24           A      Yes, sir.
25           MS. DEJONG:  Meaning walking on
```

Frankenbach

1
2    the ceiling?

3         THE WITNESS:  I heard them

4    walking upstairs above me.

5  BY MR. TELESCA:

6         Q      Okay.  So after the female was

7    handcuffed and placed in the dining room, she

8    was sitting at the dining room table?

9         A      Yes, sir.

10        Q      Sitting in a chair?

11        A      Yes, on one side -- obviously one

12   side of the table.

13        Q      And then both Officers C and S

14   went back to the living room?

15        A      Once they -- they were there to

16   begin with, I believe, and then they started

17   talking to him, and as far as I understood it,

18   it was more of a safety issue, they also ended

19   up handcuffing him because of the aggression he

20   was showing -- because he was upset that his

21   girlfriend was being handcuffed.  You know,

22   because he said, "That's my girlfriend.  What

23   are you doing?"  He was showing aggression.

24         And I know, from normal procedure,

25   that if you have a scenario where you feel

Frankenbach

somebody might intervene or somebody could get
hurt, you are going to end up handcuffing just
to protect ourselves.  That's normal, what we
have done, and that's why I believe they were
handcuffing him.

     Q    Did either one -- do you know the
male's name?

     A    No, I really never knew his name.

     Q    Did either one, either the male or
female, appear to be intoxicated?

     A    No, sir.

     Q    After the male was handcuffed, was
he taken anywhere?

     A    He was brought in the dining room
area also and sat down at the table on the
opposite side of where the girl was.

     Q    And then what happened next?

     A    Well, they were talking to him.  I
believe they found something, but I don't really
know, because I wasn't totally watching what
they were doing.  I was kind of sitting by her
so I could watch her, make sure she didn't try
to do anything and still obviously making sure
nobody wandered into the other room.  Then all

Frankenbach

1
2  of a sudden I guess, they started saying
3  something about he had something in his mouth,
4  and they kept telling him to spit it out.
5       Q     Did you see the male with
6  something in his mouth?
7       A     After he spit something out, I saw
8  something, yes.
9       Q     Do you know if he ingested
10 anything?
11      A     Absolutely don't know.
12      Q     Did he spit it out voluntarily?
13      A     I believe so.  All I know is, I
14 kind of saw it afterwards.  I didn't see it come
15 out.  I just saw it after -- kind of like
16 sitting on the table, whatever it was.  Just
17 after he spit it out, I saw him put it on the
18 table.
19      Q     What was it?
20      A     It was like a big slime ball with
21 a little bit of white, you could see, and just a
22 lot of saliva.
23      Q     Was it ever determined what the
24 substance was?
25      A     At that scene, no, I wouldn't

1                    Frankenbach

2     know.  Because it would have to be obviously

3     tested.

4          Q      And then was the male then -- what

5     happened next?

6          A      Well, I know just during the

7     procedure, I know they kept telling him to spit

8     it out, and I believe they had some type of

9     taser, or something, which I'm not familiar with

10    that type, because the only kind I've ever seen,

11    which I never actually seen used actually out on

12    the street, but the kind they shoot out with the

13    darts, but this was a different type of taser.

14               I know they said something about

15    if you don't spit it out, we are going to use it

16    on you.  They repeated it and repeated it.

17               The girl started to get really

18    upset, because it was her boyfriend, so I ended

19    up taking her away.  I brought her over to the

20    left side of the house, the corner, and sat her

21    down or whatever and turned her away so she

22    couldn't watch what was going on and I stayed

23    kind of with her and, again, I got to keep an

24    eye on this door and make sure nobody wanders

25    that way, and I didn't see the details that

Frankenbach

1  
2    happened exactly with him after that.

3        Q    You actually walked out of the

4    dining room?

5        A    Not out of the room, but in the

6    other corner, the opposite corner, and I kind of

7    had my back semi-turned to them.

8        Q    Was the male tased?

9        A    I don't know if he was or not.  I

10    didn't see if he did actually got tased or not.

11    I know they threatened to do it.  They kept

12    saying, "Spit it out.  Spit it out."

13        Q    Did you hear any kind of noise

14    that the taser was used?

15        A    I don't remember if it was or not.

16    I don't remember.  I don't remember hearing

17    anything.

18        Q    Before the male subject spit out

19    whatever it was that he spit out, did any other

20    officers come to the house on Greenfield Road?

21        A    Not at the time that that was

22    going on, I don't believe.  I don't remember

23    seeing anybody else show up at that particular

24    time.

25        Q    Did anybody else at some point

Frankenbach

1

2  show up?  When I say "anybody," I mean did any

3  other officers show up?

4           A     Yes.

5           Q     Who was that if you recall?

6           A     One officer showed up after the

7  fact was -- I can't say his name.  Monta --

8           Q     Montalbano?

9           A     Yes, because I believe he is the

10 one who took the female prisoner and then

11 Officer Kiernan, I believe, came -- again, I'm

