Exhibit I

1

2  UNITED STATES DISTRICT COURT
   EASTERN DISTRICT OF NEW YORK

3  ------------------------------------------X

4  TINA BRADWAY, Individually and as
   Administratrix of the Estate of

5  TONY BRADWAY,

6                      Plaintiff,

7

                -against-            Civil Action No.

8                                    CV-09 3177

9  THE TOWN OF SOUTHAMPTON, LINDA A. KABOT,
   and JOHN DOES 1-10 Consisting of

10 Individuals to be Determined,

11                     Defendants.

12 ------------------------------------------X

13                     May 27, 2010
                       10:04 a.m.

14
                       110 Old Riverhead Road

15                     Hampton Bays, New York

16

17        DEPOSITION of THE TOWN OF SOUTHAMPTON,

18 a Defendant herein, by POLICE OFFICER GASPAR

19 MONTALBANO, taken by the Plaintiff, pursuant to

20 Federal Rules of Civil Procedure, and Notice,

21 held at the above-mentioned time and place,

22 before Lori Anne Curtis, a Notary Public of the

23 State of New York.

24

25

1

2   A P P E A R A N C E S :

3

4

5      RUSKIN, MOSCOU & FALTISCHEK, P.C.
            Attorneys for Plaintiff
6            1425 RXR Plaza
            Uniondale, New York   11556
7      BY:   THOMAS TELESCA, ESQ.

8

9      DEVITT SPELLMAN BARRETT, LLP
            Attorneys for Defendants
10           50 Route 111
            Smithtown, New York   11787
11     BY:   JELTJE DEJONG, ESQ.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2

## FEDERAL STIPULATIONS

4

5          IT IS HEREBY STIPULATED AND AGREED by

6    and between the parties hereto, through their

7    respective counsel, that the certification,

8    sealing and filing of the within examination

9    will be and the same are hereby waived;

10          IT IS FURTHER STIPULATED AND AGREED

11    that all objections, except as to the form of

12    the question, will be reserved to the time of

13    the trial;

14          IT IS FURTHER STIPULATED AND AGREED that

15    the within examination may be signed before any

16    Notary Public with the same force and effect as

17    if signed and sworn to before this Court.

18

19

20

21

22

23

24

25

1

2    G A S P A R     M O N T A L B A N O, the Witness

3          herein, having been first duly sworn by a

4          Notary Public in and of the State of New

5          York, was examined and testified as

6          follows:

7    EXAMINATION BY

8    MR. TELESCA:

9          Q      Would you please state your full

10   name for the record.

11         A      Gaspar Montalbano.

12         Q      What is your current business

13   address?

14         A      110 Old Riverhead Road, Hampton

15   Bays, New York 11946.

16                     MR. TELESCA:  Officer

17                Montalbano, my name is Tom

18                Telesca.  We met before we

19                started.  I represent Tina

20                Bradway, who has a lawsuit against

21                the Town of Southampton and

22                members of the Southampton Town

23                Police Department arising out of

24                the arrest and subsequent death of

25                her son, Tony Bradway.

1           PO G. Montalbano

2               We're here today to take

3      your deposition.

4  Q   Have you ever been deposed before?

5  A   No, I have not.

6            MR. TELESCA:  Okay.

7              I would like to go over

8      some ground rules so we're clear

9      how we're going to proceed today.

10     It's essentially a

11     question-and-answer session.

12     There's a court reporter who is to

13     your left who is taking everything

14     down that's said today, and what

15     she's creating, ultimately, will

16     be a written transcript of your

17     testimony and my questions.

18             So it's important that you

19     give verbal responses instead of,

20     in a normal conversation you may

21     nod your head or make some sort of

22     gesture, but you need to give

23     verbal responses so the court

24     reporter can take your answer

25     down.

1        PO G. Montalbano

2            Is that understood?

3            THE WITNESS:  Yes, it is.

4            MR. TELESCA:  Okay.

5            It's also important that we

6    don't talk over each other.  So if

7    you allow me to ask my question in

8    full, and then I'll give you the

9    opportunity to give your answer,

10   of course, a full complete answer.

11           Okay?

12           THE WITNESS:  Yes, sir.

13           MR. TELESCA:  If there's a

14   term or a question that you don't

15   understand, please feel free to

16   ask me to rephrase the question or

17   define the term.

18           Before we started we had a

19   discussion about different people,

20   and you know, something like that,

21   where it could be misunderstood,

22   where there's a term that may have

23   more than one meaning, I'd ask you

24   to ask me to explain the term.

