Exhibit J

| CC# | DATE OF REPORT | POLICE DEPARTMENT | COMMAND | DATE OF OCCURRENCE |
|---|---|---|---|---|
| 2008-12181 | 07/02/2008 | TOWN OF SOUTHAMPTON | Patrol | 06/09/2008 |
| INCIDENT CPCS7 | | SUPPLEMENTARY REPORT | | |
| COMPLAINANT TONY PETTAWAY | | ADDRESS 18 GREENFIELD ROAD | | |

On June 9, 2008 I was assigned to the A-22 sector for a day shift. At 1019 hours, I was dispatched to transport a prisoner from 18 Greenfield Road to headquarters. I arrived at 18 Greenfield road at 1028 hours. I entered the house and observed a male in hand cuffs, seated in a chair. The male was speaking with Officer Sickles#190. Officer Sickles identified the prisoner as Tony Pettaway. At about 1045 Officer Sickles asked me to transport the prisoner. Officer Sickles assisted me in getting Mr. Pettaway into my marked unit #383. I left Greenfield Road at about 1048 hours. During the drive to Headquarters I asked Mr. Pettaway if he wanted the window opened a little, to which he replied " no, I'm o.k.". I arrived at Headquarters at 1055 hours. I brought Mr. Pettaway into the detention area. I gave Mr. Pettaway a jumpsuit and he put it on. I handcuffed Mr. Pettaway to a pole in the detention area. At that point Sgt. Kiernan entered the detention area and told me to go back to my sector. I left headquarters at 1121hrs..




| FOUNDED | CASE STATUS | | TELETYPE # | DATE |
|---|---|---|---|---|
| YES | ACTIVE | | | |
| REPORTING OFFICER P.O. WM. KIERNAN #239/1 | | | SUPERVISOR Sergeant Michael P. Joyce #17 | |