Exhibit K

1

2  UNITED STATES DISTRICT COURT
   EASTERN DISTRICT OF NEW YORK

3  ------------------------------------------X

4  TINA BRADWAY, Individually and as
   Administratrix of the Estate of

5  TONY BRADWAY,

6                    Plaintiff,

7

8         -against-              Civil Action No.
                                 CV-09 3177

9  THE TOWN OF SOUTHAMPTON, LINDA A. KABOT,
   and JOHN DOES 1-10 Consisting of

10 Individuals to be Determined,

11                   Defendants.

12 ------------------------------------------X

13                    May 27, 2010
                      11:14 a.m.

14

15                    110 Old Riverhead Road
                      Hampton Bays, New York

16

17         DEPOSITION of THE TOWN OF SOUTHAMPTON,

18 a Defendant herein, by POLICE OFFICER DAVID

19 PETERS, taken by the Plaintiff, pursuant to

20 Federal Rules of Civil Procedure, and Notice,

21 held at the above-mentioned time and place,

22 before Lori Anne Curtis, a Notary Public of the

23 State of New York.

24

25

1

2   A P P E A R A N C E S:

3

4

5       RUSKIN, MOSCOU & FALTISCHEK, P.C.
            Attorneys for Plaintiff
6           1425 RXR Plaza
            Uniondale, New York  11556
7       BY:  THOMAS TELESCA, ESQ.

8

9       DEVITT SPELLMAN BARRETT, LLP
            Attorneys for Defendants
10          50 Route 111
            Smithtown, New York  11787
11      BY:  JELTJE DEJONG, ESQ.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

FEDERAL STIPULATIONS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel, that the certification, sealing and filing of the within examination will be and the same are hereby waived;

IT IS FURTHER STIPULATED AND AGREED that all objections, except as to the form of the question, will be reserved to the time of the trial;

IT IS FURTHER STIPULATED AND AGREED that the within examination may be signed before any Notary Public with the same force and effect as if signed and sworn to before this Court.

1

2   D A V I D     P E T E R S, the Witness herein,

3          having been first duly sworn by a Notary

4          Public in and of the State of New York,

5          was examined and testified as follows:

6   EXAMINATION BY

7   MR. TELESCA:

8          Q      Would you please state your full

9   name for the record.

10         A      David Peters.

11         Q      What is your current business

12  address?

13         A      110 Old Riverhead Road, Hampton

14  Bays, New York 11946.

15                MR. TELESCA:  Officer

16                Peters, we met informally.  My

17                name is Tom Telesca.  I'm an

18                attorney.  I represent Tina

19                Bradway, who has brought a lawsuit

20                against the Town of Southampton

21                and certain police officers

22                arising from the arrest and the

23                death of her son, Tony Bradway.

24                We're here today for your

25                deposition.

```
 1                  PO D. Peters
 2        Q      Have you ever been deposed before?
 3        A      Yes, I have.
 4        Q      How many times?
 5        A      Ten?
 6        Q      Okay.
 7               Were those ten depositions related
 8   to personal matters, work related or both?
 9        A      Both.
10        Q      Okay.
11               How many work related, if you can
12   recall?
13        A      Four maybe, a handful.
14               MR. TELESCA:  So you are
15               familiar with the procedure, then,
16               today, because I'd just like to
17               cover some ground rules before we
18               begin.
19               THE WITNESS:  Okay.
20               MR. TELESCA:  As you can
21               see, the court reporter is taking
22               down everything that is said
23               today, so it's important that you
24               give verbal responses.
25               Okay?
```

1          PO D. Peters

2              THE WITNESS:  Yes.

3              MR. TELESCA:  It's also

4     important that you understand my

5     questions.  If there's a term that

6     you don't understand or may have

7     more than one meaning, I'd ask

8     that you ask me to clarify my

9     question or the term.

10             Okay?

11             THE WITNESS:  Yes.

12             MR. TELESCA:  If you don't

13    know the answer, it's perfectly

14    okay to say you don't know or you

15    don't remember.  If it's possible

16    that you can give a range, I'd ask

17    that you just tell us it's an

18    approximate time, for example, or

19    if it's a distance, that it's an

20    approximate distance.

21             THE WITNESS:  Okay.

22             MR. TELESCA:  If at any

23    time you need to take a break, let

24    us know, and we'll give you the

25    time you need.

1              PO D. Peters

2                  THE WITNESS:  Okay.

3                  MR. TELESCA:  If at any

4          time your attorney places an

5          objection on the record, I'd ask

6          that you allow her to place her

7          objection and then we'll work it

8          out before you continue your

9          testimony.

10                 Okay?

11                 THE WITNESS:  Yes.

12     Q     Okay.

13           The approximately four

14     work-related depositions, were those work as a

15     Town of Southampton police officer?

16     A     No.

17     Q     Okay.

18           How many of those four

19     depositions -- approximately four depositions,

20     if any, were related to your work as a Town of

21     Southampton police officer?

22     A     None.

23     Q     Okay.

24           Did any of those approximately

25     four work-related depositions have anything to

1      PO D. Peters

2  do with your work as a police officer not for

3  the Town of Southampton?

4          A      Yes.

5          Q      And how many of those, if you can

6  recall?

7          A      The four work-related ones.

8          Q      Okay, so they were all related to

9  police work?

10          A      Correct.

11          Q      But not for the Town of

12  Southampton.

13          A      No.

14          Q      For which jurisdiction?

15          A      New York City Police Department.

16          Q      And did any of those four cases

17  involve allegations of the use of excessive

18  force?

