Exhibit L

| CC# 08-12181 | DATE OF REPORT 06/26/08 | POLICE DEPARTMENT TOWN OF SOUTHAMPTON | COMMAND Patrol | DATE OF OCCURRENCE 06/09/08 |
|---|---|---|---|---|
| INCIDENT Street Crime investigation/arrest | | SUPPLEMENTARY REPORT | | |
| COMPLAINANT PSNY | ADDRESS 18 Greenfield Road, Southampton New York 11968 | | | |

On June 9th 2008, the undersigned was assigned to patrol in the confines of the C41 sector in marked police vehicle 384 during the hours of 0730 to 1530 hours. At around 1015 the undersigned responded to 18 Greenfield Road to assist and aid the Southampton Town Police Street Crime Unit who were conducting an investigation. Upon arrival the undersigned observed PO Eric Sickles #190 and PO Vincent Cagno #205 in the dining room area with a white female and a black male who were in custody awaiting another marked police vehicle to transport the two individuals to headquarters for processing. The black male was seated behind a dining room table with his head down and the white female separated at the other end of the room seated in a chair The undersigned recognized the black male as one Tony Bradway of Brooklyn from a prior incident and informed PO Sickles and PO Cagno of same. Upon closer examination of defendant Tony Bradway, it was observed by the undersigned and the other Officers that defendant appeared to be chewing on something in his mouth after he was directed to pick his head up. It was also noted that there was a white substance that was coming out of his mouth dripping down his chin which appeared to be cocaine. PO Sickles commanded Mr. Bradway to spit out whatever he was chewing on several times in which the defendant failed to comply chewing even faster. At that time PO Sickles deployed a hand held taser and again commanded Mr. Bradway to spit out whatever he was ingesting and warned him that if he didn't he was going to be tased. The defendant still failed to comply and PO Sickles did deploy the taser to the torso of the defendant 2 times until the defendant spit out a clear plastic bag containing a white substance onto the dining room table. PO Sickles informed the defendant that he would have to remove him to the hospital for his own safety due to swallowing cocaine. The defendant responded by saying "I just wanted to get high again before you take me back to jail. Im fine, I don't want to go to the hospital, ive swallowed a lot more than that in the past". At that time, the undersigned went out to marked police vehicle 384 to retrieve a plastic evidence bag for PO Cagno. At that time PO Kiernan did arrive at the scene of 18 Greenfield Road to transport the defendant to Southhampton Town Police Department Headquarters. At that time the undersigned did resume patrol. Respectfully submitted for your information.

| FOUNDED YES | CASE STATUS CLEARED BY ARREST | | TELETYPE # | DATE 06/26/08 |
|---|---|---|---|---|
| REPORTING OFFICER PO David B Peters 222/1 | | | SUPERVISOR | |