Exhibit N

| CC NUMBER | PCT | COMMAND | SECTOR | GRID | POLICE DEPARTMENT, COUNTY OF SUFFOLK, N.Y. |
|---|---|---|---|---|---|
| 08-304327 | SHTPD | 3310 | C41 | | |
| DATE OF REPORT | DATE AND TIME OF OCCURRENCE | | | | SUPPLEMENTARY REPORT |
| 09/08/2008 | 06/09/2008  1025 | | | | |

| INCIDENT | STATUTE | PLACE OF OCCURRENCE | X INSIDE __ OUTSIDE |
|---|---|---|---|
| DEATH INVESTIGATION | | 18 Greenfield Road Southampton | |
| COMPLAINANT | PHONE | ADDRESS | |
| BRADWAY, TONY C. | Deceased | 732 Greene Avenue Brooklyn | |

**DETAILS:**

On 6/9/08, the owner of the residence at 18 Greenfield Road, KENNETH BO, DOB 6/28/69, was interviewed by Southampton Town Police Department SERGEANT JAMES KIERNAN #29. A one page, sworn written, statement was obtained from KENNETH BO. BO reported in sum and substance the following:

On 6/9/08 at 0830 hours, the police came to his house and told him that they were investigating an incident at his house. BO gave them permission to search the house. At about 1000 hours, the police arrested TONY BRADWAY in his house. TONY was sitting in the living room. Police were asking him questions and TONY never picked up his head to answer them. BO was in the next room when he heard the police yell at TONY to spit out what he was chewing on, or they would "tase" him. They warned him again, and then BO heard the sound of the Taser. He heard the police warn him again, and then heard the Taser a second time. He then heard the police yell "spit it out." The police removed TONY from the house. A few minutes later, BO walked into the living room and saw a plastic bag with a white substance on it that appeared to be chewed up.

A one page, sworn, written statement was obtained from KENNETH BO by SGT. KIERNAN and is contained in the case folder for this investigation.

On 6/10/08 DETECTIVE THOMAS WALSH #1002 and DETECTIVE CHARLES LESER #951, responded to 18 Greenfield Road, Southampton. While at the location, DET. WALSH interviewed TIFFANY INVERSA, DOB 2/25/81, who resides at that location. INVERSA reported the following in sum and substance to DET. WALSH:

She initially was sleeping on a couch in the same room as the decedent and DANIELLE GIANNINI, but she went into KEN BO's room prior to DANIELLE getting arrested. She heard DANIELLE yelling while she was being arrested. TONY woke up and drugs were under him. DANIELLE and TONY were handcuffed in the dining room. DANIELLE was handcuffed in the rear. INVERSA heard the police yelling spit it out, and heard the noise of a Taser. TONY screamed, and again she heard the cops say spit it out. She heard another Taser noise, and then TONY said he was spitting it out. She heard the police say, "He's all fucked up, he needs to go to the hospital."

This interview is documented in DET. WALSH's case notes for this investigation.

While at that location, DET. LESER conducted an interview with KENNETH BO, DOB 6/28/59. BO reported the following:

TONY BRADWAY was from Brooklyn and has been staying at his residence at 18 Greenfield

| FOUNDED | CASE STATUS | CHECK & ENTER ON REVERSE IF |
|---|---|---|
| X YES __ NO | X ACTIVE/PENDING __ CLEARED BY ARREST __ EXCEPTIONALLY CLEARED __ CLOSED NON CRIMINAL | __ RECLASSIFICATION OF INCIDENT __ STOLEN OR RECOVERED PROPERTY |

NOTE: BOTH TELETYPE MESSAGE NUMBERS WITH DATES MUST BE OBTAINED AND ENTERED BY THE COMMAND REPORTING THE RECOVERY OF STOLEN/LOST PROPERTY

| T.T. MESS. NO. REPORTING THE STOLEN AND OR LOST PROPERTY | DATE SENT | T.T. MESS. NO. CANCELING | DATE CANCELED |
|---|---|---|---|
| | | | |

REPORTING OFFICER'S SIGNATURE: DET. CICCOTTO, ALFRED M DET. #1077 / 3310 / 2

SUPERVISOR'S SIGNATURE: D/SGT 519/3310/2 — WINAME, JOHN J D/SGT. #0519    JA

| CC NUMBER | DATE OF REPORT | COMMAND | POLICE DEPARTMENT, COUNTY OF SUFFOLK, N.Y. |
| --- | --- | --- | --- |
| 08-304327 | 09/08/2008 | 3310 | |
| PAGE NO. 2 | OF | PAGES 3 | CONTINUATION REPORT |

DISTRIBUTION:

Road for about three weeks. On 6/9/08, the police saw DANIELLE on a couch with a crack pipe. They arrested her. She was screaming and woke up TONY BRADWAY. TONY said that DANIELLE was his girlfriend. The police arrested TONY. The police searched him, and asked what are you chewing on? BO then heard a "buzz". He heard TONY yell and heard a second "buzz". BO stated that TONY was dealing cocaine, but not using cocaine. TONY was on parole in Brooklyn. BO also admitted to using cocaine.

