Exhibit Q


1

2   UNITED STATES DISTRICT COURT
    EASTERN DISTRICT OF NEW YORK
3   ------------------------------------------X

4   TINA BRADWAY, INDIVIDUALLY AND AS
    ADMINISTRATRIX OF THE ESTATE OF TONY
5   BRADWAY,

6                               Plaintiff,

7              - against -

8   THE TOWN OF SOUTHAMPTON, LINDA K. KATBOT
    AND JOHN DOES 1-10 CONSISTING OF
9   INDIVIDUALS TO BE DETERMINED,

10                              Defendants.

11  ------------------------------------------X

12
                              February 16, 2011
13                            2:00 P.M.

14                            1425 Rexcorp Plaza
                              Uniondale, New York
15

16

17              **DEPOSITION** of **RICHARD S. BLUM**, the

18  Non-Party Witness herein, taken pursuant to Notice,

19  and held at the above time and place before Edna

20  Conway, a Stenotype Reporter and Notary Public of the

21  State of New York.

22

23              * * *      * * *      * * *

24

25

1

2    A P P E A R A N C E S :

3

4

5

6         RUSKIN, MOSCOU & FALTISCHEK, P.C.
                Attorneys for Plaintiff
7              1425 Rexcorp Plaza
                Uniondale, New York 11556
8
           BY:    THOMAS A. TELESCA, ESQ.
9

10

11

12        DEVITT, SPELLMAN BARRETT, LLP
                Attorneys for Defendants
13             50 Route 111 (Suite 314)
                Smithtown, New York 11787
14
           BY:    JELTJE DEJONG, ESQ.
15

16

17

18

19

20              ***      ***       ***
21

22

23

24

25

1

2          IT IS HEREBY STIPULATED AND AGREED by and

3     between the attorneys for the respective parties

4     hereto, that filing, sealing, and certification are

5     hereby waived;

6          IT IS FURTHER STIPULATED AND AGREED that all

7     objections, except as to the form of the question,

8     shall be reserved to the time of the trial;

9          IT IS FURTHER STIPULATED AND AGREED that the

10    within Deposition may be signed before any Notary

11    Public with the same force and effect as though

12    subscribed and sworn to before this Court.

13

14

15

16                    * * *      * * *      * * *

17

18

19

20

21

22

23

24

25

1

2    R I C H A R D  S.  B L U M,      the Witness,

3                    having been first duly sworn by the

4                    Notary Public, was examined and

5                    testified as follows:

6    EXAMINATION BY

7    MS. DEJONG:

8         Q    Please state your name.

9         A    Richard S. Blum.

10        Q    Please state your current address.

11        A    25 Spruce Drive, East Hills, New York

12    11576.

13        Q    Good afternoon, my name is Jeltje Dejong.

14    I represent the Town of Southampton with regard to a

15    case, Bradway versus Town of Southampton.  I

16    understand that you have been retained to provide

17    expert opinion with regard to some issues in this

18    case.

19           If you don't understand any of my

20    questions, please tell me and I will rephrase them.

21    If you want to take a break, let us know and we will

22    take a break at any point that you want to; okay?  Do

23    you understand that?

24         A    Yes.

25         Q    You have to answer any questions verbally

1    RICHARD S. BLUM

2    because the court reporter can't take down nods of

3    the head or a uh-uh or those kinds of things; okay?

4         A    Okay.

5         Q    You received your medical degree from

6    Chicago Medical School in 1963?

7         A    Correct.

8         Q    Did you specialize after that in any area

9    of treatment?

10        A    Of medicine?

11        Q    Yes.

12        A    Yes.

13        Q    What areas?

14        A    Internal medicine.

15        Q    Were you Board Certified in any specific

16   areas?

17        A    Internal medicine.

18        Q    Did you maintain a practice, medical

19   practice?

20        A    Yes, ma'am.

21        Q    For how long did you have that practice?

22        A    It is from 1969 until present.

23        Q    You have an active medical practice today?

24        A    Correct.

25        Q    Where is that?

RICHARD S. BLUM

| | | |
|---|---|---|
| 2 | A | Two locations. |
| 3 | Q | Okay. |
| 4 | A | One is 720 Northern Boulevard in |

Brookville, New York and the other is at 25 Spruce

Drive.

        Q    That is your home?

        A    Correct.

             It is a much smaller practice than the

other one.

        Q    And you received a post-doctoral degree in

pharmacology and toxicology in 1976?

        A    I have the training.  There is a degree on

the books of Saint John's called a B Masters, but

there's been no formal degree at a graduation.

        Q    So there's no formal degree; is that what

you are saying, Doctor?

        A    There's a degree on the books of the

university, but there's been no graduation.  I can

explain, if you wish.

        Q    Would you, please?

        A    I enrolled in the PhD program.  To get a

PhD one must complete a Master's, successfully

complete Master's training.  I successfully completed

the Master's training and never completed the Phd

RICHARD S. BLUM

1

2      itself.  So I have on the books of the university

3      what is known as a B Masters, meaning that I got a B

4      or better in every course necessary to get the

5      Masters degree in Pharmacology, but it was never

6      offered because I wasn't enrolled in the Master's

7      program.

8              Q    You never followed up on that?

9              A    No, I couldn't.

10             Q    Did you review any documents in order to

11     prepare for today's deposition?

12             A    Yes, I did.

13             Q    What did you review?

14             A    I reviewed the hospital records of Peconic

15     Bay and I read the depositions from the Police

16     Department, of the Officer involved.  I don't

17     remember the names.

18             Q    Other than your medical practice, do you

19     receive income in your capacity as a consultant?

20             A    Oh, sure.

21             Q    Do you segregate the income that you get

22     as a consultant as opposed to the income that you get

23     as a physician?

24             A    No, it all goes into one corporation.

25             Q    What is that corporation?

```
 1                          RICHARD S. BLUM
 2            A      It's called RB Industries.
 3            Q      Are you an officer of that corporation?
 4            A      Yes.
 5            Q      What are you?
 6            A    . Basically chief cook and bottle washer.
 7    It's me, that's the corporation.
 8            Q      How long has the corporation been in
 9    effect?
10            A      Since the mid-eighties.
11            Q      What is the purpose of the corporation?
12            A      It started out as a research and
13    development corporation for my patents.
14            Q      What is it today?
15            A      It is still stated as research and
16    development.  The patents never got through to
17    marketing.
18            Q      Did you testify that all of your income
19    goes to the corporation?
20            A      All of my income that I produce, but not
21    any income from investments, that doesn't go there.
22            Q      So, income that you receive from your
23    practice, medical practice, goes into the
24    corporation?
25            A    . Correct.  Everything that I get would be
```

RICHARD S. BLUM

funneled into the corporation.

    Q    Income that you receive as a consultant gets funneled into the corporation?

    A    Correct.

    Q    I am assuming that you are a consultant to members of the legal profession; would that be correct?

    A    Correct.

    Q    Do you consult for anybody else?

    A    I have done pharmaceutical consults, hospitals, I guess governmental agencies, federal agencies.  I think that's about it.

    Q    About what percentage of your consulting is with the legal profession?

    A    Oh, I would say that would be easily 90 percent.

    Q    For how long have you been consulting to the legal profession, when did you first start?

    A    I think it was '74, '75.  It is somewhere in the mid-seventies.

    Q    Generally what areas do you consult about with the legal profession?

    A    It could be drug abuse, drug use, internal medicine, clinical pharmacology.  That's basically

1        RICHARD S. BLUM

2    it.

3        Q    If you can say a percentage, could you

4    tell me the percentage of the cases where you were

5    retained by defendants as opposed to plaintiffs?

6        A    Yes.  I would say about 85 percent

7    defense, 15 by plaintiff.

8        Q    Can you tell me what your income was as a

9    result of consultations with the legal profession for

10   the year 2010?

11       A    I can only give you a percentage.  I can't

12   give you a dollar value because it was never broken

13   down by any dollar value by my accountant.

14            I know the percentage was 18 percent.

15       Q    What was the total income that you

16   received in 2010?

17       A    Total income I think was about $300,000.

18   I am not sure because that's on the tax returns.  He

19   breaks it down that way.

20       Q    Would you say that 18 percent is typically

21   the percentage of income that you get on a yearly

22   basis --

23       A    Excuse me.  You said 2010?

24       Q    Yes.

25       A    No, that would have to go back to 2009.

RICHARD S. BLUM

2010 hasn't been done yet.  I just realized that.
The 2010 return is not in yet.

Q    Correct.

     How about 2009?

A    That was 2009.

Q    Would you say that 18 percent was the
typical amount of the percentage of your income with
regard to the consultation to the legal profession?

A    Last here it dropped off dramatically.  So
I would say that last year was less, but I can't give
you the percentage at the present time.

Q    So you cannot give me the percentage of
income that you received as a result of consulting
with the legal profession in the year 2009?

A    2010 I can't give you.  2010 was less than
2009.  I know that 2009 was 18 percent.

Q    What about 2008?

A    That was a little bit less than '09, but I
don't think it was that much less.

Q    Where did the majority of your income come
from?

A    It comes from investments.

Q    What percentage of your income in the year
2009 came from your medical practice, approximately?

1                           RICHARD S. BLUM

2          A    Maybe five percent.

3                          MS. DEJONG:   Please mark this as

4               Exhibit A.

5               (Curriculum vitae was marked as

6          Defendant's Exhibit A for identification as of

7          this date.)

8          Q    Before we go to what has been marked as

9     Defendant's Exhibit A; do you have advertise with

10    regard to your consultation services?

11         A    No, ma'am.

12         Q    You don't have a website or anything like

13    that?

14         A    No.

15         Q    How is it that you get business with

16    regard to the consulting?

17         A    Word of mouth and excellence in product.

18         Q    I would ask that you look at what has been

19    marked as Defendant's Exhibit A.   This is your

20    curriculum vitae, would that be accurate?

21    (Indicating)

22         A    Yes.

23         Q    Is this the most recent that you have

24    written?   It contains 15 pages.

25         A    Yes.   There maybe just -- I think there's

1                              RICHARD S. BLUM

2      just one more editorial, but there's nothing big that

3      would be added to this.

4          Q    Can you tell me briefly, if you can, what

5      the science of pharmacology is; what is the field?

6          A    It is the study of drugs and poisons.

7          Q    That's a good one.

8          A    Isn't it?  All poisons are drugs and all

9      drugs are poisons.

10         Q    Have you ever given any presentations or

11     seminars with regard to the qualities of cocaine?

12         A    I am sure I have spoken on it somewhere

13     over the years.

14         Q    But what I am asking you is, do you have

15     any specific recollection of any specific

16     presentation that you made with regard to the

17     qualities of cocaine?

18         A    I don't recall any specific ones.

19         Q    Did you ever attend any presentations or

20     seminars regarding the treatment of cocaine overdose?

21         A    Let me put it this way; I have been

22     involved with drug abuse by opening the first

23     methadone clinic in the City of New York in 1969.  I

24     have been involved with drug abuse from '69 until

25     just about the present day and during that time I am

1          RICHARD S. BLUM

2    sure that I have encountered that topic, but I don't

3    recall specific educational endeavors on that basis.

4          Q.    So you don't recall ever attending any

5    presentations or seminars regarding the treatment of

6    cocaine overdose?

7          A     I am sure I have, but I can't tell you

8    chapter and verse in the last 40 some-odd years.

9          Q     So what did you do with regard to this

10   methadone clinic?

11         A     I was medical director.

12         Q     For how long were you medical director?

13         A     For ten years.

14         Q     That's from '69 to '79?

15         A     Just about, yes.

16         Q     Where was this methadone clinic?

17         A     Long Island Jewish.

18         Q     What did you do as medical director?

19         A     Took care of all medical aspects from

20   examining patients, dosing patients, deciding whether

21   they should or should not be patients, interpreting

22   laboratory data.

23         Q     And these patients would be patients who

24   were candidates for methadone treatment?

25         A     They presented for methadone treatment by

RICHARD S. BLUM

1

2    one means or another.

3         Q    Did you ever treat anyone at that

4    methadone clinic for a cocaine overdose?

5         A    No.

6         Q    In 1979 about how many people were

7    employed at that clinic?

8         A    Employed, probably about ten to twelve.

9         Q    How many of them were physicians, how many

10   of the ten to twelve?