12 not positive which way, because it was two years

13 ago -- but he took, I believe, the male subject

14 in, you know, later on, and then Officer Peters

15 also showed up sometime before -- I believe

16 after the female left, but before the male left,

17 I believe he showed up.

18          Q     When Officer Peters arrived, did

19 you witness him do anything?

20          A     No.  He talked to the undercover

21 guys, and I think he spoke to the gentleman also

22 because he works that area, so he's familiar

23 with the people.  I don't work that area, so I

24 don't know the people that well.  He knows more

25 of the people.  So he came in because it was his

Frankenbach

1

2  area and I guess he wanted to see if there was

3  anything he could do to help. I don't know if

4  there was a reason he was there or not. I don't

5  know.

6       Q    Officer Peters is a patrolman in

7  that area, in Southampton?

8       A    Yes, sir. That's where he works.

9       Q    Now, after the male subject was

10  handcuffed and brought into the living room, did

11  he act in a threatening manner?

12           MS. DEJONG: I'm sorry. You

13        mean dining room?

14           MR. TELESCA: I meant dining

15        room.

16       A    I was going to correct him too.

17       Q    Dining room, I'm sorry.

18       A    Once he was put and sat down, I

19  believe so. I don't remember seeing, but like I

20  said, I didn't watch the whole scenario.

21       Q    At any time that you were in the

22  house on the date in June, 2008, did the male

23  subject appear to be injured or otherwise

24  incapacitated?

25       A    No, sir.

Frankenbach

1

2      Q      While you were at the house on the

3  date in June 2008, did any of the other officers

4  ever state that the male subject was intoxicated

5  or otherwise under the influence of some

6  narcotic?

7      A      I never heard it.

8      Q      Did you ever actually speak to the

9  male subject?

10     A      Yes, sir.

11     Q      At what point did you speak with

12 him?

13     A      Well, after, like, everything was

14 said and done, I spoke to him.  Also when I

15 heard the undercover guys talk to him.  How he,

16 you know -- how he felt; did he feel okay; did

17 he want to go to the hospital.

18            And I remember him being very

19 adamant that he felt fine and he did not want to

20 go to the hospital.

21     Q      When you spoke to him, was this

22 before or after he spit up whatever it was?

23     A      Afterwards.

24     Q      While you were at the house on the

25 day in June 2008, did you have any conversations

Frankenbach

1
2   with any of the other officers concerning the
3   physical condition of the male subject who had
4   been arrested?
5          A     All I made sure -- I'm trying to
6   think what you mean by that.
7                MS. DEJONG:  If you don't know
8             what he means by that, ask him.
9          A     Repeat that, please.
10         Q     What I'm trying to understand is:
11  Were there any conversations that you were
12  involved in on that date concerning the physical
13  condition of the male subject who was arrested?
14         A     No.  I spoke to him directly.
15         Q     Did you have any conversations
16  outside of his presence with any of the other
17  officers about his condition?
18         A     I don't believe so.
19         Q     Did you have any conversations
20  with Officer Kiernan when he came to transport
21  the male subject back to headquarters?
22         A     Just probably briefly so he knows
23  what was going on, just the fact that the
24  subject was being taken in for possible drug
25  possession.

Frankenbach

1

2      Q      Do you recall any specific

3  conversation --

4      A      No, sir.

5      Q      Let me finish.

6      A      I'm sorry.

7      Q      Do you recall any specific

8  conversation that either you or any of the other

9  officers had with Officer Kiernan concerning the

10  male subject's physical condition?

11      A      I don't remember if I did or

12  didn't.

13      Q      How about, do you recall if any of

14  the other officers did?

15      A      No, I definitely don't remember.

16  I didn't hear anybody else talk to him about it.

17  I stayed -- remember, I stayed inside for the

18  rape, for the door scenario, and I didn't go

19  outside with them.  I don't know what they might

20  have said outside.

21      Q      So you remained in the house --

22      A      Absolutely.

23      Q      You have to let me finish.

24             You remained in the house the

25  entire time -- let me start over.

1          Frankenbach

2               You remained in the house even

3     after the male subject had exited?

4          A     Yes, sir.

5               (Police Department, Town of

6               Southampton, Supplementary Report,

7               Date of Report:  July 13, 2008 was

8               marked as Plaintiff Exhibit 6 for

9               identification, as of this date.)

10    BY MR. TELESCA:

11         Q     Officer Frankenbach, what is

12    before you is what has been marked as Plaintiff

13    Exhibit 6.

14               Do you recognize this document?

15         A     Yes, sir.

16         Q     Can you tell us what it is?

17         A     It's a supplementary report that

18    was done by myself on June -- I'm sorry --

19    July 13, 2008.

20         Q     What is it in regards to?

21         A     Incident was a death investigation

22    with reference to the scenario that happened at

23    18 Greenfield Road in Southampton.

24         Q     Is this with regard to the

25    incident that we have been speaking about this

Frankenbach