25           Okay?

1         PO G. Montalbano

2              THE WITNESS:  Yes, sir.

3              MR. TELESCA:  If you don't

4 know the answer to a question,

5 it's okay to say you don't know.

6 We certainly don't want you to

7 guess.  If it's possible, if I ask

8 you a question about how far away

9 was a certain subject, you know,

10 it's okay to give an

11 approximation, but just let us

12 know you are approximating.

13              Okay?

14              THE WITNESS:  Uh-hum.  Yes,

15 sir.

16              MR. TELESCA:  If you answer

17 one of my questions, I'll assume

18 that you understood, that you

19 heard it, obviously, and that you

20 answered it completely to the best

21 of your ability today.

22              Okay?

23              THE WITNESS:  Yes.

24              MR. TELESCA:  And if at any

25 time you need to take a break,

1          PO G. Montalbano

2     need to use the restroom, make a

3     call, ask me, and we can take a

4     pause.

5               Okay?

6               THE WITNESS:  Okay.

7               MR. TELESCA:  If your

8     attorney objects to one of my

9     questions, I'd ask that you stop

10     testifying, allow her to place her

11     objection on the record, and if

12     it's necessary for your attorney

13     and me to have some sort of

14     discussion, I ask that you allow

15     us to do that before you continue

16     your testimony.

17               Okay?

18               THE WITNESS:  Okay.

19     Q     Is there any reason why you are

20 not able to testify truthfully today?

21     A     No.

22     Q     In preparation for today's

23 deposition, did you review any documents?

24     A     I reviewed my memo book page for

25 reference to the times, and yesterday, through

```
 1                 PO G. Montalbano
 2    the paperwork that the counsel had, referenced
 3    times.
 4         Q      And other than the memo book, was
 5    there another specific document that you looked
 6    at?
 7         A      Just, like I said, the CAD
 8    printout that showed the times, because I was
 9    not too sure on the times.
10         Q      What do you mean by "the CAD
11    printout"?
12         A      The Computer Aided Dispatch that
13    we're logged into for when we're dispatched to
14    calls and whatnot.
15         Q      Okay, so that would be the way the
16    police department, I guess, keeps tabs on where
17    you are at a certain time?
18         A      Yes.
19         Q      So you have to call that in?
20         A      Right, when we arrive at location
21    or car stop.
22         Q      So when you arrive at a certain
23    destination, you call and say I'm at 10 Main
24    Street.
25         A      Pretty much.  We use 10-Codes.
```

1              PO G. Montalbano

2        Q       Okay.

3        And the system knows the time that

4  you call?

5        A       Yes.

6                MR. TELESCA:  Okay.

7                Can we go off the record

8        for a minute?

9                MS. DEJONG:  Sure.

10               (Discussion held off the

11       record.)

12               MR. TELESCA:  Back on the

13       record.

14               Can we mark this, please,

15       Plaintiff's Exhibit 23.

16               (Plaintiff's Exhibit 23,

17       Officer Montalbano's memo book

18       page, was marked for

19       identification, as of this date.)

20       Q       Officer Montalbano, I'm going to

21  show you what's been marked Plaintiff's

22  Exhibit 23 (handing).

23               This is -- I forgot what you call

24  it --

25       A       Memo book.

1                    PO G. Montalbano

2        Q        -- your memo book page for the

3  date of incident we're here for today?

4        A        Yes.

5                        MR. TELESCA:  And just for

6                    the record, Exhibit 23 is a

7                    two-page document listing the

8                    times of what Officer Montalbano

9                    did on June 9, 2008.

10        Q        So other than the memo book page,

11  did you review any other documents -- other than

12  the memo book page and the CAD printout?

13        A        No, I did not.

14        Q        Other than your attorney, did you

15  speak to anybody about your deposition today?

16        A        I spoke to my vice president --

17  the PBA vice president, Officer Guinn (phonetic

18  spelling), at about midnight, to discuss --

19  because it was my first one.  I didn't know

20  exactly how it played -- you know, what to

21  expect, because this was my first one.

22        Q        So what did you speak about?

23        A        The format, like how it usually

24  works, like who's there, what exactly transpires

25  when you are there.