19          A      No.

20          Q      Did any of the approximately four

21  depositions with regard to your work as a New

22  York City police officer involve an allegation

23  that the -- an allegation that a subject was not

24  given proper -- just proper medical care?

25          A      No.

1         PO D. Peters

2         Q       Okay.

3                 Or did any of those four --

4    approximately four depositions involving your

5    work as a New York City police officer involve

6    an allegation that the police department did not

7    provide medical care?

8         A       No.

9         Q       Is there any reason why you are

10   not able to testify truthfully today?

11        A       No.

12        Q       In preparation for today's

13   deposition did you review any documents?

14        A       Yes, I did.

15        Q       What did you review?

16        A       I reviewed a use of force report.

17        Q       Anything else?

18        A       I reviewed a supporting deposition

19   statement that I gave to the Suffolk County

20   Homicide Squad.

21        Q       Anything else?

22        A       No.

23        Q       Did you review a supplementary

24   report that you prepared?

25        A       Yes.

1          PO D. Peters

2     Q     Is that the supporting deposition

3 statement you were talking about?

4     A     Yes.

5     Q     That's the same thing?

6     A     Yes.

7     Q     Okay.

8          Other than your attorney, did you

9 speak with anyone in reference to today's

10 deposition testimony?

11     A     Can you clarify the question?  In

12 what regard, as far as content or...

13     Q     Okay.

14          Other than your attorney, did you

15 speak with anyone about the format or the form

16 of today's deposition testimony?

17     A     Yes.

18     Q     Who did you spoke to?

19     A     I spoke to an attorney

20 yesterday --

21               MS. DEJONG:  Other than

22               your attorney.  We're all the

23               same, we attorneys.

24               He didn't speak to me.

25               THE WITNESS:  Oh, okay.

1      PO D. Peters

2              MR. TELESCA:  Yeah, okay.

3      Q      So let's be clear.  I'm talking

4   about anyone -- it could be Ms. DeJong or anyone

5   at her firm, other than that set of people, did

6   you speak with anyone about the form of today's

7   testimony?

8      A      Can you clarify "form"?

9      Q      I mean how it would work

10  logistically.

11     A      No.

12     Q      Did you -- other than your

13  attorneys, did you speak with anyone about the

14  substance of the testimony that you may give at

15  today's deposition?

16     A      No, I did not.

17     Q      Did you speak with -- just to

18  expedite this, I'm going to give you a list of

19  other officers who were involved in the case,

20  and I want to know whether or not you spoke to

21  them about the deposition testimony they have

22  already given in this case, and those officers

23  are Officer Sickles, Officer Cagno, Officer

24  Frankenbach, Officer William Kiernan, Officer

25  Montalbano or Sergeant James Kiernan.

1          PO D. Peters

2               Did you spoke with any of those

3     police officers about the deposition testimony

4     that they have already given in this case?

5          A     No, I did not.

6          Q     Did you speak with any of those

7     officers about the sum and substance of this

8     lawsuit?

9          A     No, I did not.

10         Q     Okay.

11              And I mean in preparation for

12    today's testimony.

13         A     No, I did not.

14         Q     Yesterday I had the opportunity to

15    review the -- I guess it's your personnel file

16    that was provided to us, and I think I recall

17    you graduated from William Floyd High School?

18         A     That's correct.

19         Q     What year was that?

20         A     1991.

21         Q     And did you attend any college

22    after you graduated from William Floyd?

23         A     Yes, I did.

24         Q     Where did you attend college?

25         A     The University of New Haven,

1           PO D. Peters
2   Connecticut.
3           Q       And did you attain a degree?
4           A       No, I did not.
5           Q       How long were you at University of
6   New Haven?
7           A       One year.
8           Q       And what did you study?
9           A       Business administration.
10          Q       Did you attend any formal
11  schooling after the University of New Haven?
12          A       Yes.
13          Q       Where was that?
14          A       Suffolk County Community College.
15          Q       Okay.
16                  And did you obtain a degree?
17          A       No.
18          Q       How long were you at Suffolk
19  County Community College?
20          A       Part time, for two years.
21          Q       What did you study?
22          A       Criminal justice.
23          Q       And did you attend the University
24  of New Haven and Suffolk County Community
25  College immediately following high school?

PO D. Peters

1
2       A       Yes.
3       Q       Okay.
4               So during the year at University
5       of New Haven and the two years part time at
6       Suffolk County Community College, did you also
7       work?
8       A       Yes.
9       Q       Okay.
10              At which time?
11      A       During the time that I attended
12      the Suffolk County Community College.
13      Q       What were you doing?
14      A       I was working in a McDonald's
15      restaurant.
16      Q       Was that for the entire time that
17      you were attending Suffolk County Community
18      College?
19      A       I don't recall.
20      Q       Okay.
21              And after you left Suffolk County
22      Community College, did you attend any formal
23      schooling?
24      A       Yes, I did.
25      Q       Where was that?

1                    PO D. Peters

2        A       Suffolk County Police Academy.

3        Q       And what year did you enter the

4   police academy?

5        A       1994.

6        Q       Do you recall the month?

7        A       January 4th.

8        Q       Okay.

9                And how long were you at the

10  Suffolk County Police Academy?

11       A       Approximately six months.

12       Q       Was that the time necessary to

13  complete the training?

14       A       Yes.

15       Q       So you graduated from the police

16  academy?

17       A       Yes.

18       Q       So that was approximately June of

19  1994?

20       A       Approximately.

21       Q       And did you start police work

22  after you graduated from the police academy?