This interview is documented in DET. LESER's' case notes for this investigation.

On 6/10/08 at 1900 hours, the undersigned detective along with DETECTIVE SERGEANT JOHN TWINAME #519, responded to 18 Greenfield Road, Southampton. The residence is described as a two story building with grey wooden siding located on the east side of the road. The room the decedent was sleeping in is located on the southeast corner of the first floor. The room the decedent was sitting in when he was discovered eating the cocaine is located on the west side center area of the first floor.

On 6/10/08 at 1920 hours, the undersigned detective did interview JOSE ERAZO, DOB 6/4/62, who resides on the second floor. ERAZO reported that he did not see anything.

On 6/11/08 at 1620 hours, the undersigned detective, along with DETECTIVE JAMES FAUGHNAN #1146, conducted an interview with JACOB SMITH, DOB 5/4/39. This interview was conducted at his residence at 18 Greenfield Road. SMITH's room is located in the northeast corner of the first floor. SMITH reported the following:

He was home the entire time the police were at the residence. He never left his room. He heard cops yelling at TONY to spit it out. He didn't hear anything else.

This interview is documented in the undersigned detective's case notes for this investigation.

On 6/12/08 at 1330 hours, the undersigned detective, along with DET. FAUGHNAN, conducted an interview with DANIELLE GIANNINI, DOB 9/17/81, whose last address was 15 Raleigh Lane, Kings Park. This interview was conducted in the front parking lot of the Seventh Precinct. GIANNINI reported the following:

The police were placing her under arrest when TONY woke up and was yelling at the police to leave her alone. Then TONY was placed in handcuffs. The police sat them both down at a table in the dining room, and searched them. The police were asking TONY his name, but TONY wouldn't answer them. A police officer came into the house and stated, "That's TONY." She said that the police officer stated TONY's last name, but she doesn't recall it, and does not know TONY's last name. She stated that the police grabbed TONY by the neck and were telling him to spit it out. They shocked him two times. He spit out a bag and white paste. She stated that the police did not punch TONY or beat him up. They were holding his neck up by under his jaw. A uniformed police officer took TONY to a police car about 20 minutes later. Police took her to Southampton Police Headquarters. Upon her arrival, she saw TONY handcuffed sitting on a bench.

A two page, sworn, written statement was obtained from DANIELLE GIANNINI by the undersigned detective. Upon completion of this statement, GIANNINI reported that the decedent had pains in his eye and his head for the last week. GIANNINI also stated that the decedent swallowed a bag of cocaine earlier when police were at the house, but he "shitted out the bag." An addendum to the statement was started, however, the decedent became agitated and refused to put the facts surrounding the decedent swallowing the bag of cocaine earlier into the statement. This statement is contained

| CC NUMBER | DATE OF REPORT | COMMAND | POLICE DEPARTMENT, COUNTY OF SUFFOLK, N.Y. |
|---|---|---|---|
| 08-304327 | 09/08/2008 | 3310 | |
| PAGE NO. 3 | OF | PAGES 3 | CONTINUATION REPORT |

DISTRIBUTION:

in the case folder for this investigation.

On 6/13/08 at 1230 hours, the undersigned detective, along with DET. FAUGHNAN, conducted an interview with DOCTOR ROBERT LEVY. This interview was conducted at Stony Brook Hospital. DR. LEVY reported the following:

He treated the decedent when he came into the Emergency Room. The decedent's mental status appeared altered when he first saw him. He appeared to be having a cocaine overdose. The decedent did not inform him of any amount of cocaine he swallowed. The decedent was also seen by a Student Physician Assistant named SAMANTHA. He did not know her last name.

This interview is documented in the undersigned detective's case notes for this investigation.

The death of TONY BRADWAY appears to be as the result of the decedent swallowing a lethal amount of cocaine. This case is PENDING, awaiting the cause of death letter from the Suffolk County Medical Examiner's Office.

REPORTING OFFICER: DET. [signature] 1077/3310/2
CICCOTTO, ALFRED M DET. #1077
SUPERVISOR: [signature] D/SGT 519/3310/2
TWINAME, JOHN J D/SGT. #0519
PDCS 1083a
53-273..7/91cs
39