11        A    One.

12        Q    Who was that?

13        A    Me.   That's the year that I left.

14        Q    You left in '79?   I believe you testified

15   that you had been dealing with the methadone clinic

16   from '69 until present?

17        A    No.   No, drug abuse to present, but '69 to

18   '79 for that clinic.

19        Q    Your involvement with the methadone

20   clinic, was that what you meant by dealing with drug

21   abuse for that period of time from 1969 to 1979?

22        A    I was then invited to sit on many other

23   committees, forums, etc., in the drug abuse field.

24        Q    Is that what you meant by being involved

25   in drug abuse until present?

RICHARD S. BLUM

2    A    Yes.

3    Q    What were those committees?

4    A    I was appointed by the New York Governor

5    to the Drug Abuse Advisory Committee for New York

6    State.

7    Q    Which Governor --

8    A    I think it was Carey.  I don't recall.  It

9    goes back.

10         That existed for a number of years.  I sat

11   on the Drug Abuse Committee for the Medical Society

12   of the State of New York, Drug Abuse Committee for

13   the Nassau County Medical Society.

14   Q    Go ahead.

15   A    I become involved with ASAM, that's the

16   Association for Addiction Medicine, American Society

17   of Addiction Medicine, and then I would be called in

18   periodically at the hospital about drug abuse cases.

19   Q    Which hospital?

20   A    St. Francis.

21   Q    Anything else?

22   A    No.

23   Q    When were you on this drug abuse advisory

24   committee that Carey appointed you to?

25   A    I would have to look in here.

RICHARD S. BLUM

(Indicating)

    Q    Feel free.  "Here" being Exhibit A.

    A    Yes.  One in here -- I don't know.  It is going to take a while to look through this here.  I know it's in here somewhere.

            MS. DEJONG:  Off the record.

            (Discussion was held off the record.)

    A    1980.  It isn't to the present any longer.  It was disbanded, but I don't know the date it was disbanded.

    Q    Do you know the year?

    A    No, I can't give it to you.

    Q    Was it more than ten years ago?

    A    Oh, yes.  I would say somewhere in the mid-90's.

    Q    What did you do on this committee?

    A    It was an advisory committee.

    Q    How often did it meet?

    A    It would meet periodically.  I think we'd meet four to six times per year.  We'd get together throughout the state.

    Q    And the Drug Abuse Committee for New York State --

    A    Yes.

1                    RICHARD S. BLUM

2          Q     -- is that the same thing?

3          A     Yes.  Well, New York State Medical Society

4     is different.

5          Q     Okay, and so --

6          A     That was New York State as the State.

7     This is the medical society of the State.

8          Q     So when did you become a member of that?

9          A     1981.

10         Q     For how long were you a member of that?

11         A     Until that disbanded.  That would be

12     about -- I would say about 2000, the late '90's or

13     2000.

14         Q     What did this committee do?

15         A     We would discuss various topics of drug

16    abuse and therapy on how to treat patients, problems

17    that were existing in different parts of the State

18    because drug abuse could be regional.  People on one

19    end of the State maybe using drugs differently than

20    people at the other end of the State.  We would get

21    together to discuss that.  That was about four or

22    five times a year also.

23         Q     Where would you get-together?

24         A     At the medical society.

25         Q     Which is where?

**RADAZO REPORTING, INC.  (516) 248-1020**

1                    RICHARD S. BLUM

2          A    It used to be on Lakeville Road, 410

3    Lakeville Road.

4          Q    Nassau County?

5          A    Yes.

6          Q    Where in Nassau County?

7          A    Just barely, Lake Success.  The back of

8    the building was actually in Queens.

9          Q    And the Drug Abuse Committee in Nassau

10   County, when were you on that?

11         A    Again, from the '70's until that disbanded

12   also.  That would be, I would say, early to

13   mid-'90's.

14         Q    What did you do there?

15         A    It was a consultation.  This became more

16   local on the drug treatment facilities, who could

17   staff treatment facilities in the Nassau area, what

18   drugs were prevalent, what was seen at various area's

19   in the county, things of that nature.

20         Q    Did you say that also disbanded in the

21   mid-'90's?

22         A    Yes.

23         Q    What about the Association for Addiction?

24         A    I was a member of that for about -- That

25   was addiction services.  I was a member of that until

1                      RICHARD S. BLUM

2    I got injured. So I would say I was a member of that

3    for about five or six years.

4        Q    Now, during the time that you were a

5    member of any of those committees, did you ever give

6    a presentation with regard to the qualities of

7    cocaine?

8        A    You mean formal presentation?

9        Q    Yes.

10       A    I don't recall any.

11       Q    Did you ever give a presentation with

12    regard to the treatment of overdose of cocaine?

13       A    No.

14       Q    Now, you also testified that you were

15    called in periodically by St. Francis Hospital with

16    regard to drug abuse cases?

17       A    Yes.

18       Q    Were you ever called in with regard to

19    treatment of a patient who was overdosing on cocaine?

20       A    No.

21       Q    Is there anything in your curriculum vitae

22    in any way that refers to cocaine or overdosing of

23    cocaine?

24       A    No. That was not the drug that I was

25    asked most to comment on.

**RADAZO REPORTING, INC. (516) 248-1020**

1          RICHARD S. BLUM

2          Q     What was the drug that you were most asked

3     to comment on?

4          A     Benzodiazepines.

5          Q     For us non-physicians, could you basically

6     tell use what those are?

7          A     The litany of drugs are everything from

8     Ativan, Xanax, Librium, Halcion, Clonopin.  Those

9     were the more common ones.

10         Q     Those are the antidepressants?

11         A     Let's put it this way, antianxiety with

12    multiple other characteristics.

13         Q     Have you ever written any publications

14    about the treatment of cocaine overdose?

15         A     No.

16         Q     Could you tell me what experience, if any,

17    you have with regard to the medical treatment of

18    cocaine overdose?

19         A     I have seen people who have overdosed.  I

20    have read about it.  The acute therapy I wasn't

21    involved in.  I know people who had because they all

22    came into the methadone clinic sooner or later or in

23    my other endeavors where I ran the Committee on

24    Physician's Health for the Medical Society and the

25    Department of Health for New York State.  This was

for all of the impaired physicians who had been involved with these substances also.

Q So you have seen it?

A I have seen it.

Q And read about it?

A Seen the aftermath. I have studied about it, but being called in at the actual moment, no.

Q Now, you have given sworn testimony before?

A Definitely.

Q Can you give me an approximation of about how many times you have testified under oath both at deposition and/or at trial?

A About 110 or combined.

Q Have you ever been retained in any cases involving cocaine overdose?

A Suspected in one.

Q When was it that you were involved or retained?

A That was about somewhere in the neighborhood of five to eight years ago.

Q So that would be 2003?

A Somewhere in the early 2000's, yes.

Q Did you testify at a deposition?

1                           RICHARD S. BLUM

2           A    No.

3           Q    Did you testify at trail?

4           A    Yes.

5           Q    Do you remember the name of the case?

6           A    Yes.

7           Q    What was the name of the case?

8           A    Kanyi versus Mary Immaculate.

9           Q    Who were you retained by, the plaintiff or

10   the defendant?

11          A    Defense.

12          Q    Could you just briefly describe what the

13   issue was that you were retained for?

14          A    There was an individual who was discovered

15   at Kennedy Airport not looking well.  He turned out

16   to be a body packer.  Do you want me to explain the

17   term?

18          Q    I know what the term is.

19          A    Okay, he was a found to be a body packer.

20   They didn't know if it was cocaine or heroin at the

21   time.  He was taken to the hospital.

22          Q    What happened to him?

23          A    They had to force surgery on him to remove

24   the contents of the condoms from his intestinal

25   tract.

1                    RICHARD S. BLUM

2          Q    Okay.  What was the lawsuit about?

3          A    He didn't want surgery, so it was a

4    violation of his civil rights.

5          Q    You represented the hospital?

6          A    Correct.

7          Q    What was the issue that you were

8    testifying about?

9          A    That if he had not undergone the surgery,

10   if one of these things had opened up, his life would

11   be in danger.

12         Q    Do you remember what court this was in?

13         A    Federal Court in Brooklyn.  I don't know

14   if that's southern or eastern.

15         Q    Were there any other cases that you were

16   involved in that had issues with regard to cocaine?

17         A    Sure, but no overdoses.

18         Q    No other overdose cases?

19         A    No other overdose cases.

20         Q    What other cases were you involved in that

21   had issues with regard to cocaine?

22         A    Well, I remember Green versus the City of

23   New York.

24         Q    When was that about?

25         A    Five to ten years ago.  I'm not sure.

1                          RICHARD S. BLUM

2          Q    What court was that in?

3          A    That was State Supreme Court in Manhattan.

4          Q    Did you testify?

5          A    Yes.

6          Q    Did you testify at a deposition?

7          A    No.

8          Q    You testified at trial?

9          A    Yes.

10         Q    What was the issue?

11         A    Could cocaine cause priapism.

12         Q    What does that mean, priapism?

13         A    That is a sustained erection.

14         Q    How do you spell?

15         A    P-R-I-A-P-I-S-M.

16         Q    Who were you representing?

17         A    The City of New York.

18         Q    What was the plaintiff suing for, if you

19    remember?

20         A    It was complicated.  He was suing the

21    hospital because they had given him Viagra.  He

22    claimed the Viagra caused him to have priapism, the

23    sustained four hour erection, and because of that he

24    needed surgery on the penis and had to have an

25    implant.

1                           RICHARD S. BLUM

2              It was shown that it could not have been

3       the Viagra which caused it by the various testing

4       that was done.  It did show up that he had cocaine in

5       him at the time.  Cocaine would have that effect

6       also.

7         Q     Any other cases where you were involved

8       with cocaine?

9         A     I am sure there were a couple.  I don't

10      recall offhand.  These two stood out because they

11      were trial testimony.  The others would be review,

12      but I don't think I ever came to testifying on them.

13        Q     You don't recall what they were?

14        A     I know the reviews involving cocaine, but

15      I don't recall the -- They never came to testimony

16      anywhere.  Some were fires and people who had cocaine

17      in them when they were found, autopsy, etc.

18        Q     Have you ever performed an autopsy?

19        A     Only in medical school, assisted.

20                        MS. DEJONG:  I am going to mark

21                   this as Exhibit B.

22              (Fee Schedule was marked as Defendant's

23              Exhibit B for identification as of this date.)

24        Q     Before we get to Exhibit B, Dr. Blum,

25      would you say that you were an expert on the

1       RICHARD S. BLUM

2    treatment of cocaine overdose?

3        A    I would say my expertise is in the field

4    of clinic pharmacology and what to do with certain

5    drugs at times.  Specifically cocaine, I have never

6    determined that I should be an expert specifically on

7    cocaine, but in drugs in general and what to do with

8    them.

9        Q    And specifically I am referring to the

10   treatment of a patient who has overdosed on cocaine,

11   would you consider yourself an expert with regard to

12   that?

13       A    Compared to other physicians in the

14   community, I would be called on as the expert, but I

15   don't -- There are very few people that would have

16   expertise on how to treat individuals of this nature.

17   As Chairman of Pharmacy and Therapeutics at St.

18   Francis, I would be called upon for expertise if

19   there was no one else around.

20       Q    But you have never treated a patient for

21   an overdose of cocaine, is that correct?

22       A    That's correct.

23       Q    Let's go to what has been marked as

24   Defendant's Exhibit B.  I'm going to start with the

25   second page, the most closest litigation.  Could you

1
2   tell me have you been involved in any litigation, in

3   giving testimony in any case since White versus

4   Richardson which was April of 2010?

5          A    Sure.

6          Q    Could you give me the cases that you have

7   testified in since White versus Richardson?

8          A    I don't recall all of them, but I know

9   that there's Balraj versus White Plains Hospital.

10  That was yesterday.

11         Q    What other cases?

12         A    I don't recall anyone else in '10.  As I

13  said, 2010 was a slow year.

14         Q    Do you have any records at home that would

15  refresh your recollection?

16         A    I could look up if there was anything from

17  April through December.

18         Q    I would ask that you do that.  We will

19  leave a space in the transcript.  If you could look

20  at your records, speak with your counsel, and maybe

21  insert it if you find any cases.