```
 1
 2   morning?

 3        A    Yes, sir.

 4        Q    If you would like, please take a

 5   minute to just read the report, and then I will

 6   ask you a few questions about it.

 7        A    (Perusing document.)  Okay.

 8        Q    Now, do you recall why you

 9   prepared this report?

10        A    I was told to by my superior, that

11   I needed to do a supp. report with reference to

12   the incident that happened on June 9th.

13        Q    Who was your supervisor?

14        A    At this time, it was Desk Officer

15   Howie Kalb.

16        Q    Is that who signed it there if you

17   recognize that signature?

18        A    Yes, sir.

19        Q    On the top left it says "Incident:

20   Death investigation"?

21        A    Yes, sir.

22        Q    Whose death was being

23   investigated?

24        A    The black male subject at the

25   house at 18 Greenfield.
```

1    Frankenbach

2    Q    When did you first find out that

3    he had died?

4    A    I don't remember the date.

5    Q    Was it on the date that you were

6    at Greenfield Road?

7    A    No, sir.

8    Q    It was sometime afterward?

9    A    Yes.

10    Q    As you sit here today, do you know

11    the cause of the death of the male subject?

12    A    No.  Actually, I don't know the

13    actual cause.

14    Q    When it says also on the top left

15    "Complainant:  Suffolk County Homicide," what

16    does that mean?

17    A    That they are investigating it.

18    Q    So Suffolk County Homicide was

19    investigating the death of the black male

20    subject?

21    A    Yes, sir.

22    Q    Now, if you look towards the

23    bottom, it looks like it's the -- maybe,

24    seven-eighths of the way down, "I saw PO S tase

25    him once"?

1                     Frankenbach

2       A      Yes, sir.

3       Q      Do you see that now?

4       A      Yes.

5       Q      Earlier in your testimony I

6 thought you said you didn't see him use the

7 taser?

8       A      At this time, I don't remember if

9 I saw him do it, but if I stated it then,

10 because it was a lot closer to the incident, I

11 must have seen him tase him once. To this day,

12 I don't remember that he did it.

13       Q      Do you know if Officer S or some

14 other officer tased the black male subject more

15 than once?

16       A      No. It's only Officer S I saw

17 with the taser, that had it. That was the only

18 one I seen holding it.

19       Q      You said it before -- I don't know

20 if it is the right word to say, but are you

21 authorized to carry a taser?

22       A      We don't carry tasers.

23       Q      The patrol officers?

24       A      The patrol officers do not.

25

1          Frankenbach

2          MR. TELESCA:  I don't have any

3     more questions.

4          MS. DEJONG:  Okay.

5          MR. TELESCA:  Thank you for your

6     time.

7          (Whereupon, at 10:57 AM, the

8     deposition was concluded.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## C A P T I O N

The Deposition of PO STEVEN S. FRANKENBACH, taken
in the matter, on the date, and at the time and
place set out on the title page hereof.

It was requested that the deposition be taken by
the reporter and that same be reduced to
typewritten form.

The Deponent will read and sign the transcript
of said deposition.

FINK & CARNEY
REPORTING AND VIDEO SERVICES
39 West 37th Street, 6th Floor, New York, N.Y. 10018 (212) 869-1500

C E R T I F I C A T E

STATE OF_____:

COUNTY/CITY OF_____:


Before me, this day, personally appeared

PO STEVEN S. FRANKENBACH, who, being duly sworn,

states that the foregoing transcript of his

Deposition, taken in the matter, on the date, and

at the time and place set out on the title page

hereof, constitutes a true and accurate transcript

of said deposition.



                    _____

                          STEVEN S. FRANKENBACH




SUBSCRIBED and SWORN to before me this_____

day of _____, 2010, in the

jurisdiction aforesaid.


_____        _____

My Commission Expires                  Notary Public

## DEPOSITION ERRATA SHEET

RE:
CASE CAPTION:    TINA BRADWAY
                        vs.
                 THE TOWN OF SOUTHAMPTON

DEPONENT:  PO STEVEN S. FRANKENBACH
DEPOSITION DATE: MAY 19, 2010

To the Reporter:
I have read the entire transcript of my Deposition
taken in the captioned matter or the same has been
read to me.  I request for the following changes
be entered upon the record for the reasons
indicated.
I have signed my name to the Errata Sheet and the
appropriate Certificate and authorize you to
attach both to the original transcript.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

SIGNATURE:_____ DATE:_____

              PO STEVEN S. FRANKENBACH

42

I N D E X

Witness:

PO STEVEN S. FRANKENBACH


E X H I B I T S


| Plaintiff For Ident. | Description | Page |
|---|---|---|
| 6 | Police Department, Town of Southampton, Supplementary Report, Date of Report: July 13, 2008 | 34 |

C E R T I F I C A T E

STATE OF NEW YORK    )

                     ) ss.

COUNTY OF NEW YORK  )

           I, Jean Wilm, a Shorthand (Stenotype) Reporter and Notary Public of the State of New York, do hereby certify that the foregoing Deposition, of the witness, PO STEVEN S. FRANKENBACH, taken at the time and place aforesaid, is a true and correct transcription of said deposition.

           I further certify that I am neither counsel for nor related to any party to said action, nor in any wise interested in the result or outcome thereof.

           IN WITNESS WHEREOF, I have hereunto set my hand this 25th day of May, 2010.

_Jean Wilm_

_____

JEAN WILM, RPR, CMRS, CLR