1              PO G. Montalbano
2        Q       Did you speak about the incident
3    that happened that day?
4        A       No, I did not.
5        Q       So just to get a sense of the
6    logistics?
7        A       Yes, sir.
8        Q       Okay.
9                Did you speak at all with Officer
10   Sickles?
11       A       No, I did not.
12       Q       And what I mean is about today's
13   deposition testimony.
14       A       No, I did not.
15       Q       How about Officer Cagno, did you
16   speak to him about today's deposition testimony?
17       A       No, I did not.
18       Q       Did you speak to either Officer
19   Cagno or Sickles about their deposition
20   testimony?
21       A       No, I did not.
22       Q       How about Officer Frankenbach, did
23   you speak to him about your testimony or the
24   testimony he's already given?
25       A       No, I did not.

```
1                    PO G. Montalbano
2        Q       How about Officer Kiernan --
3        A       No, I did not -- oh, sorry.
4                     MS. DEJONG:  That's very
5                normal.
6                     MR. TELESCA:  Yeah, it's
7                okay.
8        Q       -- did you speak to him about his
9   deposition testimony or about the deposition
10  testimony you are going to give today?
11       A       No, I did not.
12       Q       And last is Sergeant James
13  Kiernan, did you speak to him about his prior
14  deposition testimony in this case or about the
15  deposition testimony you are going to give
16  today?
17       A       No, I did not.
18       Q       Okay.
19                    I want to talk a little bit about
20  your educational background.  I think it was
21  your file yesterday I reviewed.  You graduated
22  from Westhampton Beach High School?
23       A       Yes, I did.
24       Q       And what year was that?
25       A       1993 was the year of my diploma.
```

1          PO G. Montalbano

2          Q        And after that, did you attend

3    college?

4          A        No, I did not.  I did attend

5    BOCES, EKG technician, in, I think it was, '96.

6          Q        So after you graduated from

7    Westhampton Beach High School, did you start

8    working?

9          A        Yes, I did.

10         Q        Okay.

11                  Where did you first work?

12         A        I believe it was Herb Obser, it's

13   a car dealership.

14         Q        Where is that located?

15         A        In Riverhead.

16         Q        How long did you work there?

17         A        About a year.

18         Q        Okay.

19                  And what were you doing at Herb

20   Obser?

21         A        I was an auto detailer.

22         Q        Okay.

23                  And where did you work after Herb

24   Obser?

25         A        I jumped around.  I went to

1          PO G. Montalbano
2  Garston Motors, which is another dealership in
3  Riverhead, and from there, I went to Riverhead
4  Dodge after that.
5          Q       And you were doing the same thing
6  essentially?
7          A       Yeah, auto detailing.
8          Q       Okay.
9                  At some point did you stop doing
10 auto detailing as employment?
11         A       Yes, I did.
12         Q       Approximately what year was that?
13         A       '98.
14         Q       What did you do at that point?
15         A       I went into the marina business,
16 working around boats.
17         Q       Where did you work?
18         A       South Shore Boats, Village Marina
19 of Westhampton Beach -- it's Village Marina of
20 Westhampton d/b/a South Shore Boats.
21         Q       What were you doing there?
22         A       I was yard manager.
23         Q       And how long did you work there?
24         A       Until I became employed here at
25 Southampton Town.

1          PO G. Montalbano

2     Q     And what year was that?

3     A     I graduated the academy in 2007,

4  did a year part time, and was picked up

5  October 2007 as full time, as PO.

6     Q     Okay.

7           So October 2007 is when you became

8  full time?

9     A     Yes, sir.

10    Q     Okay.

11          And so you entered the academy in

12 2006?

13    A     Yes, October of 2006.

14    Q     Now, when you entered the academy,

15 was that full time --

16    A     It was a part-time academy.

17    Q     So you were still working at South

18 Shore Boats during the time you attended the

19 police academy?

20    A     Yes, I did.

21    Q     And you attended which police

22 academy?

23    A     Suffolk County Police Academy.

24    Q     Where is that?

25    A     Brentwood.

1          PO G. Montalbano

2          Q      When did you graduate from the

3    police academy?

4          A      In April of '07.

5          Q      And at that point you were hired

6    as an officer in the Town of Southampton?

7          A      Yes, sir.

8          Q      And you did that for approximately

9    six months?

10         A      Yes, sir.

11         Q      Have you had the same position in

12   the Town of Southampton Police Department since

13   October 2007?

14         A      Yes.

15         Q      How would you describe your role

16   in that position?

17         A      It's patrol, patrolman.

18         Q      What do you do generally on a

19   day-to-day basis?

20         A      Answering 911 calls, traffic

21   enforcement, and -- pretty much, that's it.

22   Answer 911 calls, traffic enforcement, SLA

23   checks.