23       A       Yes, I did.

24       Q       Where was that?

25       A       Suffolk County Park Police.

1                    PO D. Peters

2        Q        And how long were you at the

3   Suffolk County Park Police?

4        A        Approximately five years.

5        Q        So until approximately '99?

6        A        1998.

7        Q        Okay, 1998.

8                And how would you describe your

9   job description for the Suffolk County Park

10  Police?

11       A        Patrol duties.

12       Q        Was it in county parks?

13       A        County parks.

14       Q        Okay.

15                And where did you work after the

16  Suffolk County Park Police?

17       A        New York City Police Department.

18       Q        And where were you stationed?

19       A        Brooklyn.

20       Q        Were you stationed at the same

21  precinct the entire time you were with the NYPD?

22       A        No.

23       Q        So in Brooklyn, where were you

24  first stationed?

25       A        73rd Precinct.

PO D. Peters

1

2      Q      Where is that located?

3      A      In Brownsville, New York,

4  Brownsville, Brooklyn.

5      Q      How long were you at the 73rd

6  Precinct?

7      A      Approximately 18 months.

8      Q      And when did you leave the NYPD?

9      A      2003.

10      Q      And where were you working out of

11  next after the 73rd Precinct?

12      A      Brooklyn North Task Force.

13      Q      What does that mean?

14      A      That's the name of the command

15  that I worked in.

16      Q      Is there a certain precinct or...

17      A      No, that's the command, Brooklyn

18  North Task Force.

19      Q      Is that as a uniformed police

20  officer?

21      A      Yes.

22      Q      And where was the Brooklyn North

23  Task Force located?

24      A      Bushwick, Brooklyn.

25      Q      And did your duties change between

PO D. Peters

those at the 73rd Precinct compared to the
Brooklyn North Task Force?

    A     No.

    Q     You were essentially performing
the same police duties?

    A     Yes.

    Q     And what were those duties?

    A     Patrol and disorder control.

    Q     When did you leave the Brooklyn
North Task Force?

    A     In 2003.

    Q     And in 2003 where did you work?

    A     Southampton Town Police
Department.

    Q     So when you left the Brooklyn
North Task Force, you came to work out here at
Southampton Town Police?

    A     Correct.

    Q     Okay.

          As a full-time or part-time
officer for the Town of Southampton police?

    A     Full time.

    Q     And you have been a full-time
officer for the Town of Southampton police since

```
1                    PO D. Peters
2    2003?
3         A      Yes.
4         Q      And has your duties as a Town of
5    Southampton police officer changed since 2003?
6         A      No.
7         Q      Okay.
8                During the entire time you have
9    been a police officer, beginning with the
10   Suffolk County Park Police, have you ever been
11   suspended?
12        A      No.
13        Q      And again, during the entire time
14   you have been a police officer, beginning with
15   the Suffolk County Park Police, have you ever
16   been the subject of a disciplinary action?
17        A      Yes.
18        Q      How many times?
19        A      Once.
20        Q      And can you describe for me the
21   circumstances under which you were disciplined?
22                     MS. DEJONG:  Can we know in
23                which department, first?
24                     MR. TELESCA:  Sorry, sure.
25        Q      Can you tell me --
```

1                    PO D. Peters

2        A        Southampton Town Police

3   Department.

4        Q        What year was that?

5        A        I don't recall.

6        Q        Can you tell me the circumstances

7   under which you were disciplined?

8        A        I was disciplined for failing to

9   safeguard police equipment that was stolen out

10  of my personal vehicle.

11       Q        Since you -- well, let me start

12  over.

13                While attending the Suffolk County

14  Police Academy, other than the -- I'll call it

15  the normal courses that every other cadet takes,

16  did you take any additional specialized courses?

17       A        During my time at the police

18  academy?

19       Q        Yes.

20       A        No.

21       Q        How about since you left the

22  Suffolk County Police Academy, have you taken

23  any specialized police work courses?

24       A        Yeah, several.

25       Q        Do you know approximately how

1                    PO D. Peters

2    many?

3          A       (Indicating.)

4          Q       As you are going over them in your

5    head, can you list them for us for the record?

6          A       Yes.

7                   HAZMAT school, breath technician

8    school, SFST school --

9          Q       And what does that mean?

10         A       Standardized Field Sobriety

11   Testing school.

12                  -- radar laser school, ARIDE

13   school.

14         Q       ARIDE?

15         A       A-R-I-D-E, one word.

16         Q       What is that?

17         A       That's Advanced Roadside Drug

18   Impairment [sic] school.

19         Q       Any others that you can remember

20   today?

21         A       No.

22         Q       But there may be others?  I just

23   want to make sure this is not an exhaustive

24   list.  There may be others that --

25         A       There could be.

1                    PO D. Peters

2        Q       -- you can't think of?

3        A       Correct.

4        Q       Okay.

5                The Advanced Roadside Drug

6   Impairment -- was it a school?

7        A       Correct.

8        Q       And where was that?

9        A       That was at the Quogue Village

10  Police Department headquarters.

11       Q       Was that a class that you obtained

12  some sort of certificate?

13       A       That's correct.

14       Q       When did you attend that class?

15       A       Approximately two years ago, in

16  2008 -- 2008 or 2009.

17       Q       And what did you learn about in

18  the ARIDE class?

19       A       The seven drug classifications and

20  their physiological effects on the human body as

21  it pertains to driving and DWI enforcement.

22       Q       Okay.

23               So as an example, it would teach

24  you how alcohol could impair your ability to

25  drive?