22  (INSERT)_____

23  _____

24         Q    What was Balraj about?

25         A    That was a gentleman who claimed an

RICHARD S. BLUM

2    adverse drug reaction.

3        Q    To what drug?

4        A    That's a good question.  There were three

5    or four involved, it could have been Celebrex, could

6    been Allopurinol, could have been Amoxicillin.

7        Q    You were retained to give expert testimony

8    with regard to the qualities of these drugs --

9        A    No, as to --

10        Q    -- or properties I should say?

11        A    Actually, the genetics of the adverse drug

12    reaction.

13        Q    Who did you represent?

14        A    White Plains Hospital.

15        Q    In what Court?

16        A    That was in White Plains, Westchester.

17        Q    In Federal Court or State?

18        A    No, that was State.

19        Q    Now, what about White versus Richardson,

20    who did you represent?

21        A    I don't even remember that case.  I would

22    have to look all of these up.  Some of them I do

23    remember.

24        Q    All right.  Could you tell me which ones

25    you remember?

RICHARD S. BLUM

1

2     A    Williams, I remember.

3     Q    Okay.

4     A    That was a claimed overdose of Ambien,

5  that was in Suffolk County.

6     Q    In the State Court?

7     A    State Court.

8     Q    Who did you represent?

9     A    That was Dr. Roche.

10    Q    What other ones do you remember?

11    A    Stoja Vs. HHC.

12    Q    Who did you represent?

13    A    HHC.

14    Q    What is HHC?

15    A    Health and Hospitals Corporation of New

16  York.

17    Q    Where was this?

18    A    That was in Queens.

19    Q    What this trial testimony?

20    A    This was trial testimony and it

21  involved -- Basically it was a diabetic and the use

22  of insulin.

23    Q    What other ones do you remember?

24    A    I can remember Tartaglione Vs. Tighe's

25  Tavern.

|  | | |
|---|---|---|
| 1 | | RICHARD S. BLUM |
| 2 | Q | And who did you represent? |
| 3 | A | Tighe's Tavern. |
| 4 | Q | Did you testify at trial or in a |
| 5 | | deposition? |
| 6 | A | That was at trial. |
| 7 | Q | Where was that? |
| 8 | A | That was in Westchester. |
| 9 | Q | Was that in State or Federal Court? |
| 10 | A | State. |
| 11 | Q | What was the issue? |
| 12 | A | That was alcohol values in a auto |
| 13 | | accident. It was basically a dram shop situation. |
| 14 | Q | What other ones do you remember? |
| 15 | A | Torrato V. MTA. |
| 16 | Q | Who did you represent? |
| 17 | A | Plaintiff. |
| 18 | Q | Torrato? |
| 19 | A | Yes. |
| 20 | Q | Where was the case? |
| 21 | A | In Brooklyn. |
| 22 | Q | In Federal or State Court? |
| 23 | A | State Court. |
| 24 | Q | Did you testify in Court or did you |
| 25 | | testify at a deposition? |

1                    RICHARD S. BLUM

2          A     Court.

3          Q     What was the issue?

4          A     Drugs were involved, I forget which ones,

5    but this is a gentleman who wound up underneath a

6    subway train and there were drugs involved somewhere.

7    I don't recall the specific issues.

8          Q     Green Vs. HHC, is that Green Vs. The City

9    of New York?

10         A     Yes, I described that.

11         Q     What other ones do you recall?

12         A     Weber Vs. St. Barnabus.

13         Q     Who were you retained by?

14         A     St. Barnabus.

15         Q     Is that a hospital?

16         A     Yes, that's a New Jersey case.

17         Q     New Jersey State Court?

18         A     I think so.

19         Q     What was the issue?

20         A     There was no -- It was State Court.  It

21   was a deposition.  It was adverse reaction to a

22   contrast agent used in x-rays.

23         Q     What was that contrast agent, do you

24   remember?

25         A     I forget.  One of the iodinated

1                       RICHARD S. BLUM

2    substances, I forget exactly which one it was.

3        Q    What other ones do you remember, referring

4    to the list on Defendant's Exhibit B?  (Indicating)

5        A    Mandela Vs. Carrier.

6        Q    Who did you represent?

7        A    Carrier.

8        Q    In what Court?

9        A    This was also a New Jersey case and this

10   was also a deposition.  This was an adverse reaction

11   to antipsychotic medication in a hospitalized

12   patient.

13       Q    What was the medication, do you remember?

14       A    I don't recall which one.  I remember -- I

15   think it was Serotonin Syndrome, but I am not sure

16   exactly which drug was involved.

17       Q    What other cases do you remember?

18       A    Pivonka that was a Frye Hearing.

19       Q    Who did you represent, who were you

20   retained by?

21       A    The defendant.

22       Q    What was the Frye Hearing about?

23       A    It was can this medication cause the

24   developmental abnormalities in the fetus.

25       Q    What was the medication?

1                    RICHARD S. BLUM

2          A    I don't recall.

3          Q    Who did you represent, Lansman?

4          A    Yes.

5          Q    And what was Lansman?

6          A    It was the physician, I think, who

7    prescribed the medication.

8          Q    Going to page one of Defendant's Exhibit

9    B, who do you remember?

10         A    Marvin Vs. Wentworth, that was in New

11   Hampshire.

12         Q    State or Federal?

13         A    State.

14         Q    Who were you retained by?

15         A    Wentworth.

16         Q    What was the issue?

17         A    I don't recall.  I know it was a drug and

18   a nursing home.  I am not sure exactly of the

19   details.

20         Q    Did you testify at trial, or during

21   deposition, or both?

22         A    No, this was at trial.

23              We are pushing it now.  Farrior was in

24   Tampa, Florida.

25         Q    In State or Federal?

RICHARD S. BLUM

1

2          A     State.

3          Q     Who did you represent?

4          A     It was a deposition.  St. Joseph's.

5          Q     That's a hospital?

6          A     Yes.

7          Q     What was the issue?

8          A     The issue was did a medication cause an

9     illness, adverse reaction.

10         Q     Do you recall what the medication was?

11         A     No.

12               I remember Pauline Vs. Rainford also.

13         Q     Who did you represent?

14         A     This was Dr. Rainford.

15         Q     Where was this case?

16         A     This was in Rockland County.

17         Q     State Court am I assuming?

18         A     Yes.

19         Q     Did you testify at a deposition, trial, or

20    both?

21         A     This was at trial.

22         Q     What was the issue?

23         A     This was antibiotics and abscesses.

24               I'm sorry.  I just don't recall the

25    details on the others.  I could probably look them

1

2      up.

3          Q      Do you have records at home that would

4      refresh your recollection?

5          A      I have some just sketchy outlines.

6          Q      If you could possibly, I would ask that

7      you provide to your attorney an outline with regard

8      to all of the cases that you haven't been able to

9      recall; that would be Gutierrez, Hauben, Boyle,

10     Harris, Bouhoutsos, Graham, Tedano, Espinal, Eichler,

11     Dicker, Lee, Zullo, Perillo.

12         A      I remember Schiffler.  Schiffler was in

13     Westchester.

14         Q      State or Federal?

15         A      State.

16         Q      Who were you retained by?

17         A      Defense.

18         Q      Did you testify at a deposition, trial, or

19     both?

20         A      Trial.

21         Q      What was the issue?

22         A      The issue was adverse reaction to an ace

23     inhibitor.

24         Q      Do you remember what that ace inhibitor

25     was?

1                    RICHARD S. BLUM

2        A    I forget exactly which one it was.  It's

3   one of the blood pressure lowering agents, but I

4   forget exactly which one it was.

5        Q    So if you could, when you look at your

6   records if you could with regard to those cases, put

7   who you represented, what the court forum was,

8   whether it was a deposition, or a trial, and briefly

9   what the issue was and which drug was involved; okay?

10       A    Okay.

11       Q    There were some you testified to that you

12  don't recall the drugs that were involved, that would

13  include Torroto Vs. MTA, Weber Vs --

14       A    I may or may not have that specific

15  information.

16       Q    I appreciate your efforts, doctor.

17       A    I left one out by mistake.  She left it

18  out, yes.

19       Q    Weber Vs. Barnabus, you couldn't remember

20  the specific contrast agent?

21       A    I won't be able to identify it.  It's one

22  of the iodinated contrast agents.  It could be

23  Omnipaque or Visipaque.  I am not sure.

24                    MS. DEJONG:  I'm going to mark

25                    this as Defendant's Exhibit C.

1    RICHARD S. BLUM

2              (Report was marked as Defendant's Exhibit

3         C for identification as of this date.)

4         Q    Dr. Blum, I ask that you look at what has

5    been marked as Defendant's Exhibit C; is that

6    familiar to you?

7         A    Yes.

8         Q    Is this a report that you made on behalf

9    of the plaintiff in this case?

10        A    Yes.

11        Q    Can you tell me when you were first

12   retained by the plaintiff?

13        A    No, probably about a year ago.

14        Q    Can you tell me, have you been paid by

15   anyone so far with regard to this case?

16        A    Yes.

17        Q    How much have you been paid so far?

18        A    I can't give you an accurate amount.   I

19   would say probably in the neighborhood of $1,500 to

20   $2,000, but I am not sure.

21        Q    Looking at the first paragraph of your

22   report you list documents that you have reviewed.

23   Was there anything else that you reviewed other than

24   what is listed in the first paragraph?  (Indicating)

25        A    No.

RICHARD S. BLUM

Q    Did you do any research?

A    I have looked up various articles, yes.

Q    What articles did you look up?

A    I don't know.  I scan through Pub Med and
I just scan through, I look at abstracts, but I don't
have copies of anything.

Q    You don't have any records of any of the
documents that you reviewed to research this issue?

A    I may have at home, I am not sure.  A lot
of times I just scan and make notes, but not of the
documents, just of the facts.

Q    Do you recall any specific documents that
you researched with regard to this issue?

A    I researched some about the length of time
it takes for absorption of cocaine from the
intestinal tract.  It was one article I recall from
the National Institute of Health and one from the
National Institute of Drug Abuse.

       I did look up the effect of tasers on
certain body chemistry, because I am not familiar
with those agents, and that's basically -- There were
others, but I don't recall any others specifically.

Q    Do you have any notes at home that would
enable you --

1                           RICHARD S. BLUM

2          A     No, I would put a note down like .

3     absorption, "X" numbers of hours or minutes, and half

4     like equals and things like that, but nothing that

5     would delineate the specific articles.

6          Q     So you can't tell us any specific articles

7     that you researched?

8          A     The only one I can recall is from the

9     National Institute of Health.  I think that I do have

10    it at home, I have the abstract, but not the article.

11                         MS. DEJONG:  I would like a copy

12                    of that abstract.

13                         MR. TELESCA:  Okay.

14         Q     Do you recall what the title of the

15    article was, do you recall?

16         A     It had to do with the administration of

17    known amounts of cocaine to chronic cocaine abusers

18    or users and the length of time it takes for the

19    cocaine to show up in the blood stream, etc.,

20    basically.  I never got the entire article because I

21    didn't want to pay for it.

22         Q     So you can't tell me specifically the name

23    of the article?

24         A     No, I can't.  I can't tell you the

25    researchers either.

1                    RICHARD S. BLUM

2          Q    You can't tell me the date of the article

3    or anything like that?

4          A    No, I know it's NAH and NIDA.

5          Q    So that's one article?

6          A    That one I recall and the others I don't

7    recall specifically.

8          Q    With regard to reading about the effects

9    of tasers on the body chemistry, do you recall which

10   articles you read with regard to that?

11         A    No.

12         Q    Was it one or more than one?

13         A    There were a number of items.

14         Q    Do you recall what the results of your

15   research were with regard to that?

16         A    That CPK's would only go up a small

17   amount, no more than two to three times, and that

18   lactacidosis occurs after the use of the agents.

19         Q    After the use of what agents?

20         A    The taser.

21         Q    What do you mean by CPK?

22         A    That's a blood chemistry.

23         Q    What does that mean?

24         A    The full name?

25         Q    Yes.

1                    RICHARD S. BLUM

2          A     Creatin Phosphokinase.

3          Q     So as a result of reading these articles,

4     did you have any opinion with regard to the effect of

5     the taser on Mr. Bradway?