24         Q      What's "SLA checks"?

25         A      SLA, I don't know the exact

1          PO G. Montalbano

2   acronym for it, but it's for the alcohol...

3                    MS. DEJONG:   State Liquor

4             Authority.

5                    MR. TELESCA:   Thank you.

6        Q      Have you ever been suspended since

7   your employment?

8        A      No, I have not.

9        Q      Have you ever been the subject of

10  any disciplinary action?

11       A      No, I have not.

12       Q      During your training at the police

13  academy, did you take any specialized courses in

14  addition to the basic training that every other

15  cadet has?

16       A      No, I did not.

17                   THE WITNESS:   Can I ask one

18            question to counsel real quick?

19                   MR. TELESCA:   Sure.

20                   (Whereupon, client and

21            counsel confer.)

22                   THE WITNESS:   With

23            reference to my work history, in

24            between when I left Riverhead

25            Dodge and I worked for South Shore

1          PO G. Montalbano

2          Boats, I was just a yard person, I

3          worked there for a year, left,

4          went to Modern Yachts for three

5          years, and went back in '98 to

6          South Shore Boats as yard manager.

7                    MR. TELESCA:  Okay.

8          Q      Before looking at your -- and I

9     forgot what you called it again, your memo book

10    page?

11         A      Yes, sir.

12         Q      -- did you have an independent

13    recollection of the arrest of Tony Bradway?

14         A      No.

15         Q      As you sit here today, do you

16    remember who Tony Bradway was?

17         A      I've never met him.

18         Q      Okay.

19                So if you look at Plaintiff's

20    Exhibit 23, I guess it's the fifth entry, at

21    10:10.  I assume that's 10:10 a.m.?

22         A      Yes, sir.

23         Q      And that's on June 9, 2008;

24    correct?

25         A      Yes, sir.

1                    PO G. Montalbano

2          Q       And it says "Respond to 18

3    Greenfield Road" --

4          A       That's "reference."

5          Q       Oh, "18 Greenfield Reference, 26

6    one female," and what's the remaining part?

7          A       What it says, is "Respond to 18

8    Greenfield, reference at [two-six]," which is a

9    transport, so 10-Code, "10-26, one female to

10   headquarters for Street," which means for Street

11   Crimes.

12         Q       Okay.  All right.

13                 At the time you arrived at 18

14   Greenfield Road, do you know whether or not, one

15   way or the other, Tony Bradway was at 18

16   Greenfield Road?

17         A       No, I did not.

18         Q       Did you ever go -- 18 Greenfield

19   Road, how would you describe the property?

20         A       I believe it's a two-story house.

21   From what I recollect, a two-story house,

22   driveway --

23         Q       So it was a residence?

24         A       Yes.

25         Q       It wasn't an office building?

```
 1              PO G. Montalbano
 2        A      No.
 3        Q      Did you ever go into the residence
 4   on that date?
 5        A      On this date, for about three
 6   seconds, three to five seconds.
 7        Q      And where did you go?
 8        A      I was just right in the doorway.
 9        Q      The front door?
10        A      The front door.
11        Q      The main entrance?
12        A      The main entrance into the
13   residence.
14        Q      Did you ever go into any of the
15   rooms?
16        A      No, I did not.
17        Q      Okay.
18              Do you recall who else was at --
19   let me break that down.
20              Do you recall at the time you
21   arrived at 18 Greenfield Road what other police
22   officers, uniformed or not, were there?
23        A      I remember Officer Peters was
24   there, I remember Officer Frankenbach was there,
25   and Vinnie Cagno, Officer Cagno.
```

1                      PO G. Montalbano

2          Q       Do you recall seeing Officer

3   Sickles at 18 Greenfield Road?

4          A       No, I do not.

5          Q       Okay.

6                  And did you actually visually see

7   Officer Peters at 18 Greenfield Road?

8          A       Yes, I did.

9          Q       Okay.

10                 And where was Officer Peters?

11         A       He was there upon my arrival also

12  to transport somebody.

13         Q       Okay.

14                 But was he in the house, was he

15  outside the house?

16         A       I don't recall.

17         Q       How about Officer Frankenbach, do

18  you recall where his physical location was?

19         A       Outside the door.

20         Q       And how about Officer Cagno?

21         A       He was inside the residence.

22         Q       Did you see him inside the

23  residence?