1                    PO D. Peters

2        A     Not alcohol, no.  Drugs.

3        Q     So it would be cocaine, marijuana?

4        A     Correct.

5        Q     Any other drugs?

6        A     Any prescription drug --

7        Q     Okay.

8        A     -- as in addition to any illicit

9   drug.

10       Q     Okay.

11             Did any of the training that you

12   have had as a police officer, including the

13   training you received at the police academy or

14   any of the specialized courses you took, include

15   how to determine whether to transport an

16   arrested subject to the hospital if they are in

17   need of -- or if they appear to be in need of

18   medical care?

19                  MS. DEJONG:  Do you

20             understand the question?

21                  THE WITNESS:  No, I don't.

22                  MS. DEJONG:  Could you

23             rephrase it?

24                  MR. TELESCA:  Sure.

25       Q     Did any of the training that you

1                    PO D. Peters

2   received as a police officer, whether it was in

3   the price academy or after in any specialized

4   courses, include when to transport an arrestee

5   to headquarters as opposed to directly to the

6   hospital?

7           A       Would that be medical training or

8   training in department guidelines as far as...

9           Q       Well, either/or.  I guess we can

10  start with medical training.

11          A       No medical training.

12          Q       How about training within police

13  department guidelines?

14          A       Yes.

15          Q       How would you describe that

16  training?

17          A       Inservice training,

18  familiarization with the department rules and

19  procedures.

20          Q       So if you arrest a certain subject

21  and they appear to be injured or sick, is it

22  your understanding that you are to seek medical

23  attention for them?

24          A       Yes.

25          Q       Okay.

1          PO D. Peters

2          And in the course of your police

3    work, beginning with the Suffolk County Park

4    Police, have you ever had occasion to transport

5    an arrested person directly to the hospital or

6    for immediate medical care as opposed to

7    headquarters?

8          A    Can you clarify which department

9    we're talking about?  You said during my time

10   with the Suffolk County --

11         Q    No, at any time during the course

12   of your police work, beginning with the Suffolk

13   County Park Police to the present, have you ever

14   had occasion, or has it ever happened where you

15   transported an arrested person directly to the

16   hospital or for medical care at some facility

17   other than to headquarters?

18         A    Yes.

19         Q    How many times?

20         A    Maybe once.

21         Q    Okay.

22         Do you have a specific

23   recollection of that time?

24         A    Just a vague recollection.

25         Q    Okay.

PO D. Peters

Q Was that person taken directly to the hospital?

A Yes.

Q And when was this?

A I don't recall. I don't remember what year.

Q Were you a Town of Southampton police officer?

A Yes, I was.

Q Do you recall what hospital you went to?

A I believe it was Southampton Hospital.

Q Do you recall the injury, or the reason why you took the person to the hospital?

A I believe that the person had facial lacerations.

Q Were they in some sort of altercation?

A They were involved in a motor vehicle accident.

Q Okay.

Now, was the -- was that person arrested or just involved in an accident?

1        PO D. Peters

2        A        The person was arrested.

3        Q        Do you recall what they were

4    arrested for?

5        A        Driving while intoxicated.

6        Q        Before you reviewed the use of

7    force report and what I call the supplementary

8    report, did you have an independent recollection

9    of the arrest of Tony Bradway?

10        A        Yes.

11        Q        Okay.

12                  Do you recall where Mr. Bradway

13    was arrested?

14        A        Yes.

15        Q        Do you know that today, the

16    address?

17        A        Yes.

18        Q        What is that address?

19        A        I believe it's 18 Greenfield Road

20    in Southampton.

21        Q        And were you the arresting

22    officer?

23        A        No, I was not.

24        Q        Do you know who was?

25        A        I believe Officer Sickles was the

1          PO D. Peters

2    officer of record.

3          Q     But you are not a hundred percent

4    sure?  Just so that the record is clear.

5          A     No, I am not.

6          Q     Okay.

7                Do you recall why you personally

8    were at the 18 Greenfield Road residence on the

9    date Tony Bradway was arrested?

10         A     Yes.

11         Q     Why was that?

12         A     The patrol area that is in the

13   confines of 18 Greenfield Road is my normal

14   patrol sector that I happened to be working.  I

15   was on routine patrol in the confines of that

16   sector where 18 Greenfield Road is.  I overheard

17   the Street Crime Unit go over the radio and

18   advise headquarters that they were out at that

19   location conducting an investigation and that

20   they had a subject in custody under arrest.

21         Q     Was that subject Tony Bradway?

22         A     Yes.

23         Q     Okay.

24                But you came to find that out,

25   obviously, later?

PO D. Peters

         A     Correct.

         Q     When you first heard it over the
radio, you didn't know who it was?

         A     Correct.

         Q     Okay.

               And as a result of hearing that
over the radio you went to 18 Greenfield Road to
assist?

         A     Correct.

         Q     And do you recall approximately
what time you arrived at 18 Greenfield Road?

         A     Approximately 10:15 in the
morning.

         Q     Okay.

               When you arrived -- do you recall
the date?

         A     I believe it was June 9th.

         Q     Is that from reading your report
you refreshed your recollection?

         A     Yes.

         Q     And when you arrived at 18
Greenfield Road on June 9th at approximately
10:15 a.m., do you recall what other police
officers were already there?

PO D. Peters

A     Yes.

Q     Who were they?

A     Officer Sickles and Officer Cagno.

Q     Any other officers?

A     None that I saw.

Q     Okay.

And at any time that you were at the residence on June 9th, did any other officers arrive after you?

A     Yes.

Q     Okay.

Who was that?

A     I believe Officer William Kiernan and Officer Montalbano.