6          A     No, I just wanted to know for my own

7     edification what happens with the use of these agents

8     and I did not review the hospital report in detail as

9     to the medical course.  Just the beginning times,

10    when he got in, etc.  I didn't want to spend anymore

11    of Mr. Telesca's money doing a detailed evaluation of

12    the hospital chart.

13         Q     But back to the articles, you can't tell

14    me any other articles specifically that you read?

15         A     Not specifically.  There was one, but it

16    didn't -- No, it had no bearing on this.  No, nothing

17    else would have bearing on this.

18         Q     About how much time did you spend

19    researching for this opinion?

20         A     A number of hours, eight, ten hours maybe.

21         Q     How much time did you spend reviewing the

22    documents that you have listed here?

23         A     I can't tell you exactly.  I would have to

24    look that up, I have it at home.  It depends on how

25    thick they were and how many pages.

RADAZO REPORTING, INC.  (516) 248-1020

RICHARD S. BLUM

1

2      Q      So you don't recall?

3      A      I don't have the exact delineation.

4      Q      Can you give me an estimate?

5      A      Eight hours, seven.  I don't know.  I am

6  only guessing now.  It's not really a valid guess.

7      Q      I wouldn't want you to give us an invalid

8  guess.

9      A      Okay.  We can hold it out.  I can tell you

10  almost exactly when I look at the records.  I can't

11  tell you offhand right now.

12      Q      About how much time did you spend writing

13  your report?

14      A      Oh probably an hour, an hour and a half.

15      Q      Okay.

16          On the second paragraph it states the last

17  sentence:  "I reserve the right to change this report

18  on the presentation of new factual material."

19      A      Right.

20      Q      Have you changed your report in any way?

21      A      No.

22      Q      On the last paragraph of the second page

23  you refer to, "An inordinate delay in obtaining

24  medical care"?

25      A      Correct.

1          RICHARD S. BLUM

2          Q    What were you referring to?

3          A    Well, the length of time from the time it

4     was discovered that he had ingested the material

5     until he got to the hospital.

6          Q    How long was that?

7          A    10:30, about an hour and a half.

8          Q    Can you tell me, to your knowledge, is

9     there an antidote for cocaine?

10         A    No, there isn't.

11         Q    What, to your knowledge, is the treatment

12    for a cocaine overdose?

13         A    The best way is to eliminate it from the

14    body prior to absorption as fast as possible.

15         Q    How do you do that?

16         A    It could be done in two different ways; it

17    can be vomited out, or taken out via tube, or it can

18    be absorbed onto charcoal.

19         Q    How long after a lethal injection of

20    cocaine would Mr. Bradway start having seizures?

21         A    I can't answer that question the way you

22    phrased it.

23         Q    Well, you say you read an article or

24    several articles about the absorption of cocaine?

25         A    Correct.

1                    RICHARD S. BLUM

2          Q    Is there any indication from your having

3     read those articles with regard to the rapidity with

4     which cocaine goes into the system?

5          A    Yes.

6          Q    What did you learn from reading those

7     articles?

8          A    That it's approximately an hour.

9          Q    An hour for what?

10         A    Absorption.

11         Q    Approximately an hour absorption of

12    cocaine from the intestines into the blood stream?

13         A    From the time of administration until it

14    was detected in the blood, yes.

15         Q    When you say, "time of administration",

16    did you mean the time of ingestion?

17         A    Yes.

18         Q    Until it is?

19         A    Until they get -- I think it was C-max,

20    but I didn't read the --

21         Q    Well, I don't know what C-max is.

22         A    Maximum concentration in the blood stream.

23         Q    That would be an hour?

24         A    Correct.

25         Q    What do you base this on?

RICHARD S. BLUM

2     A    Abstract that I read.

3     Q    Is that the one you have a copy of?

4     A    That's the one, I do have a copy of it.

5             MS. DEJONG:  If I haven't asked

6          for that before, I am asking for it now.

7             MR. TELESCA:  We will get it.

8     Q    What do you recall the hospital doing

9 after Mr. Bradway went to the Emergency Room?

10    A    He came into the hospital.  They

11 questioned him.  They noticed that he was starting to

12 get agitated.  They gave him some medication.  I

13 really didn't spend much time after that.  He had a

14 seizure and after that I didn't really review the

15 chart in detail.

16    Q    Why didn't you review the chart in detail?

17    A    I was only asked is there anything that

18 could have been done.  I try to answer the question

19 that was posed to me and my answer was that if he had

20 gotten to the hospital in a shorter period of time

21 various things would have been done to help eliminate

22 the material from the body.  I can't answer to

23 determine whether medical treatment was accurate or

24 appropriate.

25    Q    So what various things could have been

1            RICHARD S. BLUM

2    done had Mr. Bradway gotten to the hospital earlier?

3        A    They could have emptied the intestinal

4    tract or administered the charcoal.

5        Q    "Emptied the intestinal tract", what do

6    you mean by that?

7        A    Either putting a tube down, whether it was

8    a nasogastric tube or Ewald tube, or having him

9    vomit.

10       Q    Do you know whether the hospital did that?

11       A    I didn't see any evidence.  They did put a

12   tube in at some point in time, but I don't recall

13   exactly when that was.

14       Q    That tube was not to empty the intestinal

15   track, was it?

16       A    Well, once you put the tube into the

17   stomach it automatically is placed to suction.  It's

18   got to be placed to something.

19       Q    So are you saying that what the hospital

20   did was they put a tube down his intestinal tract?

21       A    There was a tube, a nasogastric tube

22   placed, I recall that.

23       Q    Do you recall how long after Mr. Bradway

24   got to the hospital that, that happened?

25       A    No.

RICHARD S. BLUM

1

2    Q    Do you recall what the first thing is that

3    they did at the hospital with regard to the treatment

4    of Mr. Bradway?

5    A    They took a history.

6    Q    I am talking about treatment.

7    A    Well, I remember he had gotten an

8    injection of Ativan.  That's all I really recall.

9    Q    What is Ativan?

10   A    Ativan is one of the benzothiophenes that

11   helps reduce anxiety.

12   Q    Do you recall when somebody at the

13   hospital gave him his first dose of Ativan?

14   A    It was soon after admission.  He was

15   admitted I think at 12:04.  I think that it was given

16   around 12:30, but I am not sure.  I didn't go into

17   memorizing when various medications were

18   administered.

19   Q    Do you recall what the next thing was that

20   was done at the hospital with regard to the treatment

21   after the first injection of Ativan?

22   A    No, I didn't go into any -- The quality of

23   the medical care, what was done in the hospital, was

24   not what I was asked to comment on so I didn't really

25   in detail review the medical care.

**RADAZO REPORTING, INC.  (516) 248-1020**

1                    RICHARD S. BLUM

2          Q    You state in your report that, "The

3    ingestion of any non-labeled substance must be

4    treated as a life threatening emergency"?

5          A    Correct.

6          Q    What do you mean by a non-labeled

7    substance?

8          A    Non-labeled substance in my world is

9    something that is not in a pharmacy dispensed bottle.

10         Q    Do you have any knowledge with regard to

11   the type of cocaine that Mr. Bradway ingested?

12         A    I don't know what you mean by the type of

13   cocaine.

14         Q    For instance, was it a powder cocaine, was

15   it a crack cocaine?

16         A    By what the Officers said, they saw a

17   white powdery substance coming out of his mouth and

18   on this clothing.  I assume it not to be crack

19   because that would be in a solid form.  It was

20   something that was in there.  It could have been corn

21   starch for all I know.  I have no idea what they saw.

22         Q    Do you have any idea as to what the

23   strength or purity of the cocaine was that

24   Mr. Bradway ingested?

25         A    I have never seen any drug addict go to a

1                    RICHARD S. BLUM

2       pharmacy and pick up pure material and have it

3       analyzed.

4              Q      You don't know?

5              A      I have absolutely no idea.

6              Q      Do you have any idea as to how much

7       cocaine, if it was cocaine, that Mr. Bradway

8       ingested?

9              A      I have no idea.

10             Q      Do you have any idea as to whether or not

11      Mr. Bradway had previously ingested cocaine in a

12      condom, if he was mini-packer or a drug packer?

13             A      I have no idea whether it was a -- I have

14      absolutely no idea whatsoever if he body packed.

15             Q      Could you tell me, what do you base your

16      belief of this delay, the delay of approximately an

17      hour --

18             A      About.

19             Q      -- was a substantial contributing factor

20      leading to Mr. Bradway's death?

21             A      In a one-hour period of time it gives any

22      substance that may have been ingested a chance to be

23      absorbed.  The faster an unknown substance is removed

24      from the body, or at least absorbed and neutralized,

25      the less that's going to happen.  So time is a very

1                          RICHARD S. BLUM

2      substantial factor in removing any unknown substance

3      from the body.

4           Q     Did you have any discussions with the

5      medical examiner who did the autopsy?

6           A     No, ma'am.

7           Q     Did you have any discussions with anybody

8      from the Town of South Hampton?

9           A     No, ma'am.

10          Q     Anybody from the hospital?

11          A     No, ma'am.

12                        MS. DEJONG:  I have no further

13                   questions.

14                        (Time Noted:  3:25 P.M.)

15

16

17                   _____
                                   Richard S. Blum

18

19

20     Subscribed and sworn to before me

21     this ____ day of _____ , 2011

22

       _____
23     Notary Public

24

25

I N D E X

| WITNESS: | EXAMINATION BY: | PAGES: |
|---|---|---|
| Richard Blum | Ms. Dejong | 4-51 |

E X H I B I T S

| DEFENDANT'S | | PAGE/LINE |
|---|---|---|
| A | Curriculum Vitae | 12/5 |
| B | Fee Schedule | 26/22 |
| C | Report | 38/2 |

I N S E R T S

| DESCRIPTION: | PAGE/LINE |
|---|---|
| 1.  State the names of any other cases from 2010. | 28/22 |

D O C U M E N T S   R E Q U E S T E D

| DESCRIPTION: | PAGE/LINE |
|---|---|
| 1.  Outline with regard to the Gutierrez, Hauben, Boyle, Harris, Bouhoutsos, Graham, Tedano, Espinal, Eichler, Dicker, Lee, Zullo, and Perillo cases. | 36/6 |
| 2.  Copy of abstract from National Institute of Health. | 40/11 |

1

2                C E R T I F I C A T I O N

3

4

5              I, Edna Conway, a Shorthand Reporter and a

6    Notary Public, within and for the State of New York,

7    do hereby certify:

8              That the witness(es) whose testimony is

9    hereinbefore set forth duly affirmed before me and

10   that such testimony, along with the foregoing

11   proceedings, is a true record of the testimony given

12   by such witness(es).

13             I further certify that I am not related to

14   any of the parties by blood or marriage, and that I

15   am in no way interested in the outcome of this

16   matter.

17             IN WITNESS WHEREOF, I have hereunto set my

18   hand.