24         A       Yes, I did.

25         Q       Do you recall where he was?

```
 1                    PO G. Montalbano
 2          A       He was inside, straight in front
 3   of the front door.
 4          Q       He was in the entranceway?
 5          A       Not in the entranceway, but inside
 6   the house.
 7          Q       Was he in any particular room that
 8   you can discern?
 9          A       The foyer, the entrance there.
10          Q       Okay.
11                  Other than police officers, did
12   you see any other people at 18 Greenfield Road?
13          A       There was other people there as
14   well.
15          Q       Do you recall how many other
16   people?
17          A       No, I do not.
18          Q       Do you recall whether they were
19   male, female or both?
20          A       I believe male, yeah, male.
21          Q       Do you recall how many males you
22   saw?
23          A       No.
24          Q       You recall at least one?
25          A       Oh, at least one, yes.
```

1          PO G. Montalbano

2     Q     Can you describe that person?

3     A     No, I can not.

4     Q     Approximately three males?

5     A     Approximately.

6     Q     You saw approximately three males?

7     A     Approximately three males.

8     Q     Were they adults?

9     A     Yes, they were.

10    Q     Okay.

11          If I look at -- let's go back to

12    Exhibit P-23.  The next time entry after the

13    10:10 "Respond to 18 Greenfield," is at

14    10:39 a.m., and it says "10-36."

15          What does that mean?

16    A     That means I arrived on scene, I

17    arrived at that location.  So 10-36, that's a

18    10-Code for arrived at location.

19    Q     Okay.

20          So at 10:10, you got a call from

21    headquarters?

22    A     Yes, sir.

23    Q     Do you recall who it was?

24    A     No, I do not.

25    Q     Was it over your radio or on the

1          PO G. Montalbano

2   cell phone?

3          A      On the radio.

4          Q      And at 10:10 they told you to go

5   to 18 Greenfield Road?

6          A      Yes, for a transport.

7          Q      Okay.

8                 And you got to 18 Greenfield Road

9   at 10:39?

10         A      Approximately 10:39, yes.

11         Q      And when you got the call at 10:10

12  in the morning, do you remember where you were?

13         A      I was in my sector.  I don't know

14  the exact spot in my sector.

15         Q      What's your sector?

16         A      It would be the Charlie-43 sector.

17         Q      Where would that be in the Town of

18  Southampton?

19         A      It's out east, the furthest point

20  east; North Haven, Sag Harbor, Noyack area.

21         Q      Is Sag Harbor in the Town of

22  Southampton?

23         A      There is parts of Sag Harbor in

24  the Town of Southampton.

25         Q      Okay.

1          PO G. Montalbano

2          So you arrived at 10:39, and then

3   am I correct that -- at 10:50, is that when you

4   left Greenfield Road with the female?

5          A     Yes, that is correct.

6          Q     Okay.

7          If you could just read the entry

8   into the record for 10:50.

9          A     Sure.

10         It says "10:50." It says "26 one

11  female to HQ, start 35862."

12         Q     Okay.

13         And then can you translate that

14  for us?

15         A     Sure. That's the start mileage

16  because when we transport a female, we have to

17  log in our mileage. So my mileage at the time

18  was 35,862.

19         Q     Okay, so that's the mileage on the

20  car on the odometer?

21         A     Yes, sir.

22         Q     Okay.

23         And "26" is the code for

24  transporting an arrestee, a prisoner?

25         A     Just transporting anybody.

PO G. Montalbano

1

2     Q     Okay.

3          So, does your memo book page help

4 refresh your recollection that you were at 18

5 Greenfield Road for approximately ten minutes?

6     A     Yes, it does.

7     Q     Okay.

8          Were you at all involved in the

9 arrest of the female?

10    A     No, I was not.

11    Q     Okay.

12         Do you recall the female's name?

13    A     No, I do not.

14    Q    Do you recall her?  Could you

15 describe the female?

16    A     She was approximately

17 five-foot-three, possibly.  I don't recall the

18 exact height, but at least five feet tall.  I

19 don't recall if blond hair, black hair, but she

20 was white, a white female.

21    Q     Okay.

22         Approximately how old was she?

23    A     I don't recall.  Approximately

24 maybe in her twenties.

25    Q     Okay.

1              PO G. Montalbano

2              Now, the three -- I'll call them

3    civilian males that were there, were they black

4    or white or both?

5        A       I don't recall.

6              MS. DEJONG:  I'll object to

7              form.  He said approximately three

8              males, just so we're not...

9              MR. TELESCA:  Right, okay.

10       Q       And then according to your memo

11   book page, you arrived at headquarters at

12   10:57 a.m.?