Q     Did you ever see Officer Frankenbach at 18 Greenfield Road on June 9th?

A     No, not that I recall.

Q     When you arrived at the residence on the morning of June 9th -- can you describe for me the residence?

A     Two-story house set back from a gravel or non-paved driveway.

Q     And when you arrived at the residence on June 9th in the morning, did you

PO D. Peters

2 enter the residence?

3     A     Yes, I did.

4     Q     Why did you enter the residence?

5     A     To offer assistance to the

6 officers that were inside the residence.

7     Q     Was it Officer Sickles and Cagno

8 who were already inside?

9     A     Yes.

10     Q     Okay.

11     How did you enter the residence?

12     A     I walked through the front door.

13     Q     Okay.

14     And where did you go once you

15 entered the front door?

16     A     I stayed right in that first room,

17 which is the dining room, or common area.

18     Q     Okay.

19     And other than officer -- were

20 Officers Sickles and Cagno also in that dining

21 area?

22     A     Yes.

23     Q     Was anybody else in the dining

24 area?

25     A     Yes.

1                    PO D. Peters

2          Q      Who else was?

3          A      There was a female subject that

4    was unknown to me at one end of the room and

5    there was Mr. Bradway behind a dining room table

6    sitting down at the other end of the room.

7          Q      Okay.

8                 Had you met Mr. Bradway before?

9          A      Yes, I did.

10         Q      Where?

11         A      I had arrested him previously.

12         Q      Okay.

13                So before the June 9th incident,

14   you had met him once before?

15         A      Correct.

16         Q      And you arrested him?

17         A      Correct.

18         Q      And was that as a police officer

19   for the Town of Southampton or at some other

20   time?

21         A      For the Town of Southampton.

22         Q      Do you recall when you arrested

23   him?

24         A      I believe approximately three

25   years prior to that date.

1                    PO D. Peters

2        Q        And do you recall what he was

3    arrested for?

4        A        Yes.

5        Q        What was that?

6        A        Felony criminal possession of a

7    controlled substance.

8        Q        And do you recall what the actual

9    substance was?

10       A        It was crack cocaine.

11       Q        Okay.

12                Did Mr. Bradway recognize you, if

13   you know?

14       A        I don't know.

15       Q        When you walked into the room, you

16   obviously saw Mr. Bradway and recognized him;

17   correct?

18       A        Not at first, but after a few

19   moments of looking at him, I recognized that he

20   was known to me because of where he had stated

21   he lived when I had arrested him prior.

22                     MR. TELESCA:  Can you read

23                that answer back, please.  I

24                didn't get it.

25                     (The requested portion of

PO D. Peters

        the record was read by the court

        reporter.)

Q      So he was sitting at the dining

room table; correct?

A      Correct.

Q      While he was sitting there, he

stated his address?

A      No.

Q      Okay, so I'm not understanding,

then, what you mean by you recognized him

through his address.

A      I recognized his face as someone I

had arrested before.  The way I had recognized

him was because where he stated he had lived

before he lived in Southampton.

Q      And he stated that while he was in

the dining room?

A      No, while he was in custody on the

reason he was arrested three years prior to

that.

Q      So when did he state where he had

lived?

A      When I arrested him.

Q      Oh, you mean three years prior?

1                    PO D. Peters

2          A        Correct.

3          Q        Okay, I understand.  Okay.

4                   So, when you walked into the home

5    into the -- I guess it's the common dining area

6    you described, can you describe the scene for

7    me?

8          A        It was the officers in the dining

9    area, there were several doors to different, I

10   would assume, rooms -- I never went in them --

11   in this common area, and an archway leading into

12   another living area, and there was just a dining

13   room table, or kitchen table, with several

14   chairs.

15                  There was a woman at one end of

16   the room, who was seated and handcuffed, and

17   then Mr. Bradway at the other end seated at the

18   other end of the dining room table, who was

19   seated and handcuffed.

20         Q        Was the woman handcuffed?

21         A        She was handcuffed.

22         Q        Can you describe approximately how

23   big the room was?

24         A        I have no idea.

25         Q        How about the kitchen or dining

1                    PO D. Peters

2    room table, can you tell me how big it was?

3           A      No.

4           Q      Was it similar to this table here

5    (indicating)?

6           A      I don't recall.

7           Q      Upon entering the room, did you

8    say something to somebody or did somebody say

9    something to you, did you initiate any kind of

10   conversation with either Officers Sickles or

11   Cagno or any of the arrestees?

12          A      Yes, I did.

13          Q      Okay, with whom?

14          A      With Officer Sickles.

15          Q      What did you say to him?

16          A      I asked him if he was under

17   control -- if the situation was under control,

18   and if there was anything that he needed from

19   me.

20          Q      And what did he say to you?

21          A      He said he had a subject who

22   was -- he had Mr. Bradway in custody and under

23   arrest for possession of a controlled substance.

24          Q      And what happened next?

25          A      At that point in time, I looked at

1          PO D. Peters

2  Mr. Bradway, at the time, and he looked at me,

3  and after several seconds of looking at him, I

4  recognized him as someone I had arrested, and I

5  asked Mr. Bradway, "Did you ever live in

6  Brooklyn?"  And his response to that was, "Yes."

7          Q       And what did you say to him after

8  that, if anything?

9          A       I said, "Are you the same person I

10  arrested three years ago that lived in Brooklyn?

11  You look familiar."  And he said, "Yes."

12          Q       And what did you say next, if

13  anything?

14          A       I didn't say anything.

15          Q       What happened then next, after he

16  said that he was the same person that you

17  arrested three years ago?