19

20

21

22                        Edna Conway

23

24

25

1

**$**

$1,500 [1] - 38:19
$2,000 [1] - 38:20
$300,000 [1] - 10:17

**'**

'09 [1] - 11:19
'10 [1] - 28:12
'69 [4] - 13:24, 14:14, 15:16, 15:17
'74 [1] - 9:20
'75 [1] - 9:20
'79 [3] - 14:14, 15:14, 15:18

**1**

1 [2] - 52:14, 52:19
1-10 [1] - 1:8
10:30 [1] - 44:7
110 [1] - 22:15
111 [1] - 2:13
11556 [1] - 2:13
11576 [1] - 4:12
11787 [1] - 2:13
12/5 [1] - 52:8
12:04 [1] - 48:15
12:30 [1] - 48:16
1425 [2] - 1:14, 2:7
15 [2] - 10:7, 12:24
16 [1] - 1:12
18 [4] - 10:14, 10:20, 11:7, 11:17
1963 [1] - 5:6
1969 [3] - 5:22, 13:23, 15:21
1976 [1] - 6:12
1979 [2] - 15:8, 15:21
1980 [1] - 17:9
1981 [1] - 18:9

**2**

2 [1] - 52:23
2000 [2] - 18:12, 18:13
2000's [1] - 22:24
2003 [1] - 22:23
2008 [1] - 11:18
2009 [7] - 10:25, 11:5, 11:6, 11:15, 11:17, 11:25
2010 [10] - 10:10, 10:16, 10:23, 11:2, 11:3, 11:16, 28:4, 28:13, 52:15

2011 [2] - 1:12, 51:21
25 [1] - 4:11, 6:5
26/22 [1] - 52:9
28/22 [1] - 52:15
2:00 [1] - 1:13

**3**

.314 [1] - 2:13
36/6 [1] - 52:22
38/2 [1] - 52:10
3:25 [1] - 51:14

**4**

4-51 [1] - 52:4
40 [1] - 14:8
40/11 [1] - 52:24
410 [1] - 19:2

**5**

50 [1] - 2:13

**7**

70's [1] - 19:11
720 [1] - 6:4

**8**

85 [1] - 10:6

**9**

90 [1] - 9:16
90's [1] - 18:12

**A**

able [2] - 36:8, 37:21
abnormalities [1] - 33:24
abscesses [1] - 35:23
absolutely [2] - 50:5, 50:14
absorbed [3] - 44:18, 50:23, 50:24
absorption [6] - 39:16, 40:3, 44:14, 44:24, 45:10, 45:11
abstract [4] - 40:10, 40:12, 46:2, 52:23
abstracts [1] - 39:6
Abuse [6] - 16:5, 16:11, 16:12, 17:23,

19:9, 39:19
abuse [12] - 9:24, 13:22, 13:24, 15:17, 15:21, 15:23, 15:25, 16:18, 16:23, 18:16, 18:18, 20:16
abusers [1] - 40:17
accident [1] - 31:13
accountant [1] - 10:13
accurate [3] - 12:20, 38:18, 46:23
ace [2] - 36:22, 36:24
active [1] - 5:23
actual [1] - 22:8
acute [1] - 21:20
added [1] - 13:3
addict [1] - 49:25
addiction [1] - 19:25
Addiction [3] - 16:16, 16:17, 19:23
address [1] - 4:10
administered [2] - 47:4, 48:18
administration [3] - 40:16, 45:13, 45:15
ADMINISTRATRIX [1] - 1:4
admission [1] - 48:14
admitted [1] - 48:15
adverse [6] - 29:2, 29:11, 32:21, 33:10, 35:9, 36:22
advertise [1] - 12:9
Advisory [1] - 16:5
advisory [2] - 16:23, 17:18
affirmed [1] - 53:9
aftermath [1] - 22:7
afternoon [1] - 4:13
agencies [2] - 9:12, 9:13
agent [3] - 32:22, 32:23, 37:20
agents [6] - 37:3, 37:22, 39:22, 41:18, 41:19, 42:7
agitated [1] - 46:12
ago [4] - 17:14, 22:22, 24:25, 38:13
AGREED [3] - 3:2, 3:6, 3:9
ahead [1] - 16:14
Airport [1] - 23:15
alcohol [1] - 31:12
Allopurinol [1] - 29:6
almost [1] - 43:10
Ambien [1] - 30:4
American [1] - 16:16
amount [3] - 11:8,

38:18, 41:17
amounts [1] - 40:17
Amoxicillin [1] - 29:6
analyzed [1] - 50:3
AND [5] - 1:4, 1:8, 3:2, 3:6, 3:9
answer [5] - 4:25, 44:21, 46:18, 46:19, 46:22
antianxiety [1] - 21:11
antibiotics [1] - 35:23
antidepressants [1] - 21:10
antidote [1] - 44:9
antipsychotic [1] - 33:11
anxiety [1] - 48:11
appointed [2] - 16:4, 16:24
appreciate [1] - 37:16
appropriate [1] - 46:24
approximation [1] - 22:12
April [2] - 28:4, 28:17
area [2] - 5:8, 19:17
areas [4] - 5:13, 5:16, 9:22, 19:18
article [8] - 39:17, 40:10, 40:15, 40:20, 40:23, 41:2, 41:5, 44:23
articles [11] - 39:3, 39:4, 40:5, 40:6, 41:10, 42:3, 42:13, 42:14, 44:24, 45:3, 45:7
AS [1] - 1:4
ASAM [1] - 16:15
aspects [1] - 14:19
assisted [1] - 26:19
Association [2] - 16:16, 19:23
assume [1] - 49:18
assuming [2] - 9:6, 35:17
Ativan [6] - 21:8, 48:8, 48:9, 48:10, 48:13, 48:21
attend [1] - 13:19
attending [1] - 14:4
attorney [1] - 36:7
Attorneys [2] - 2:6, 2:12
attorneys [1] - 3:3
auto [1] - 31:12
automatically [1] - 47:17

autopsy [3] - 26:17, 26:18, 51:5

**B**

Balraj [2] - 28:9, 28:24
barely [1] - 19:7
Barnabus [3] - 32:12, 32:14, 37:19
BARRETT [1] - 2:12
base [2] - 45:25, 50:15
basis [2] - 10:22, 14:3
Bay [1] - 7:15
BE [1] - 1:9
bearing [2] - 42:16, 42:17
became [1] - 19:15
become [2] - 16:15, 18:8
beginning [1] - 42:9
behalf [1] - 38:8
belief [1] - 50:16
Benzodiazepines [1] - 21:4
benzothiophenes [1] - 48:10
best [1] - 44:13
better [1] - 7:4
between [1] - 3:3
big [1] - 13:2
bit [1] - 11:19
blood [7] - 37:3, 40:19, 41:22, 45:12, 45:14, 45:22, 53:14
BLUM [1] - 1:17
Blum [5] - 4:9, 26:24, 38:4, 51:17, 52:4
Board [1] - 5:15
body [9] - 23:16, 23:19, 39:21, 41:9, 44:14, 46:22, 50:14, 50:24, 51:3
books [3] - 6:14, 6:18, 7:2
bottle [2] - 8:6, 49:9
Bouhoutsos [2] - 36:10, 52:20
Boulevard [1] - 6:4
Boyle [2] - 36:9, 52:20
BRADWAY [2] - 1:4, 1:5
Bradway [1] - 4:15, 42:5, 44:20, 46:9, 47:2, 47:23, 48:4, 49:11, 49:24, 50:7, 50:11

Bradway's [1] - 50:20
break [2] - 4:21, 4:22
breaks [1] - 10:19
briefly [3] - 13:4, 23:12, 37:8
broken [1] - 10:12
Brooklyn [2] - 24:13, 31:21
Brookville [1] - 6:5
building [1] - 19:8
business [1] - 12:15
BY [4] - 2:8, 2:14, 4:6, 52:3

## C

C-max [2] - 45:19, 45:21
candidates [1] - 14:24
cannot [1] - 11:13
capacity [1] - 7:19
care [4] - 14:19, 43:24, 48:23, 48:25
Carey [2] - 16:8, 18:24
Carrier [1] - 33:5
carrier [1] - 33:7
case [12] - 4:15, 4:18, 23:5, 23:7, 28:3, 29:21, 31:20, 32:16, 33:9, 35:15, 38:9, 38:15
cases [17] - 10:4, 16:18, 20:16, 22:16, 24:15, 24:18, 24:19, 24:20, 26:7, 28:6, 28:11, 28:21, 33:17, 36:8, 37:6, 52:14, 52:22
caused [2] - 25:22, 26:3
Celebrex [1] - 29:5
certain [2] - 27:4, 39:21
certification [1] - 3:4
Certified [1] - 5:15
certify [2] - 53:7, 53:13
Chairman [1] - 27:17
chance [1] - 50:22
change [1] - 43:17
changed [1] - 43:20
chapter [1] - 14:8
characteristics [1] - 21:12
charcoal [2] - 44:18, 47:4
chart [3] - 42:12,

46:15, 46:16
chemistry [3] - 39:21, 41:9, 41:22
Chicago [1] - 5:6
chief [1] - 8:6
chronic [1] - 40:17
City [4] - 13:23, 24:22, 25:17, 32:8
civil [1] - 24:4
claimed [3] - 25:22, 28:25, 30:4
clinic [10] - 13:23, 14:10, 14:16, 15:4, 15:7, 15:15, 15:18, 15:20, 21:22, 27:4
clinical [1] - 9:25
Clonopin [1] - 21:6
closest [1] - 27:25
clothing [1] - 49:18
cocaine [45] - 13:11, 13:17, 13:20, 14:6, 15:4, 20:7, 20:12, 20:19, 20:22, 20:23, 21:14, 21:18, 22:17, 23:20, 24:16, 24:21, 25:11, 26:4, 26:5, 26:8, 26:14, 26:16, 27:2, 27:5, 27:7, 27:10, 27:21, 39:16, 40:17, 40:19, 44:9, 44:12, 44:20, 44:24, 45:4, 45:12, 49:11, 49:13, 49:14, 49:15, 49:23, 50:7, 50:11
combined [1] - 22:15
coming [1] - 49:17
comment [3] - 20:25, 21:3, 48:24
committee [4] - 16:24, 17:17, 17:18, 18:14
Committee [6] - 16:5, 16:11, 16:12, 17:23, 19:9, 21:23
committees [3] - 15:23, 16:3, 20:5
common [1] - 21:9
community [1] - 27:14
compared [1] - 27:13
complete [2] - 6:23, 6:24
completed [2] - 6:24, 6:25
complicated [1] - 25:20
concentration [1] - 45:22
condom [1] - 50:12
condoms [1] - 23:24
consider [1] - 27:11

CONSISTING [1] - 1:8
consult [1] - 9:10, 9:22
consultant [4] - 7:19, 7:22, 9:3, 9:6
consultation [3] - 11:9, 12:10, 19:15
consultations [1] - 10:9
consulting [4] - 9:14, 9:18, 11:14, 12:16
consults [1] - 9:11
contains [1] - 12:24
contents [1] - 23:24
contrast [4] - 32:22, 32:23, 37:20, 37:22
contributing [1] - 50:19
Conway [3] - 1:20, 53:5, 53:22
cook [1] - 8:6
copies [1] - 39:7
copy [4] - 40:11, 46:3, 46:4, 52:23
corn [1] - 49:20
Corporation [1] - 30:15
corporation [11] - 7:24, 7:25, 8:3, 8:7, 8:8, 8:11, 8:13, 8:19, 8:24, 9:2, 9:4
correct [15] - 5:7, 5:24, 6:8, 8:25, 9:5, 9:8, 9:9, 11:4, 24:6, 27:21, 27:22, 43:25, 44:25, 45:24, 49:5
counsel [1] - 28:20
County [6] - 16:13, 19:4, 19:6, 19:10, 30:5, 35:16
county [1] - 19:19
couple [1] - 26:9
course [2] - 7:4, 42:9
COURT [1] - 1:2
court [5] - 5:2, 24:12, 25:2, 32:2, 37:7
Court [15] - 3:12, 24:13, 25:3, 29:15, 29:17, 30:6, 30:7, 31:9, 31:22, 31:23, 31:24, 32:17, 32:20, 33:8, 35:17
CPK [1] - 41:21
CPK's [1] - 41:16
crack [2] - 49:15, 49:18
creatin [1] - 42:2
current [1] - 4:10
Curriculum [1] - 52:8
curriculum [3] -

12:5, 12:20, 20:21

## D

danger [1] - 24:11
data [1] - 14:22
date [5] - 12:7, 17:10, 26:23, 38:3, 41:2
dealing [2] - 15:15, 15:20
death [1] - 50:20
December [1] - 28:17
deciding [1] - 14:20
defendant [2] - 23:10, 33:21
Defendant's [10] - 12:6, 12:9, 12:19, 26:22, 27:24, 33:4, 34:8, 37:25, 38:2, 38:5
DEFENDANT'S [1] - 52:7
Defendants [2] - 1:10, 2:12
defendants [1] - 10:5
defense [3] - 10:7, 23:11, 36:17
definitely [1] - 22:11
degree [7] - 5:5, 6:11, 6:13, 6:15, 6:16, 6:18, 7:5
DEJONG [8] - 2:14, 4:7, 12:3, 17:7, 26:20, 37:24, 40:11, 46:5, 51:12
Dejong [2] - 4:13, 52:4
delay [3] - 43:23, 50:16
delineate [1] - 40:5
delineation [1] - 43:3
Department [2] - 7:16, 21:25
Deposition [1] - 3:10
deposition [13] - 7:11, 22:14, 22:25, 25:6, 31:5, 31:25, 32:21, 33:10, 34:21, 35:4, 35:19, 36:18, 37:8
DEPOSITION [1] - 1:17
depositions [1] - 7:15
describe [1] - 23:12
described [1] - 32:10
DESCRIPTION [1] - 52:13
dESCRIPTION [1] -