13       A       That is correct.

14       Q       Okay.

15              And does code "36" mean arrival?

16       A       Yes, it does.

17       Q       Okay.

18              And you logged your miles as

19   35,867?

20       A       That is correct.

21       Q       And so it's approximately five

22   miles from 18 Greenfield Road, or it is --

23   according to the odometer, it was five miles?

24       A       Yes, sir.

25       Q       And then the next entry under the

1          PO G. Montalbano

2   10:57 is "paperwork at HQ"; is that correct?

3          A     That is correct.

4          Q     Okay.

5                And what paperwork -- what does

6   that mean?

7          A     Just that I had paperwork to do.

8   I don't recall the exact paperwork that I did.

9   I did not process the female.  I know I did sit

10  with her until Street Crimes said it was okay,

11  or whatever, I so just sat with her until they

12  said, "Okay."

13         Q     Where did you sit with her?

14         A     I was in the booking room.

15         Q     Okay.

16               Now, going back -- where did you

17  first see the female that you transported?

18         A     When I walked up to the front

19  door, she was sitting down in a chair which was

20  in direct line view of the front door.

21         Q     Do you know what room it was in?

22         A     The entranceway there.  I don't

23  know the layout of the house, so I can't say if

24  it was in Room A, B or what, but...

25         Q     Was she at a kitchen table, dining

```
 1              PO G. Montalbano
 2   room table, couch?
 3        A      It was like a table and a chair
 4   that was there, from what I recall.
 5        Q      Was it in the foyer area?
 6        A      Yes, it was.
 7        Q      Okay.
 8               And can you describe her
 9   condition?
10        A      She was kind of dirty.  "Dirty"
11   like not taken a shower recently.
12        Q      Did she appear she was under the
13   influence of any drug or -- how would you
14   describe her mental condition?
15        A      Seemed normal.
16        Q      Okay.
17               How about her physical condition?
18   And what I mean by that, did she appear sick or
19   injured?
20        A      No, she did not.
21        Q      And how did she get from the foyer
22   to the police cruiser?
23        A      Okay, they said, "Okay, you can
24   take her."  She stood up.  I took two steps in,
25   took her by her right arm, and escorted her out
```

```
 1              PO G. Montalbano
 2   to my police unit.
 3        Q     Did anybody walk with you, whether
 4   it was an officer or a civilian?
 5        A     I believe I was by myself.
 6        Q     And at the point that you escorted
 7   her out to the police cruiser, was she
 8   handcuffed?
 9        A     Yes, she was.
10        Q     From the time you began to escort
11   her in the foyer to the time you arrived at the
12   police cruiser, did you have any conversation
13   with her?
14        A     I do not recall.
15        Q     Okay.
16              And where was the police cruiser
17   parked?
18        A     In front of the residence.
19        Q     On the street or in the driveway?
20        A     On the street.
21        Q     And I assume you put her in the
22   back seat?
23        A     Yes, sir.
24        Q     Okay.
25              During the trip from the
```

```
 1              PO G. Montalbano
 2   Greenfield Road residence to headquarters, did
 3   you have any conversation with the woman?
 4        A      I do not recall.
 5        Q      Okay.
 6               And how about when you were
 7   sitting with her in the booking room, did you
 8   have any conversations with her at that point?
 9        A      I remember having a short
10   conversation with her.
11        Q      Do you remember the sum and
12   substance of that conversation?
13        A      She was saying that she did drugs,
14   and I was telling her it's a shame because, you
15   know, drugs don't lead you anywhere and it just
16   creates more problems.
17        Q      Did she at any point -- let me
18   take a step back.
19               How long did you sit with her in
20   the booking room?
21        A      I don't recall if -- 10,
22   15 minutes approximately.
23        Q      Okay.
24               And did somebody come to get her
25   from -- this may be the wrong word but --
```

1                    PO G. Montalbano

2        A      Take her?

3        Q      Yeah, take her from your custody?

4        A      Yes.

5        Q      And who was that?

6        A      I don't recall.

7        Q      But you were only with her in the

8   booking room for 15 minutes?

9        A      Approximately.

10       Q      Okay.

11              Did you see her again after that?

12       A      No, I did not.

13       Q      Have you ever seen her again after

14  that?