18          A       I informed Officer Sickles of the

19  identity of that person.

20          Q       So you told Officer Sickles, "This

21  is Tony Bradway"?

22          A       Correct.

23          Q       And what did Officer Sickles say

24  in response, if you can recall?

25          A       I don't believe he said anything.

```
 1                    PO D. Peters
 2        Q        Okay.
 3                  Up until that point, did you speak
 4   with Officer Cagno?
 5        A        No.
 6        Q        But he was in the room?
 7        A        Yes.
 8                        MR. TELESCA:  Okay, I'll
 9                  mark this Plaintiff's 24.
10                        (Plaintiff's Exhibit 24,
11                  Supplementary Report, was marked
12                  for identification, as of this
13                  date.)
14        Q        Officer Peters, I'm going to show
15   you what's been marked as Plaintiff's Exhibit 24
16   (handing).
17                  Do you recognize that document?
18        A        (Witness peruses document.)
19                  Yes, I do.
20        Q        For the record, can you tell us
21   what it is?
22        A        This is a Town of Southampton
23   Police Department supplementary report.
24        Q        Now, this is the document you
25   reviewed prior to your deposition; correct?
```

1              PO D. Peters

2        A      Correct.

3        Q      And it states that the date of the

4   report was June 26, 2008; correct?

5        A      Yes.

6        Q      Okay.

7               And the incident, according to

8   your report, took place, as you stated, June 9,

9   2008; correct?

10       A      Correct.

11       Q      And it states that you arrived --

12  or that actually around 10:15 you responded to

13  18 Greenfield Road; correct?

14       A      Correct.

15       Q      Now, does that mean that you

16  arrived at that point or that's when you

17  determined that you would go there?  I'm just

18  trying to get a sense of the timeline.

19       A      That's the time that I was there.

20       Q      Okay.

21              And if you look maybe a third of

22  the way down, it says "The undersigned

23  recognized the black male as one Tony Bradway of

24  Brooklyn from a prior incident and informed PO

25  Sickles and PO Cagno of same."

1        PO D. Peters

2        Do you see that?

3        A     Yes.

4        Q     That's the point that we're at now

5   in your testimony, that you advised Officer

6   Sickles that you had arrested Bradway, and, in

7   fact, Bradway didn't deny that you had arrested

8   him before; correct?

9        A     Correct.

10       Q     Okay.

11             Now, your report then states

12  that -- "Upon closer examination of defendant

13  Tony Bradway, it was observed by the undersigned

14  and the other officers that defendant appeared

15  to be chewing on something in his mouth after he

16  was directed to pick up his head."

17             Do you see that?

18       A     Yes.

19       Q     So at the time you entered the

20  room, was Mr. Bradway's head down?

21       A     No.

22       Q     Okay.

23             So it was after you had your

24  exchange with him that he lowered his head?

25       A     At that point in time, I don't

1                    PO D. Peters
2    know.
3         Q        Okay.
4                  But at some point in time,
5    somebody said to him that he should pick up his
6    head?
7         A        Correct.
8         Q        Do you recall who that was?
9         A        No, I don't.
10        Q        Did you -- on June 9, 2008 when
11   you were in the room, did you witness
12   Mr. Bradway chewing on something?
13        A        Yes.
14        Q        Okay.
15                 And not today, but at the time,
16   did you know what he was chewing on?
17        A        At the time he was chewing on it?
18        Q        Yes.
19        A        I had a suspicion that it was
20   crack cocaine.
21        Q        Why did you have a suspicion that
22   it was crack cocaine?
23        A        Because there was residue coming
24   down his chin of the substance he was chewing
25   on.

PO D. Peters

Q      Okay.

Now, when you entered the room, was he chewing on anything?

A      No.

Q      So he began to chew on it after you entered the room?

A      Correct.

Q      Do you know where the substance came from?

A      No.

Q      Okay.

Did you, at any time, ever discuss with Officers Sickles and Cagno where the substance in Mr. Bradway's mouth came from?

A      No.

Q      Okay.

If you go down, I guess it's another two sentences in your report, it states "PO Sickles commanded Mr. Bradway to spit out whatever he was chewing on several times, in which the defendant failed to comply, chewing even faster."

Now, did you actually witness him start to chew faster?

PO D. Peters

2     A     Yes.

3     Q     And then your report continues on, "At that time PO Sickles deployed a handheld Taser and commanded Mr. Bradway to spit out whatever he was ingesting and warned him that if he didn't, he was going to be tased."

Do you see that?

9     A     Yes.

10     Q     Did you, in fact, witness Mr. Bradway ingest what he was chewing on?

12     A     Yes.  As he was chewing on it, he was ingesting something.

14     Q     Did Mr. Bradway comply with the demands of Officer Sickles to spit out whatever he was chewing on before the Taser was deployed?

17     A     No.

18     Q     Did you witness Officer Sickles tase Mr. Bradway?

20     A     Yes, I did.

21     Q     How many times did he do it?

22     A     I believe he tased him twice.

23     Q     Do you recall where he tased him?

24     A     On the right torso.

25     Q     And after Mr. Bradway was tased

PO D. Peters

1  

2 the first time, did he comply at all with the

3 direction to spit out whatever he was chewing?

4      A     No, I don't believe he did.

5      Q     How about the second time he was

6 tased, did he comply with the direction to spit

7 out whatever he was chewing on?

8      A     I believe at that point he did

9 spit out a plastic bag onto the table.

10      Q     The bag that he spit out, did it

11 contain any substance?

12      A     Yes.

13      Q     Did he -- together with the bag,

14 did he actually spit out some sort of substance

15 as well?