52:18
detail [4] - 42:8, 46:15, 46:16, 48:25
detailed [1] - 42:11
details [2] - 34:19, 35:25
detected [1] - 45:14
determine [1] - 46:23
determined [1] - 27:6
DETERMINED [1] - 1:9
development [2] - 8:13, 8:16
developmental [1] - 33:24
DEVITT [1] - 2:12
diabetic [1] - 30:21
Dicker [2] - 36:11, 52:21
different [3] - 18:4, 18:17, 44:16
differently [1] - 18:19
director [3] - 14:11, 14:12, 14:18
disbanded [5] - 17:10, 17:11, 18:11, 19:11, 19:20
discovered [2] - 23:14, 44:4
discuss [2] - 18:15, 18:21
Discussion [1] - 17:8
discussions [2] - 51:4, 51:7
dispensed [1] - 49:9
DISTRICT [2] - 1:2, 1:2
Doctor [1] - 6:17
doctor [1] - 37:16
doctoral [1] - 6:11
documents [6] - 7:10, 38:22, 39:9, 39:12, 39:13, 42:22
DOES [1] - 1:8
dollar [2] - 10:12, 10:13
done [9] - 9:11, 11:2, 26:4, 44:16, 46:18, 46:21, 47:2, 48:20, 48:23
dose [1] - 48:13
dosing [1] - 14:20
down [6] - 5:2, 10:13, 10:19, 40:2, 47:7, 47:20
Dr [4] - 26:24, 30:9, 35:14, 38:4
dram [1] - 31:13
dramatically [1] -

11:10
Drive [2] - 4:11, 6:6
dropped [1] - 11:10
Drug [6] - 16:5,
16:11, 16:12, 17:23,
19:9, 39:19
drug [24] - 9:24,
13:22, 13:24, 15:17,
15:20, 15:23, 15:25,
16:18, 16:23, 18:15,
18:18, 19:16, 20:16,
20:24, 21:2, 29:2,
29:3, 29:11, 33:16,
34:17, 37:9, 49:25,
50:12
drugs [12] - 13:6,
13:8, 13:9, 18:19,
19:18, 21:7, 27:5,
27:7, 29:8, 32:4, 32:6,
37:12
duly [2] - 4:3, 53:9
during - 13:25,
20:4, 34:20

**E**

early [2] - 19:12,
22:24
easily [1] - 9:16
East [1] - 4:11
eastern [1] - 24:14
EASTERN [1] - 1:2
edification [1] - 42:7
editorial [1] - 13:2
Edna [3] - 1:19, 53:5,
53:22
educational [1] -
14:3
effect [5] - 3:11, 8:9,
26:5, 39:20, 42:4
effects [1] - 41:8
efforts [1] - 37:16
Eichler [2] - 36:10,
52:21
eight [3] - 22:22,
42:20, 43:5
eighties [1] - 8:10
either [2] - 40:25,
47:7
eliminate [2] - 44:13,
46:21
emergency [1] - 49:4
Emergency [1] -
46:9
employed [2] - 15:7,
15:8
emptied [2] - 47:3,
47:5
empty [1] - 47:14
enable [1] - 39:25
encountered [1] -

14:2
end [2] - 18:19,
18:20
endeavors [1] - 14:3,
21:23
enrolled [2] - 6:22,
7:6
entire [1] - 40:20
equals [1] - 40:4
erection [2] - 25:13,
25:23
Espinal [2] - 36:10,
52:21
ESQ [2] - 2:8, 2:14
ESQS [1] - 2:6
ESTATE [1] - 1:4
estimate [1] - 43:4
etc [4] - 15:23, 26:17,
40:19, 42:10
evaluation [1] -
42:11
evidence [1] - 47:11
Ewald [1] - 47:8
exact [1] - 43:3
exactly [8] - 33:2,
33:16, 34:18, 37:2,
37:4, 42:23, 43:10,
47:13
EXAMINATION [2] -
4:6, 52:3
examined [1] - 4:4
examiner [1] - 51:5
examining [1] -
14:20
excellence [1] -
12:17
except [1] - 3:7
excuse [1] - 10:23
Exhibit [14] - 12:4,
12:6, 12:9, 12:19,
17:3, 26:21, 26:23,
26:24, 27:24, 33:4,
34:8, 37:25, 38:2,
38:5
existed [1] - 16:10
existing [1] - 18:17
experience [1] -
21:16
expert [5] - 4:17,
26:25, 27:6, 27:11,
27:14, 29:7
expertise [2] - 27:3,
27:16, 27:18
explain [2] - 6:20,
23:16

**F**

facilities [2] - 19:16,
19:17

factor [2] - 50:19,
51:2
facts [1] - 39:12
factual [1] - 43:18
FALTISHEK [1] - 2:6
familiar [2] - 38:6,
39:21
far [2] - 38:15, 38:17
Farrior [1] - 34:23
fast [1] - 44:14
faster [1] - 50:23
February [1] - 1:12
Federal [7] - 24:13,
29:17, 31:9, 31:22,
34:12, 34:25, 36:14
federal [1] - 9:12
Fee [2] - 26:22, 52:9
fetus [1] - 33:24
few [1] - 27:15
field [3] - 13:5,
15:23, 27:3
filing [1] - 3:4
fires [1] - 26:16
first [6] - 4:3, 9:19,
13:22, 38:11, 38:21,
38:24, 48:2, 48:13,
48:21
five [5] - 12:2, 18:22,
20:3, 22:22, 24:25
Florida [1] - 34:24
followed [1] - 7:8
follows [1] - 4:5
force [2] - 3:11,
23:23
foregoing [1] - 53:10
forget [5] - 32:4,
32:25, 33:2, 37:2,
37:4
form [2] - 3:7, 49:19
formal [2] - 6:15,
6:16, 20:8
forth [1] - 53:9
forum [1] - 37:11
forums [1] - 15:23
four [4] - 17:21,
18:21, 25:23, 29:5
Francis [3] - 16:20,
20:15, 27:18
free [1] - 17:3
Frye [2] - 33:18,
33:22
full [1] - 41:24
funneled [2] - 9:2,
9:4
FURTHER [2] - 3:6,
3:9

**G**

general [1] - 27:7

generally [1] - 9:22
genetics [1] - 29:11
gentleman [2] -
28:25, 32:5
get-together [1] -
18:23
given [5] - 13:10,
22:9, 25:21, 48:15,
53:11
governmental [1] -
9:12
Governor [2] - 16:4,
16:7
graduation [2] -
6:15, 6:19
Graham [2] - 36:10,
52:20
Green [2] - 24:22,
32:8
green [1] - 32:8
guess [3] - 9:12,
43:6, 43:8
guessing [1] - 43:6
Gutierrez [2] - 36:9,
52:19

**H**

Halcion [1] - 21:8
half [3] - 40:3, 43:14,
44:7
Hampshire [1] -
34:11
Hampton [1] - 51:8
hand [1] - 53:18
Harris [2] - 36:10,
52:20
Hauben [2] - 36:9,
52:20
head [1] - 5:3
health [1] - 30:15
Health [3] - 21:24,
21:25, 39:18, 40:9,
52:24
Hearing [2] - 33:18,
33:22
held [2] - 1:19, 17:8
help [1] - 46:21
helps [1] - 48:11
HEREBY [1] - 3:2
hereby [2] - 3:5, 53:7
herein [1] - 1:18
hereinbefore [1] -
53:9
hereto [1] - 3:4
hereunto [1] - 53:17
heroin [1] - 23:20
HHC [4] - 30:11,
30:13, 30:14, 32:8
Hills [1] - 4:11

history [1] - 48:5
hold [1] - 43:9
home [3] - 6:7,
28:14, 34:18, 36:3,
39:10, 39:24, 40:10,
42:24
hospital [23] - 7:14,
16:18, 16:19, 23:21,
24:5, 25:21, 32:15,
35:5, 42:8, 42:12,
44:5, 46:8, 46:10,
46:20, 47:2, 47:10,
47:19, 47:24, 48:3,
48:13, 48:20, 48:23,
51:10
Hospital [3] - 20:15,
28:9, 29:14
hospitalized [1] -
33:11
Hospitals [1] - 30:15
hospitals [1] - 9:12
hour [10] - 25:23,
43:14, 44:7, 45:8,
45:9, 45:11, 45:23,
50:17, 50:21
hours [4] - 40:3,
42:20, 43:5

**I**

idea [8] - 49:21,
49:22, 50:5, 50:6,
50:9, 50:10, 50:13,
50:14
identification [3] -
12:6, 26:23, 38:3
identify [1] - 37:21
illness [1] - 35:9
Immaculate [1] -
23:8
impaired [1] - 22:2
implant [1] - 25:25
include [1] - 37:13
income [16] - 7:19,
7:21, 7:22, 8:18, 8:20,
8:21, 8:22, 9:3, 10:8,
10:15, 10:17, 10:21,
11:8, 11:14, 11:21,
11:24
Indicating [4] -
12:21, 17:2, 33:4,
38:24
Indication [1] - 45:2
individual [1] - 23:14
INDIVIDUALLY [1] -
1:4
individuals [1] -
27:16
INDIVIDUALS [1] -
1:9
Industries [1] - 8:2

information [1] - 37:15
ingested [6] - 44:4, 49:11, 49:24, 50:8, 50:11, 50:22
ingestion [2] - 45:16, 49:3
inhibitor [2] - 36:23, 36:24
injection [3] - 44:19, 48:8, 48:21
injured [1] - 20:2
inordinate [1] - 43:23
insert [2] - 28:21, 28:22
instance [1] - 49:14
Institute [4] - 39:18, 39:19, 40:9, 52:24
insulin [1] - 30:22
interested [1] - 53:15
internal [3] - 5:14, 5:17, 9:24
interpreting [1] - 14:21
intestinal [6] - 23:24, 39:17, 47:3, 47:5, 47:14, 47:20
intestines [1] - 45:12
invalid [1] - 43:7
investments [2] - 8:21, 11:23
invited [1] - 15:22
involved [19] - 7:16, 13:22, 13:24, 15:24, 16:15, 21:21, 22:3, 22:19, 24:16, 24:20, 26:7, 28:2, 29:5, 30:21, 32:4, 32:6, 33:16, 37:9, 37:12
involvement [1] - 15:19
involving [2] - 22:17, 26:14
iodinated [2] - 32:25, 37:22
IS [3] - 3:2, 3:6, 3:9
Island [1] - 14:17
issue [15] - 23:13, 24:7, 25:10, 31:11, 32:3, 32:19, 34:16, 35:7, 35:8, 35:22, 36:21, 36:22, 37:9, 39:9, 39:14
issues [4] - 4:17, 24:16, 24:21, 32:7
IT [3] - 3:2, 3:6, 3:9
items [1] - 41:13
itself [1] - 7:2

**J**

Jeltje [1] - 4:13
JELTJE [1] - 2:14
Jersey [3] - 32:16, 32:17, 33:9
Jewish [1] - 14:17
JOHN [1] - 1:8
John's [1] - 6:14
Joseph's [1] - 35:4

**K**

Kanyi [1] - 23:8
KATBOT [1] - 1:8
Kennedy [1] - 23:15
kinds [1] - 5:3
knowledge [3] - 44:8, 44:11, 49:10
known [2] - 7:3, 40:17