15       A      I have not.

16       Q      So at any time between the time

17  when you began to escort her from the foyer to

18  the time that she left your presence in the

19  booking room, or you left her presence, did she

20  tell you anything that had occurred in the 18

21  Greenfield Road residence prior to your arrival?

22       A      No.

23       Q      The approximately three civilian

24  men that you saw at the residence, were any of

25  them acting in a threatening manner?

```
 1              PO G. Montalbano
 2       A      No.
 3       Q      Did any of them appear to be under
 4  the influence of drugs or any other narcotic?
 5       A      No.
 6       Q      Do you know why -- the female that
 7  you transported to headquarters from 18
 8  Greenfield Road on June 9, 2008, do you know why
 9  she was arrested?
10       A      No, I do not.
11       Q      During the time you were at the
12  Greenfield Road residence on June 9, 2008, did
13  you hear any other officer say to you or to
14  another officer that somebody at the house
15  should or needs to go to the hospital?
16       A      No.
17       Q      Similar question, but a little
18  more broader, just so you understand where I'm
19  going, at any time on June 9, 2008 with regard
20  to anybody that was at Greenfield Road -- and I
21  am not including police officers, any of the
22  civilians -- did you ever hear any officer say
23  that one of the civilians there needed to go or
24  should have gone to the hospital?
25       A      No.
```

1                    PO G. Montalbano

2          Q       As you sit here today, do you know

3    what other officers were at the house that day

4    other than Officers Peters, Frankenbach and

5    Cagno?

6          A       That's all I recall.

7          Q       Okay, but do you now know the

8    names of the other officers who were there?

9          A       Yes.

10         Q       Can you tell me who they are?

11         A       I believe Officer Sickles.

12         Q       When did you first find out that

13   Officer Sickles was also at the house at 18

14   Greenfield Road?

15         A       I don't recall.

16         Q       Okay.

17                 Was it at or about June 9, 2008?

18         A       No, it was sometime after.

19         Q       Do you know approximately how much

20   time after?  And I don't want you to guess.

21         A       No, I do not.

22         Q       And under which circumstances did

23   you find out Officer Sickles was also at 18

24   Greenfield Road?

25         A       I don't recall.

1            PO G. Montalbano

2       Q       Okay.

3               Before you became aware that you

4   were a defendant in this lawsuit, did you have

5   any knowledge of Tony Bradway?

6       A       No, I did not.

7       Q       After June 9, 2008, for any

8   reason, did you ever go back to 18 Greenfield

9   Road?

10      A       No, I did not.

11      Q       So you have never been back to 18

12  Greenfield Road?

13      A       Not that I recall.

14      Q       Okay.

15              Did Ms. -- well, you don't

16  remember the female's name, so the female, did

17  she leave your presence or did you leave her

18  presence from the booking room?

19      A       I left her presence.

20      Q       So somebody came into the booking

21  room to take -- Ms. Gianini (phonetic spelling)

22  is her name, but you don't recall that.

23      A       I don't recall.

24      Q       Okay.

25              After you left her presence did

1                    PO G. Montalbano

2    you have ever have any conversations with

3    Officers Peters, Frankenbach, Cagno or Sickles

4    concerning anything that happened at the

5    residence of 18 Greenfield Road on June 9, 2008?

6          A       No, I did not.

7          Q       Did you ever have any

8    conversations with Sergeant Kiernan or Officer

9    William Kiernan concerning anything that

10   happened at the 18 Greenfield Road residence on

11   June 9, 2008?

12         A       No, I did not.

13         Q       If you look at, again, Plaintiff's

14   Exhibit 23, the next entry that we haven't

15   spoken about is at 12:14 p.m.  It says "27" --

16   is that "HQ"?

17         A       That's supposed to be "HQ," yes.

18         Q       Okay.

19                 What does that mean?

20         A       I went back in service from

21   headquarters, back on the road.

22         Q       Okay.

23                 So you were here at headquarters

24   after you had arrived with the female for

25   approximately an hour and twenty minutes?

1        PO G. Montalbano

2        A        Approximately.

3        Q        Okay.

4                 Now, getting back, it says under

5    the entry for 10:57, "paperwork at HQ" -- I just

6    want to make sure I understand your testimony.

7    You don't recall what paperwork you filled out?

8        A        No, I do not.  It probably would

9    have been like any supporting depositions for

10   speeding tickets or V and T violations.

11       Q        Okay.

12                Was the paperwork that you filled

13   out at HQ in regard to the female?

14       A        No, it was not.

15       Q        Okay.

16                So it was with regard to a

17   different matter?

18       A        Yes, sir.

19       Q        Okay.

20                Is the booking room the same as

21   the detention area?