16      A     Oh, that, I don't recall.

17      Q     Okay.

18      Now, the next -- if you go down

19 maybe another sentence after where we are, it

20 says "PO Sickles informed the defendant that he

21 would have to remove him to the hospital for his

22 own safety due to swallowing cocaine."

23      Do you see that?

24      A     Yes.

25      Q     Did you hear Police Officer

PO D. Peters

1

2    Sickles state to Mr. Bradway that Mr. Bradway

3    would have to be taken to the hospital?

4          A     Yes.

5          Q     And do you recall the exact --

6    exactly what Officer Sickles said to

7    Mr. Bradway?

8          A     No, I don't.

9          Q     Again, not today or any time after

10   June 9th, but while you were in the dining area

11   on June 9th with Officer Sickles, Cagno, the

12   female and Mr. Bradway, did you have any idea or

13   indication how much of the substance Mr. Bradway

14   had swallowed?

15         A     Can you repeat the question?

16         Q     Okay.

17               I'm trying to get a sense of

18   whether or not at the time you were in the room

19   with Mr. Bradway and the other officers and the

20   female, if you had any idea of how much of the

21   substance Mr. Bradway actually swallowed.

22         A     Yes.

23         Q     How much?

24         A     Mr. Bradway stated "just a little

25   bit."

1        PO D. Peters

2    Q        Okay.

3        Do you know how much that means,

4    "just a little bit"?  You know, if you know, you

5    know.

6    A        I don't recall the exact amount.

7    I believe he did state "I had just a little bit.

8    Maybe a gram or two."

9    Q        Okay.

10        That's what your recollection is

11    today?

12    A        Correct.

13    Q        Okay.

14        At the time you heard Mr. Bradway

15    say he had ingested "a little bit, maybe a gram

16    or two," what was your reaction to the amount he

17    had ingested?

18    A        I didn't say anything to him at

19    that point.

20    Q        Did it occur to you at that point

21    that a gram or two was a significant amount or

22    not a significant amount?

23    A        According to what he stated to me,

24    I did not think that a gram or two was a

25    significant amount, because at the time he did

PO D. Peters

state, "I've swallowed a lot more than that.  I

just wanted to get high before you take me back

to jail.  I'm fine, and I don't want to go to

the hospital."

      Q     So when he stated that to you,

your response was not that oh, we should take

him to the hospital -- or he seemed to be okay?

      A     Correct.

      Q     Okay.

      And was Mr. Bradway acting in a

threatening manner at all during this time?

      A     No.

      Q     Okay.

      A     Other than the fact that he was

not complying with direct orders, up until that

point, he was not threatening.

      Q     Okay.

      So after Mr. Bradway was tased a

second time and complied with Officer Sickles'

orders to spit out what was in his mouth, the

bag and some substance, what happened next?

      A     At that point in time I had left

the house to go back to my police car to

retrieve an evidence bag to secure the substance

1           PO D. Peters
2    that was in that plastic bag that he spit out.
3           Q      Okay, so you obviously had to go
4    outside the house?
5           A      Yes.
6           Q      So when you went out, were there
7    any police officers outside?
8           A      I don't recall if there were any
9    outside.
10          Q      Were there any non-police
11   officers, civilians outside?
12          A      I don't recall.
13          Q      Okay.
14                 Between the time you left the
15   dining room area and you went out to the car to
16   get the evidence bag, did you speak to anyone?
17          A      I don't believe so.
18          Q      And you actually did get the
19   evidence bag?
20          A      I did.
21          Q      And you brought the evidence bag
22   back into the house; correct?
23          A      Yes.
24          Q      During that time that you went out
25   to the car, got the evidence bag and came back,

1           PO D. Peters

2    did you speak to anyone?

3           A       I don't believe so.

4           Q       And when you went back into the

5    house, did you go back to the dining room area?

6           A       Yes.

7           Q       What did you do once you got the

8    evidence bag?

9           A       I gave it to Officer Sickles.

10          Q       And do you know what he did with

11   it?

12          A       I believe that he secured the

13   evidence that Mr. Bradway spit out of his mouth

14   into the evidence bag.

15          Q       Did you actually witness him do

16   that?

17          A       I don't recall if I did or not.

18          Q       Okay.

19                  And how long were you in the

20   dining area after you came back with the

21   evidence bag?

22          A       Until I left the house again?  Is

23   that the question?

24          Q       Right.

25          A       Several minutes.  I don't recall.

```
 1                    PO D. Peters
 2        Q        Okay.
 3                 So after you gave the evidence bag
 4   to Officer Sickles, what did you do next?
 5        A        I just stayed in the dining room.
 6        Q        Until Mr. Bradway or the female
 7   was taken out of the dining area?
 8        A        Yes.
 9        Q        And how long -- who was taken out
10   of the room first, Mr. Bradway or the female?
11        A        I don't recall.
12        Q        Okay.
13                 And do you recall about how long
14   you came back with the evidence bag that either
15   one -- either the female or Mr. Bradway was
16   taken out of the dining area?
17        A        I don't recall.
18        Q        Do you recall who escorted the
19   female out of the dining area?
20        A        No.
21        Q        Do you know who -- do you know
22   what happened to the female after she left the
23   dining area?
24        A        No.
25        Q        Do you know whether or not she was
```

```
1              PO D. Peters
2   taken to headquarters?
3        A      No.
4        Q      How about Mr. Bradway, do you know
5   what happened to him after he left the dining
6   area?
7        A      Yes.
8        Q      Okay.
9               And where did he go next?
10       A      I believe he was arrested and
11  taken into custody and transported to the police
12  department headquarters.
13       Q      Do you know who transported him to
14  headquarters?
15       A      No.
16       Q      Do you know who escorted
17  Mr. Bradway from the home to the police cruiser?
18       A      No.
19       Q      Okay.
20              Did you witness that?
21       A      No.
22       Q      So were you still in the house
23  while Mr. Bradway was being taken out of the
24  house?
25       A      No.  No, I believe I walked out,
```

1                    PO D. Peters

2   but I don't recall who the transporting officer

3   was.