**L**

labeled [3] - 49:3, 49:6, 49:8
laboratory [1] - 14:22
lactacidosis [1] - 41:18
Lake [1] - 19:7
Lakeville [2] - 19:2, 19:3
Lansman [2] - 34:3, 34:5
last [5] - 11:10, 11:11, 14:8, 43:16, 43:22
late [1] - 18:12
lawsuit [1] - 24:2
leading [1] - 50:20
learn [1] - 45:6
least [1] - 50:24
leave [1] - 28:19
Lee [2] - 36:11, 52:21
left [4] - 15:13, 15:14, 37:17
legal [7] - 9:7, 9:15, 9:19, 9:23, 10:9, 11:9, 11:15
length [3] - 39:15, 40:18, 44:3
less [5] - 11:11, 11:16, 11:19, 11:20, 50:25
lethal [1] - 44:19
Librium [1] - 21:8
life [2] - 24:10, 49:4
LINDA [1] - 1:8

list [2] - 33:4, 38:22
listed [2] - 38:24, 42:22
litany [1] - 21:7
litigation [2] - 27:25, 28:2
LLP [1] - 2:12
local [1] - 19:16
locations [1] - 6:2
look [14] - 12:18, 16:25, 17:5, 28:16, 28:19, 29:22, 35:25, 37:5, 38:4, 39:4, 39:6, 39:20, 42:24, 43:10
looked [1] - 39:3
looking [2] - 23:15, 38:21
lowering [1] - 37:3

**M**

ma'am [5] - 5:20, 12:11, 51:6, 51:9, 51:11
maintain [1] - 5:18
majority [1] - 11:21
Mandela [1] - 33:5
Manhattan [1] - 25:3
mark [3] - 12:3, 26:20, 37:24
marked [7] - 12:5, 12:8, 12:19, 26:22, 27:23, 38:2, 38:5
marketing [1] - 8:17
marriage [1] - 53:14
Marvin [1] - 34:10
Mary [1] - 23:8
Master's [4] - 6:23, 6:24, 6:25, 7:6
Masters [3] - 6:14, 7:3, 7:5
material [4] - 43:18, 44:4, 46:22, 50:2
matter [1] - 53:16
max [2] - 45:19, 45:21
maximum [1] - 45:22
mean [8] - 20:8, 25:12, 41:21, 41:23, 45:16, 47:6, 49:6, 49:12
meaning [1] - 7:3
means [1] - 15:2
meant [2] - 15:20, 15:24
Med [1] - 39:5
medical [20] - 5:5, 5:18, 5:23, 7:18, 8:23, 11:25, 44:11, 44:12, 44:18, 44:19, 18:7,

18:24, 21:17, 26:19, 42:9, 43:24, 46:23, 48:23, 48:25, 51:5
Medical [5] - 5:6, 16:11, 16:13, 18:3, 21:24
medication [8] - 33:11, 33:13, 33:23, 33:25, 34:7, 35:8, 35:10, 46:12
medications [1] - 48:17
Medicine [2] - 16:16, 16:17
medicine [4] - 5:10, 5:14, 5:17, 9:25
meat [3] - 17:19, 17:20, 17:21
member [6] - 18:8, 18:10, 19:24, 19:25, 20:2, 20:5
members [1] - 9:7
memorizing [1] - 48:17
methadone [9] - 13:23, 14:10, 14:16, 14:24, 14:25, 15:4, 15:15, 15:19, 21:22
mid [2] - 8:10, 9:21
mid-90's [2] - 19:13, 19:21
mid-90's [1] - 17:16
mid-eighties [1] - 8:10
mid-seventies [1] - 9:21
mini [1] - 50:12
mini-packer [1] - 50:12
minutes [1] - 40:3
mistake [1] - 37:17
moment [1] - 22:8
money [1] - 42:11
MOSCOU [1] - 2:6
most [4] - 12:23, 20:25, 21:2, 27:25
mouth [2] - 12:17, 49:17
MR [1] - 40:13
MS [7] - 4:7, 12:3, 17:7, 26:20, 37:24, 40:11, 51:12
MTA [2] - 31:15, 37:13
multiple [1] - 21:12
must [2] - 6:23, 49:3

**N**

NAH [1] - 41:4
name [6] - 4:8, 4:13,

23:5, 23:7, 40:22, 41:24
names [2] - 7:17, 52:14
nasogastric [2] - 47:8, 47:21
Nassau [2] - 16:13, 19:4, 19:6, 19:9, 19:17
National [2] - 39:18, 39:19, 40:9, 52:23
nature [2] - 19:19, 27:16
necessary [1] - 7:4
needed [1] - 25:24
neighborhood [2] - 22:22, 38:19
neutralized [1] - 50:24
never [10] - 6:25, 7:5, 8:7, 8:16, 10:12, 26:15, 27:5, 27:20, 40:20, 49:25
new [2] - 32:17, 43:18
NEW [1] - 1:2
New [22] - 1:14, 1:21, 2:7, 2:13, 4:11, 6:5, 13:23, 16:4, 16:5, 16:12, 17:23, 18:3, 18:6, 21:25, 24:23, 25:17, 30:15, 32:9, 32:16, 33:9, 34:10, 53:6
next [1] - 48:19
NIDA [1] - 41:4
non [4] - 21:5, 49:3, 49:6, 49:8
Non [1] - 1:18
non-labeled [3] - 49:3, 49:6, 49:8
Non-Party [1] - 1:18
non-physicians [1] - 21:5
Northern [1] - 6:4
Notary [5] - 1:20, 3:10, 4:4, 51:23, 53:6
note [1] - 40:2
Noted [1] - 51:14
notes [2] - 39:11, 39:24
nothing [3] - 13:2, 40:4, 42:16
Notice [1] - 1:18
noticed [1] - 46:11
number [3] - 16:10, 41:13, 42:20
numbers [1] - 40:3
nursing [1] - 34:18

## O

oath [1] - 22:13
objections [1] - 3:7
obtaining [1] - 43:23
occurs [1] - 41:18
odd [1] - 14:8
OF [5] - 1:2, 1:4, 1:8, 1:8
offered [1] - 7:6
offhand [2] - 26:10, 43:11
officer [1] - 8:3
Officer [1] - 7:16
Officers [1] - 49:16
often [1] - 17:19
Omnipaque [1] - 37:23
once [1] - 47:16
one [34] - 6:4, 6:10, 6:23, 7:24, 13:2, 13:7, 15:2, 15:11, 17:4, 18:18, 22:18, 24:10, 27:19, 32:25, 33:2, 33:14, 34:8, 37:2, 37:3, 37:4, 37:17, 37:21, 39:17, 39:18, 40:8, 41:5, 41:6, 41:12, 42:15, 46:3, 46:4, 48:10, 50:21
one-hour [1] - 50:21
ones [9] - 13:18, 21:9, 29:24, 30:10, 30:23, 31:14, 32:4, 32:11, 33:3
opened [1] - 24:10
opening [1] - 13:22
opinion [3] - 4:17, 42:4, 42:19
opposed [2] - 7:22, 10:5
order [1] - 7:10
outcome [1] - 53:15
outline [2] - 36:7, 52:19
outlines [1] - 36:5
overdose [13] - 13:20, 14:6, 15:4, 20:12, 21:14, 21:18, 22:17, 24:18, 24:19, 27:2, 27:21, 30:4, 44:12
overdosed [2] - 21:19, 27:10
overdoses [1] - 24:17
overdosing [2] - 20:19, 20:22
own [1] - 42:6

## P

P-R-I-A-P-I-S-M [1] - 25:15
P.M [2] - 1:13, 51:14
packed [1] - 50:14
packer [4] - 23:16, 23:19, 50:12
page [3] - 27:25, 34:8, 43:22
PAGE/LINE [2] - 52:7, 52:18
pAGE/LINE [1] - 52:13
pages [2] - 12:24, 42:25
PAGES [1] - 52:3
paid [2] - 38:14, 38:17
paragraph [4] - 38:21, 38:24, 43:16, 43:22
parties [2] - 3:3, 53:14
parts [1] - 18:17
Party [1] - 1:18
patents [2] - 8:13, 8:16
patient [4] - 20:19, 27:10, 27:20, 33:12
patients [6] - 14:20, 14:21, 14:23, 18:16
Pauline [1] - 35:12
pay [1] - 40:21
Peconic [1] - 7:14
penis [1] - 25:24
people [7] - 15:6, 18:18, 18:20, 21:19, 21:21, 26:16, 27:15
per [1] - 17:21
percent [7] - 9:17, 10:6, 10:14, 10:20, 11:7, 11:17, 12:2
percentage [10] - 9:14, 10:3, 10:4, 10:11, 10:14, 10:21, 11:8, 11:12, 11:13, 11:24
performed [1] - 26:18
Perillo [2] - 36:11, 52:22
period [3] - 15:21, 46:20, 50:21
periodically [3] - 16:18, 17:20, 20:15
pharmaceutical [1] - 9:11
pharmacology [4] - 6:12, 9:25, 13:5, 27:4
Pharmacology [1] - 7:5
pharmacy [2] - 49:9, 50:2
Pharmacy [1] - 27:17
Phd [3] - 6:22, 6:23, 6:25
Phosphokinase [1] - 42:2
phrased [1] - 44:22
physician [2] - 7:23, 34:6
Physician's [1] - 21:24
physicians [4] - 15:9, 21:5, 22:2, 27:13
pick [1] - 50:2
Pivonka [1] - 33:18
Place [2] - 1:14, 2:7
place [1] - 1:19
placed [3] - 47:17, 47:18, 47:22
Plains [3] - 28:9, 29:14, 29:16
Plaintiff [3] - 1:6, 2:6, 31:17
plaintiff [5] - 10:7, 23:9, 25:18, 38:9, 38:12
plaintiffs [1] - 10:5
point [2] - 4:22, 47:12
poisons [3] - 13:6, 13:8, 13:9
Police [1] - 7:15
posed [1] - 46:19
possible [1] - 44:14
possibly [1] - 36:6
post [1] - 6:11
post-doctoral [1] - 6:11
powder [1] - 49:14
powdery [1] - 49:17
practice [9] - 5:18, 5:19, 5:21, 5:23, 6:9, 7:18, 8:23, 11:25
prepare [1] - 7:11
prescribed [1] - 34:7
present [7] - 5:22, 11:12, 13:25, 15:16, 15:17, 15:25, 17:9
presentation [5] - 13:16, 20:6, 20:8, 20:11, 43:18
presentations [3] - 13:10, 13:19, 14:5
presented [1] - 14:25
pressure [1] - 37:3
prevalent [1] - 19:18
previously [1] - 50:11
priapism [3] - 25:11, 25:12, 25:22
problems [1] - 18:16
proceedings [1] - 53:11
produce [1] - 8:20
product [1] - 12:17
profession [7] - 9:7, 9:15, 9:19, 9:23, 10:9, 11:9, 11:15
program [2] - 6:22, 7:7
properties [1] - 29:10
provide [2] - 4:16, 36:7
Pub [1] - 39:5
Public [5] - 1:20, 3:11, 4:4, 51:23, 53:6
publications [1] - 21:13
pure [1] - 50:2
purity [1] - 49:23
purpose [1] - 8:11
pursuant [1] - 1:18
pushing [1] - 34:23
put [7] - 13:21, 21:11, 37:6, 40:2, 47:11, 47:16, 47:20
putting [1] - 47:7

## Q

qualities [4] - 13:11, 13:17, 20:6, 29:8
quality [1] - 48:22
Queens [2] - 19:8, 30:18
questioned [1] - 46:11
questions [3] - 4:20, 4:25, 51:13

## R

Rainford [2] - 35:12, 35:14
ran [1] - 21:23
rapidity [1] - 45:3
rays [1] - 32:22
RB [1] - 8:2
reaction [6] - 29:2, 29:12, 32:21, 33:10, 35:9, 36:22
read [9] - 7:15, 21:20, 22:6, 41:10, 42:14, 44:23, 45:3, 45:20, 46:2
reading [3] - 41:8, 42:3, 45:6
realized [1] - 11:2
really [5] - 43:6, 46:13, 46:14, 48:8, 48:24
receive [3] - 7:19, 8:22, 9:3
received [4] - 5:5, 6:11, 10:16, 11:14
recent [1] - 12:23
recollection [3] - 13:15, 28:15, 36:4
record [3] - 17:7, 17:8, 53:11
records [7] - 7:14, 28:14, 28:20, 36:3, 37:6, 39:8, 43:10
reduce [1] - 48:11
refer [1] - 43:23
referring [3] - 27:9, 33:3, 44:2
refers [1] - 20:22
refresh [2] - 28:15, 36:4
regard [30] - 4:14, 4:17, 11:9, 12:10, 12:16, 13:11, 13:16, 14:9, 20:6, 20:12, 20:16, 20:18, 21:17, 24:16, 24:21, 27:11, 29:8, 36:7, 37:6, 38:15, 39:14, 41:8, 41:10, 41:15, 42:4, 45:3, 48:3, 48:20, 49:10, 52:19
regarding [2] - 13:20, 14:5
regional [1] - 18:18
related [1] - 53:13
remember [24] - 7:17, 23:5, 24:12, 24:22, 25:19, 29:21, 29:23, 29:25, 30:2, 30:10, 30:23, 30:24, 31:14, 32:24, 33:3, 33:13, 33:14, 33:17, 34:9, 35:12, 36:12, 36:24, 37:19, 48:7
remove [1] - 23:23
removed [1] - 50:23
removing [1] - 51:2
rephrase [1] - 4:20
Report [2] - 38:2, 52:10
report [7] - 38:8, 38:22, 42:8, 43:13, 43:17, 43:20, 49:2
Reporter [2] - 1:20, 53:5
reporter [1] - 5:2
represent [12] - 4:14,