22       A        No.

23       Q        What's the difference?

24       A        The booking room is where there's

25   computers, you can sit down, you log in all

1          PO G. Montalbano

2     their pertinent information.  The detention area

3     is actually where once you get through, you're

4     doing the booking, you bring them into the

5     detention area, where you can -- depending upon

6     if you need to do the RICCI (phonetic spelling)

7     System, which is mug and print, do prints, take

8     pictures, and it's where the holding cells are.

9          Q     During the time the female was in

10    the booking room, did she have any other

11    conversation with any other arrestee or

12    prisoner?

13         A     No, she was by herself.

14         Q     And I want to be clear, did you

15    see her have any conversation with any other

16    arrestee or prisoner.

17         A     No, I did not.

18         Q     When you arrived at 18 Greenfield

19    Road -- and that was, according to your memo

20    book page, approximately 10:39; correct?

21         A     Yes, sir.

22         Q     Between 10:39 and approximately

23    10:50 when you left, did you overhear the other

24    officers that were there speaking about

25    anything?

1            PO G. Montalbano

2      A      No.

3      Q      No, or you don't remember?

4      A      No, I did not.  I was outside the

5  door.  I was not in the house.

6      Q      So the only thing -- is it true

7  that the only thing that you heard any other

8  officer say is --

9      A      When I looked in, they looked at

10  me and said, "She's ready to go."

11      Q      And you escorted her out?

12      A      Yes, sir.

13      Q      And other than that conversation,

14  did you have any other conversations with any

15  other officers at 18 Greenfield Road?

16      A      I said hello to Steve Frankenbach.

17      Q      That was the only conversation

18  with Officer Frankenbach?

19      A      As I recall, I said, "Hello.  How

20  'ya doing?  How's the family?"

21      Q      Nothing about the --

22                  (Continued on next page.)

23

24

25

1          PO G. Montalbano

2

3     A        Nothing.

4              MR. TELESCA:  Okay, nothing

5     further.

6              Thank you.

7              (Time noted:  10:44 a.m.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2                    A C K N O W L E D G M E N T

3

4    STATE OF NEW YORK    )

5                             :ss

6    COUNTY OF             )

7

8          I, POLICE OFFICER GASPAR MONTALBANO,

9    hereby certify that I have read the transcript

10   of my testimony taken under oath in my

11   deposition of May 27, 2010; that the transcript

12   is a true and complete record of my testimony,

13   and that the answers on the record as given by

14   me are true and correct.

15

16          _____

17                 POLICE OFFICER GASPAR MONTALBANO

18

19   Signed and subscribed to before me this

20   _____ day of _____, 2010.

21

22   _____

23   Notary Public, State of New York

24

25

INDEX TO TESTIMONY

| WITNESS | EXAMINATION BY | PAGE |
|---|---|---|
| Gaspar Montalbano | Mr. Telesca | 4 |

INDEX TO EXHIBITS

| PLAINTIFF'S EXHIBITS | DESCRIPTION | PAGE |
|---|---|---|
| 23 | Officer Montalbano's memo book page | 10 |

ERRATA SHEET FOR THE TRANSCRIPT OF:
Case Name: Bradway v. Town of Southampton, Et Al
Deposition Date:  May 27, 2010
Deponent:  Police Officer Gaspar Montalbano
Place:  110 Old Riverhead Road
        Hampton Bays, New York


                     CORRECTIONS

PG    LN    NOW READS        SHOULD READ    REASON FOR
___   ___   _____       _____    _____

___   ___   _____       _____    _____

___   ___   _____       _____    _____

___   ___   _____       _____    _____

___   ___   _____       _____    _____

___   ___   _____       _____    _____

___   ___   _____       _____    _____

___   ___   _____       _____    _____

___   ___   _____       _____    _____

___   ___   _____       _____    _____

___   ___   _____       _____    _____

___   ___   _____       _____    _____


_____                  _____
Date                         Signature

Subscribed and sworn to before me
this        day of            2010.


_____
     (NOTARY PUBLIC)

C E R T I F I C A T E

I, LORI ANNE CURTIS, a Notary Public in and for the State of New York, do hereby certify:

THAT the witness(es) whose testimony is hereinbefore set forth, was duly sworn by me; and

THAT the within transcript is a true record of the testimony given by said witness(es).

I further certify that I am not related, either by blood or marriage, to any of the parties in this action; and

THAT I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 7th day of June, 2010.

_____
LORI ANNE CURTIS