4          Q      Is it your recollection that you

5   left the house before Mr. Bradway?

6          A      I don't recall.

7          Q      Okay.

8                 Up until the last time you saw

9   Mr. Bradway at the house, did he exhibit any

10  signs of distress?

11         A      No.

12         Q      During the course of your training

13  as a police officer, beginning, again, at the

14  police academy up until present, are there

15  certain protocols or steps you should follow

16  after you witness a subject ingesting what you

17  believe may be a narcotic?

18         A      Unknown.  I don't know if there

19  are any specific regulations as far as the

20  immediate consumption of narcotics.

21         Q      Okay.

22                During the time you were at 18

23  Greenfield Road on June 9, 2008 did you hear any

24  other officer state to anyone that Mr. Bradway

25  needed to be taken to the hospital?

1                    PO D. Peters

2          A       Just repeat that?

3          Q       Okay, let me take a step back.

4                  You did state that Officer Sickles

5  said to Bradway that he needed to go to the

6  hospital; correct?

7          A       Yes.

8          Q       Okay.

9                  While you were at the 18

10  Greenfield Road residence, did you have any

11  conversations with any of the other police

12  officers concerning whether or not Mr. Bradway

13  should be taken directly to the hospital or to

14  headquarters?

15         A       No.

16         Q       After June 9, 2008 -- let me take

17  that back.

18                 Do you recall what time you left

19  18 Greenfield Road on June 9, 2008?

20         A       No.

21         Q       After you -- if this is confusing,

22  please let me know, but what I'm trying to

23  understand is you went out to get the evidence

24  bag, obviously, and came back in the house, and

25  then at some point, obviously, you left the

1          PO D. Peters

2    house and left the property to go somewhere

3    else.

4          A       Correct.

5          Q       Do you recall where that was?

6          A       To resume my patrol duties.

7          Q       After you resumed your patrol

8    duties, at any time did you ever go back to 18

9    Greenfield Road?

10         A       No.

11         Q       Up until today have you ever been

12   back there?

13         A       I don't recall.

14         Q       Okay.

15                 Did you ever speak to anyone --

16   other than police officers -- any civilians, who

17   were at the 18 Greenfield Road residence on

18   June 9, 2008?

19         A       No.

20         Q       At the time that you arrived at 18

21   Greenfield Road, did you know why Officers

22   Sickles and Cagno were there?

23         A       No.

24         Q       Do you know today?

25         A       All that I know is that they were

1                    PO D. Peters

2    conducting an investigation.

3         Q      Do you know what kind of

4    investigation?

5         A      No.

6         Q      You were never privy to that

7    information, is that what you are saying?

8         A      Yes.

9                    MR. TELESCA:  Okay, I don't

10                   have anything further.

11                   (Time noted:  12:06 p.m.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

A C K N O W L E D G M E N T

STATE OF NEW YORK   )

:ss

COUNTY OF           )


    I, POLICE OFFICER DAVID PETERS, hereby certify that I have read the transcript of my testimony taken under oath in my deposition of May 27, 2010; that the transcript is a true and complete record of my testimony, and that the answers on the record as given by me are true and correct.


_____

POLICE OFFICER DAVID PETERS


Signed and subscribed to before me this

_____ day of _____, 2010.


_____

Notary Public, State of New York

INDEX TO TESTIMONY

| WITNESS | EXAMINATION BY | PAGE |
|---------|----------------|------|
| David Peters | Mr. Telesca | 4 |

INDEX TO EXHIBITS

| PLAINTIFF'S EXHIBITS | DESCRIPTION | PAGE |
|---------------------|-------------|------|
| 24 | Supplementary Report | 38 |

ERRATA SHEET FOR THE TRANSCRIPT OF:
Case Name: Bradway v. Town of Southampton, Et Al
Deposition Date:  May 27, 2010
Deponent: Police Officer David Peters
Place:  110 Old Riverhead Road
        Hampton Bays, New York

                        CORRECTIONS

PG    LN    NOW READS        SHOULD READ    REASON FOR
___   ___   _____       _____    _____

___   ___   _____       _____    _____

___   ___   _____       _____    _____

___   ___   _____       _____    _____

___   ___   _____       _____    _____

___   ___   _____       _____    _____

___   ___   _____       _____    _____

___   ___   _____       _____    _____

___   ___   _____       _____    _____

___   ___   _____       _____    _____

___   ___   _____       _____    _____

___   ___   _____       _____    _____

___   ___   _____       _____    _____

_____              _____
Date                 Signature

Subscribed and sworn to before me
this        day of            2010.

_____
     (NOTARY PUBLIC)

C E R T I F I C A T E

I, LORI ANNE CURTIS, a Notary Public in and for the State of New York, do hereby certify:

THAT the witness(es) whose testimony is hereinbefore set forth, was duly sworn by me; and

THAT the within transcript is a true record of the testimony given by said witness(es).

I further certify that I am not related, either by blood or marriage, to any of the parties in this action; and

THAT I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 7th day of June, 2010.



_____

LORI ANNE CURTIS