29:13, 29:20, 30:8, 30:12, 31:2, 31:16, 33:6, 33:19, 34:3, 35:3, 35:13

represented [2] - 24:5, 37:7

representing [1] - 25:16

research [5] - 8:12, 8:15, 39:2, 39:9, 41:15

researched [3] - 39:14, 39:15, 40:7

researchers [1] - 40:25

researching [1] - 42:19

reserve [1] - 43:17

reserved [1] - 3:8

respective [1] - 3:3

result [3] - 10:9, 11:14, 42:3

results [1] - 41:14

retained [12] - 4:16, 10:5, 22:16, 22:20, 23:9, 23:13, 29:7, 32:13, 33:20, 34:14, 36:16, 38:12

return [1] - 11:3

returns [1] - 10:18

review [7] - 7:10, 7:13, 26:11, 42:8, 46:14, 46:16, 48:25

reviewed [4] - 7:14, 38:22, 38:23, 39:9

reviewing [1] - 42:21

reviews [1] - 26:14

Rexson [2] - 1:14, 2:7

Richard [2] - 4:9, 51:17

richard [1] - 52:4

RICHARD [1] - 1:17

Richardson [3] - 28:4, 28:7, 29:19

rights [1] - 24:4

Road [2] - 19:2, 19:3

Roche [1] - 30:9

Rockland [1] - 35:16

Room [1] - 46:9

Route [1] - 2:13

RUSKIN [1] - 2:6

**S**

Saint [1] - 6:14

sat [1] - 16:10

saw [2] - 49:16, 49:21

scan [3] - 39:5, 39:6,

39:11

Schedule [2] - 26:22, 52:9

Schiffler [2] - 36:12

School [1] - 5:6

school [1] - 26:19

science [1] - 13:5

sealing [1] - 3:4

second [3] - 27:25, 43:16, 43:22

see [1] - 47:11

segregate [1] - 7:21

seizure [1] - 46:14

seizures [1] - 44:20

seminars [3] - 13:11, 13:20, 14:5

sentence [1] - 43:17

Serotonin [1] - 33:15

services [2] - 12:10, 19:25

set [2] - 53:9, 53:17

seven [1] - 43:5

seventies [1] - 9:21

several [1] - 44:24

shall [1] - 3:8

shop [1] - 31:13

shorter [1] - 46:20

Shorthand [1] - 53:5

show [2] - 26:4, 40:19

shown [1] - 26:2

signed [1] - 3:10

sit [1] - 15:22

situation [1] - 31:13

six [2] - 17:21, 20:3

sketchy [1] - 36:5

slow [1] - 28:13

small [1] - 41:16

smaller [1] - 6:9

Smithtown [1] - 2:13

Society [5] - 16:11, 16:13, 16:16, 18:3, 21:24

society [2] - 18:7, 18:24

solid [1] - 49:19

some-odd [1] - 14:8

somewhere [7] - 9:20, 13:12, 17:6, 17:15, 22:21, 22:24, 32:6

soon [1] - 48:14

sooner [1] - 21:22

sorry [1] - 35:24

South [1] - 51:8

Southampton [2] - 4:14, 4:15

SOUTHAMPTON [1] - 1:8

southern [1] - 24:14

space [1] - 28:19

specialize [1] - 5:8

specific [11] - 5:15, 13:15, 13:18, 14:3, 32:7, 37:14, 37:20, 39:13, 40:5, 40:6

specifically [8] - 27:5, 27:6, 27:9, 39:23, 40:22, 41:7, 42:14, 42:15

spell [1] - 25:14

SPELLMAN [1] - 2:12

spend [5] - 42:10, 42:18, 42:21, 43:12, 46:13

spoken [1] - 13:12

Spruce [2] - 4:11, 6:5

St [6] - 16:20, 20:15, 27:17, 32:12, 32:14, 35:4

staff [1] - 19:17

starch [1] - 49:21

start [3] - 9:19, 27:24, 44:20

started [1] - 8:12

starting [1] - 46:11

State [23] - 1:21, 16:6, 16:12, 17:24, 18:3, 18:6, 18:7, 18:17, 18:19, 18:20, 21:25, 25:3, 29:17, 29:18, 30:6, 31:9, 31:22, 32:17, 32:20, 34:12, 34:25, 53:6

state [13] - 4:8, 4:10, 17:22, 30:7, 31:10, 31:23, 34:13, 35:2, 35:17, 36:14, 36:15, 49:2, 52:14

states [1] - 43:16

STATES [1] - 1:2

Stenotype [1] - 1:20

still [1] - 8:15

STIPULATED [3] - 3:2, 3:6, 3:9

Stoja [1] - 30:11

stomach [1] - 47:17

stood [1] - 26:10

stream [3] - 40:19, 45:12, 45:22

strength [1] - 49:23

studied [1] - 22:7

study [1] - 13:6

Subscribed [1] - 51:20

subscribed [1] - 3:12

substance [7] - 49:3, 49:7, 49:8, 49:17, 50:22, 50:23, 51:2

substances [2] - 22:3, 33:2

substantial [2] - 50:19, 51:2

subway [1] - 32:6

Success [1] - 19:7

successfully [2] - 6:23, 6:24

suction [1] - 47:17

Suffolk [1] - 30:5

suing [2] - 25:18, 25:20

Suite [1] - 2:13

Supreme [1] - 25:3

surgery [4] - 23:23, 24:3, 24:9, 25:24

suspected [1] - 22:18

sustained [2] - 25:13, 25:23

sworn [4] - 3:12, 4:3, 22:9, 51:20

Syndrome [1] - 33:15

system [1] - 45:4

**T**

Tampa [1] - 34:24

Tartaglione [1] - 30:24

taser [2] - 41:20, 42:5

tasers [2] - 39:20, 41:9

Tavern [2] - 30:25, 31:3

tax [1] - 10:18

Tedano [2] - 36:10, 52:21

TELESCA [3] - 2:8, 40:13, 46:7

Telesca's [1] - 42:11

ten [6] - 14:13, 15:8, 15:10, 17:14, 24:25, 42:20

term [2] - 23:17, 23:18

testified [7] - 4:5, 15:14, 20:14, 22:13, 25:8, 28:7, 37:11

testify [11] - 8:18, 22:25, 23:3, 25:4, 25:6, 31:4, 31:24, 31:25, 34:20, 35:19, 36:18

testifying [2] - 24:8, 26:12

testimony [10] - 22:9, 26:11, 26:15, 28:3, 29:7, 30:19, 30:20, 53:8, 53:10, 53:11

testing [1] - 26:3

THE [3] - 1:4, 1:8

Therapeutics [1] - 27:17

therapy [2] - 18:16, 21:20

thick [1] - 42:25

THOMAS [1] - 2:8

threatening [1] - 49:4

three [2] - 29:4, 41:17

throughout [1] - 17:22

Tighe's [2] - 30:24, 31:3

TINA [1] - 1:4

title [1] - 40:14

TO [1] - 1:9

today [2] - 5:23, 8:14

today's [1] - 7:11

together [3] - 17:21, 18:21, 18:23

TONY [1] - 1:4

took [2] - 14:19, 48:5

topic [1] - 14:2

topics [1] - 18:15

Torrato [2] - 31:15, 31:18

Torroto [1] - 37:13

total [2] - 10:15, 10:17

TOWN [1] - 1:8

Town [3] - 4:14, 4:15, 51:8

toxicology [1] - 6:12

track [1] - 47:15

tract [5] - 23:25, 39:17, 47:4, 47:5, 47:20

trail [1] - 23:3

train [1] - 32:6

training [3] - 6:13, 6:24, 6:25

transcript [2] - 28:19

treat [3] - 15:3, 18:16, 27:16

treated [2] - 27:20, 49:4

treatment [18] - 5:9, 13:20, 14:5, 14:24, 14:25, 19:16, 19:17, 20:12, 20:19, 21:14, 21:17, 27:2, 27:10, 44:11, 46:23, 48:3, 48:6, 48:20

trial [16] - 3:8, 22:14, 25:8, 26:11, 30:19, 30:20, 31:4, 31:6, 34:20, 34:22, 35:19, 35:21, 36:18, 36:20,

37:8
true [1] - 53:11
try [1] - 46:18
tube [10] - 44:17, 47:7, 47:8, 47:12, 47:14, 47:16, 47:20, 47:21
turned [1] - 23:15
twelve [2] - 15:8, 15:10
two [4] - 6:2, 26:10, 41:17, 44:16
type [2] - 49:11, 49:12
typical [1] - 11:8
typically [1] - 10:20

U

under [1] - 22:13
undergone [1] - 24:9
underneath [1] - 32:5
Uniondale [2] - 1:14, 2:7
UNITED [1] - 1:2
university [2] - 6:19, 7:2
unknown [2] - 50:23, 51:2
up [14] - 7:8, 24:10, 26:4, 28:16, 29:22, 32:5, 36:2, 39:3, 39:4, 39:20, 40:19, 41:16, 42:24, 50:2
users [1] - 40:18

V

valid [1] - 43:6
value [2] - 10:12, 10:13
values [1] - 31:12
various [7] - 18:15, 19:18, 26:3, 39:3, 46:21, 46:25, 48:17
verbally [1] - 4:25
verse [1] - 14:8
versus [7] - 4:15, 23:8, 24:22, 28:3, 28:7, 28:9, 29:19
via [1] - 44:17
Viagra [3] - 25:21, 25:22, 26:3
violation [1] - 24:4
Visipaque [1] - 37:23
vitae [3] - 12:5, 12:20, 20:21
Vitae [1] - 52:8
vomit [1] - 47:9
vomited [1] - 44:17
Vs [11] - 30:11, 30:24, 32:8, 32:12, 33:5, 34:10, 35:12, 37:13, 37:19

W

waived [1] - 3:5
washer [1] - 8:6
ways [1] - 44:16
Weber [3] - 32:12, 37:13, 37:19
website [1] - 12:12
Wentworth [1] - 34:10
wentworth [1] - 34:15
Westchester [3] - 29:16, 31:8, 36:13
whatsoever [1] - 50:14
WHEREOF [1] - 53:17
White [5] - 28:3, 28:7, 28:9, 29:16, 29:19
white [2] - 29:14, 49:17
Williams [1] - 30:2
wish [1] - 6:20
Witness [2] - 1:18, 4:2
wITNESS [1] - 52:3
WITNESS [1] - 53:17
witness(es [1] - 53:8
witness(es) [1] - 53:12
word [1] - 12:17
world [1] - 49:8
wound [1] - 32:5
writing [1] - 43:12
written [2] - 12:24, 21:13

X

x-rays [1] - 32:22
Xanax [1] - 21:8

Y

year [10] - 10:10, 11:11, 11:15, 11:24, 15:13, 17:12, 17:21, 18:22, 28:13, 38:13
yearly [1] - 10:21
years [8] - 13:13, 14:8, 14:13, 16:10, 17:14, 20:3, 22:22, 24:25
yesterday [1] - 28:10
YORK [1] - 1:2
York [19] - 1:14, 1:21, 2:7, 2:13, 4:11, 6:5, 13:23, 16:4, 16:5, 16:12, 17:23, 18:3, 18:6, 21:25, 24:23, 25:17, 30:16, 32:9, 53:6
yourself [1] - 27:11

Z

Zullo [2] - 36:11, 52:21