Exhibit R

1

2  UNITED STATES DISTRICT COURT
   EASTERN DISTRICT OF NEW YORK
3  -----------------------------------------X

4  TINA BRADWAY, Individually and as
   Administratrix of the Estate of
5  TONY BRADWAY,

6                    Plaintiff,

7
                 -against-          Civil Action No.
8                                   CV-09 3177

9  THE TOWN OF SOUTHAMPTON, LINDA A. KABOT,
   and JOHN DOES 1-10 Consisting of
10 Individuals to be Determined,

11                    Defendants.

12 -----------------------------------------X

13                    May 17, 2010
                      9:57 a.m.
14
                      110 Old Riverhead Road
15                    Hampton Bays, New York

16

17         DEPOSITION of THE TOWN OF SOUTHAMPTON,

18 a Defendant herein, by POLICE OFFICER WILLIAM

19 KIERNAN, taken by the Plaintiff, pursuant to

20 Federal Rules of Civil Procedure, and Notice,

21 held at the above-mentioned time and place,

22 before Lori Anne Curtis, a Notary Public of the

23 State of New York.

24

25

1

2  A P P E A R A N C E S:

3

4

5      RUSKIN, MOSCOU & FALTISCHEK, INC.
           Attorneys for Plaintiff
6          1425 RXR Plaza
           Uniondale, New York  11556
7      BY:  THOMAS TELESCA, ESQ.

8

9      DEVITT SPELLMAN BARRETT, LLP
           Attorneys for Defendants
10         50 Route 111
           Smithtown, New York  11787
11     BY:  JELTJE DEJONG, ESQ.

12

13     ALSO PRESENT:

14         Sergeant James Kiernan

15

16

17

18

19

20

21

22

23

24

25

1

2

3                   FEDERAL STIPULATIONS

4

5          IT IS HEREBY STIPULATED AND AGREED by

6     and between the parties hereto, through their respective

7     counsel, that the certification, sealing and filing of

8     the within examination will be and the same are hereby

9     waived;

10         IT IS FURTHER STIPULATED AND AGREED

11    that all objections, except as to the form of the

12    question, will be reserved to the time of the trial;

13         IT IS FURTHER STIPULATED AND AGREED that the

14    within examination may be signed before any Notary Public

15    with the same force and effect as if signed and sworn to

16    before this Court.

17

18

19

20

21

22

23

24

25

1

2 W I L L I A M   K I E R N A N, the Witness herein,

3       having been first duly sworn by a Notary Public

4       in and of the State of New York, was examined and

5       testified as follows:

6 EXAMINATION BY

7 MR. TELESCA:

8       Q     Would you please state your full name for

9 the record.

10       A     William Kiernan.

11       Q     What is your current business address?

12       A     My business address is Old Riverhead

13 Road, Hampton Bays, New York 11946.

14       MR. TELESCA:  Good morning,

15       Mr. Kiernan.  My name is Tom Telesca.  We

16       met informally.  I'm the attorney for a

17       plaintiff, Tina Bradway in a case she's

18       brought against the Town of Southampton

19       and several police officers, like

20       yourself.

21       Q     First I'd like to ask:  Have you ever

22 been deposed before?

23       A     No, I haven't.

24       MR. TELESCA:  Okay, so let me

25       just go over a few ground rules.  To your

```
1                    PO W. Kiernan
2        left, is the court reporter, and she's
3        taking down everything we say today.  So
4        it's important that I don't talk over you
5        and you don't talk over me, and unlike a
6        normal conversation, it's common for
7        people to anticipate what I'm going to
8        ask and you may already know the answer
9        before I finish the question, but here,
10       just so she can take everything down,
11       it's important that you allow me to
12       finish my question and that I give you
13       the courtesy of finishing your answer
14       before I ask the next question.
15                    Understood?
16                    THE WITNESS:  Understood.
17                    MR. TELESCA:  Okay, good.
18                    And then if I ask a question and
19       there's a certain term or word that maybe
20       you don't understand or maybe it has more
21       than one meaning, please ask me to
22       clarify because I don't want you to guess
23       at anything that I'm asking you about.
24                    Okay?
25                    THE WITNESS:  Okay.
```

1    PO W. Kiernan

2              MR. TELESCA:  And then, if I ask

3    a question and you answer it, I'm going

4    to assume that you heard it, that you

5    understood it and that you answered it to

6    the best of your ability.

7              Okay?

8              THE WITNESS:  Understood.

9              MR. TELESCA:  Okay.

10             And again, don't guess.  Maybe

11   it's possible for you to give a range;

12   for example, I'll be asking you about

13   certain times during the date of the

14   incident.  If you don't know the exact

15   minute, if you can feel comfortable

16   giving a range, that's fine, but if you

17   don't know, you don't know, and that's

18   perfectly okay.

19             Okay?

20             THE WITNESS:  Yes.

21             MR. TELESCA:  If at any time

22   your attorney objects to one of my

23   questions, I'd ask that you stop speaking

24   and allow her to place her objection on

25   the record, and if we have to have a

1                    PO W. Kiernan

2           colloquy or go off the record to discuss

3           something, then I'd ask you to just

4           refrain from speaking.

5                    Okay?

6                    THE WITNESS:  Very well.

7                    MR. TELESCA:  And if at any time

8           you need to take a break, use the

9           restroom, take a call, feel free to ask

10          me and we'll take whatever time you need.

11                   THE WITNESS:  Okay.

12      Q       Okay.

13              Is there any reason why you are unable to

14      testify today?

15      A       No.

16      Q       Can you give me the benefit of your

17      educational background?

18      A       Just a high school diploma.

19      Q       Where did you go to high school?

20      A       Walt Whitman High School in Huntington.

21      Q       Okay.

22              And when did you start working for

23      Southampton Town Police?

24      A       In September of '06.

25      Q       Okay, and when did you graduate from high

```
 1                    PO W. Kiernan
 2   school?
 3         A       1986.
 4         Q       So I assume that you were employed
 5   between 1986 and 2006?
 6         A       That is correct.
 7         Q       And what were you doing -- let's start
 8   right after high school.  What was your first employment?
 9         A       I worked at a Loehmann's Department Store
10   after high school.
11         Q       What were you doing there?
12         A       Stock.
13         Q       And how long did you work there?
14         A       Maybe a year or so.
15         Q       Okay.
16                 And then what did you do after that?
17         A       I worked for an entertainment company
18   called Le Masquerade.
19         Q       How long did you work there?
20         A       I was there for about four years.
21         Q       And then after that, what did you do?
22         A       I was a roofer.
23         Q       How long were you a roofer?
24         A       For about 15 years.
25         Q       And were you a roofer out here on the
```

1                           PO W. Kiernan
2   East End?

3           A       No, they were located in Huntington.

4           Q       And your work was in Huntington?

5           A       It was all over.

6           Q       All over Long Island?

7           A       All over Long Island.

8           Q       And was that the last job you had before

9   you joined the police force?

10          A       It was.

11          Q       Okay.

12                  And what is your current job -- your

13  position?

14          A       Officer, police officer.

15          Q       In order to become a police officer, I

16  assume that you have to go to some sort of police

17  academy?

18          A       I did.

19          Q       Where was that?

20          A       Suffolk County Police Academy.

21          Q       And does the Town of Southampton have

22  their own police academy?

23          A       They do not.

24          Q       So if you are an officer for the Town of

25  Southampton, I assume you either go to Suffolk County

PO W. Kiernan

Police Academy or some other?

     A     Correct.

     Q     Do you recall when you entered the academy?

     A     Yes.  September 11th of '06.

     Q     Okay.

     And prior to entering the academy, I assume there was some sort of application process?

     A     There was.

     Q     How long did that take?

     A     Probably over a year.

     Q     And you had to submit, I would assume, written application; is that correct?

     A     That is correct.

     Q     Was there actually a person-to-person interview process?

     A     Yes, there was.

     Q     Okay.

     Do you recall when you submitted the application?

     A     No, I don't recall.

     Q     About a year before September '06?

     A     Yes, at least a year before.

     Q     Okay.

1          PO W. Kiernan

2                    And was that the first time you had

3     applied to become a police officer in any jurisdiction?

4          A       It was.

5          Q       Okay.

6                    And when did you graduate from the police

7     academy?

8          A       March '07.

9          Q       And then once you graduate, is there some

10    sort of -- I can't think of the word -- probationary

11    period?

12         A       There is.

13         Q       How long is that for?

14         A       Six months.

15         Q       Okay.

16                   And then what happens at the end of the

17    six months, are you given a formal review?

18         A       Yes, you are.

19         Q       And did you have that review?

20         A       I did.

21         Q       And did you pass to the next step?

22         A       I did.

23         Q       And was there any other period in which

24    there was some sort of formal review process before you

25    became a full officer, or did that happen at the time

1     PO W. Kiernan

2 that you graduated from the academy?

3    A  No, after the academy, you go on field

4 training for eight weeks.

5    Q  Okay.

6     And that's part of the six-month period?

7    A  That is.

8    Q  And the field training, you are with

9 another officer?

10    A  Correct.

11    Q  Who was that officer?

12    A  Officer Gwinn.

13    Q  Do you know how to spell that?

14    A  G-W-I-N-N.

15    Q  Okay.

16     Since becoming a police officer, have you

17 received any promotions?

18    A  I have not.

19    Q  Have you received any citations?  And I

20 mean that in a positive way.

21    A  In a positive way?

22    Q  Yes.

23    A  Yes, I have.

24    Q  And for what?

25    A  For stopping a burglary in progress.

1         PO W. Kiernan

2      Q      Okay.

3             And where was that?

4      A      In Hampton Bays.

5      Q      And is that the only citation you have

6  received?

7      A      Yes.

8      Q      And other than the police academy

9  training, have you gone for any other courses outside of

10 that?

11     A      Yes.  There's radar school, I've been

12 to --

13     Q      And when you say "radar school," you mean

14 for speeding?

15     A      That's right, radar/laser school,

16 Intoxilyzer school.

17     Q      That's for DWI?

18     A      Yes.

19     Q      Okay.

20            Any other special training?

21     A      No.

22     Q      Now, is the radar school and the

23 Intoxilyzer, is that something that every police officer

24 does?

25     A      Eventually, yes.

1                    PO W. Kiernan

2          Q       Okay.

3                  Did you ever have any -- let me take a

4    step back.

5                  In the course of your duty as a police

6    officer, do you carry a Taser gun?

7          A       I do not.

8          Q       Does it require special training or some

9    sort of certificate in order to carry a Taser?

10         A       I don't know.

11         Q       Okay.

12                 But you have never carried one in your

13   line of duty?

14         A       No..

15         Q       So have you ever received any kind of

16   particular specified training for the use of a Taser?

17         A       No, I haven't.

18         Q       Have you ever witnessed another officer

19   use a Taser gun?

20         A       No.

21         Q       As you sit here today, do you have any

22   independent recollection of the arrest of Tony Bradway?

23         A       No.

24         Q       Okay.

25                 Prior to your testimony this morning, did

PO W. Kiernan

2    you review any documents?

3          A       Yes, I did.

4          Q       I see in front of you you have what's

5    entitled your "Supplementary Report"?

6          A       That is correct.

7          Q       And what's the other page that you have

8    there?

9          A       That's the CAD from that day.

10         Q       What's the CAD?

11         A       The CAD, you know, it gives you the times

12    of that call.

13         Q       And you reviewed these documents this

14    morning?

15         A       Yes, I did.

16         Q       Did you review them prior to this

17    morning?

18         A       Yesterday.

19         Q       And other than your attorney, Ms. DeJong,

20    or any other attorney that represents you in this case

21    for the Town, did you speak to anyone about your

22    deposition testimony this morning?

23         A       No.

24         Q       Okay, so you didn't speak to Officer

25    Sickles?

```
 1                    PO W. Kiernan
 2       A        No, I did not.
 3       Q        And Officer Cagno?
 4       A        No.
 5       Q        Officer Peters?
 6       A        No.
 7       Q        Officer Frankenbach?
 8       A        No.
 9       Q        Officer Montelbano?
10       A        I did not, no.
11       Q        How about your brother, Sergeant Kiernan?
12       A        No.
13       Q        Reading the supplementary report, did
14  that help refresh your recollection as to what happened
15  the date of the incident?
16       A        It did.
17       Q        Okay.
18                And what do you recall about that day?
19       A        Well, I was on a day tour.  It was in
20  Alpha 22.  I was dispatched -- I was on for a couple
21  hours.  Approximately 10:00 or so, I was dispatched to
22  transport a prisoner for Street Crime.
23       Q        And this was June, I believe, 3, 2006 --
24  I mean 2008?
25       A        I don't recall the date.  I have it as
```

1                     PO W. Kiernan

2      the 9th here.

3                              MS. DEJONG:  It's the 9th.

4                              MR. TELESCA:  Okay, I'm sorry.

5                      June 3rd is my parents' anniversary.

6                      Sorry.

7             Q      Okay, so at that point you had been a

8      police officer for approximately a year or so?

9             A      Yes.

10            Q      Okay.

11                   And what is Alpha 22, is that just the

12     zone?

13            A      That is the zone, yes, your sector.

14            Q      And other than looking at your report, do

15     you recall the address where the arrest took place?

16            A      I didn't until I looked at the report.  I

17     knew the street; I didn't know the address until I looked

18     at the report.

19                              MR. TELESCA:  Okay, can we mark

20                      this?  I have another one.  We'll mark

21                      mine.

22                              MS. DEJONG:  Sure.

23                              (Plaintiff's Exhibit 1,

24                      Supplementary Report, was marked for

25                      identification, as of this date.)

```
 1                    PO W. Kiernan
 2          Q        Mr. Kiernan, I'm going to show you what's
 3   been marked as Plaintiff's Exhibit 1.
 4                   Is this the supplementary report that
 5   we've been speaking about (handing)?
 6          A        (Witness peruses document.)
 7                   Yes, it is.
 8          Q        Okay.
 9                   Prior to June 9, 2008 do you recall how
10   many times you transported an arrestee from a -- I'll
11   call it a crime scene, or alleged crime scene, to
12   headquarters?
13          A        No, I don't recall.
14          Q        Okay.
15                   Is that something that happens often?
16          A        Yes.
17          Q        Okay.
18                   And prior to June 9, 2008 had you ever
19   transported an arrestee directly from the, I'll call it,
20   the scene to the hospital?
21          A        Yes, I have.
22          Q        And can you tell me the circumstances
23   under which you took the arrestee to the hospital?
24          A        Yes.  It was a DWI 10, which is a DWI
25   accident, where the person was under arrest for DWI, but
```

1                    PO W. Kiernan

2    needed to go -- needed medical attention.

3         Q        And why did that person need medical

4    attention?

5         A        Due to the car accident; he was bleeding.

6         Q        Okay.

7                   And the fact that they were bleeding, did

8    that lead you to believe that they needed to go to the

9    hospital?

10                       MS. DEJONG:  I'll object to the

11                  form.

12                       MR. TELESCA:  Okay.

13        Q        What led you to conclude --

14        A        He had complaints of pain.

15        Q        Okay.

16                   So he was complaining to you that he was

17   in pain and needed to go to the hospital?

18        A        Correct.

19        Q        Okay.

20                   And that was before June 9, 2008?

21        A        It was.

22        Q        Okay.

23                   Now, subsequent to June 9, 2008, have you

24   ever had the -- has it ever occurred that you transported

25   an arrestee directly from the scene to the hospital?

1                    PO W. Kiernan

2          A        Isn't that what we just went over?

3          Q        No, I thought that was before June 9,

4    2008.

5          A        That was before June 9th.

6          Q        Okay, and now I want to know after

7    June 9, 2008.

8          A        Okay.

9                   No, I don't recall.

10         Q        Okay, if you don't recall, I don't want

11   you to guess.

12         A        Okay.

13         Q        In the course of your training at the

14   police academy or otherwise, did that include some sort

15   of course or training involving when to transport an

16   arrestee directly to headquarters or directly to the

17   hospital?

18         A        No.

19         Q        Okay.

20                  So in the prior occurrence, the person

21   who was arrested for DWI, was it a man or woman?

22         A        It was a man.

23         Q        Was the man -- you said he was

24   complaining of pain.

25         A        (Nodding.)

PO W. Kiernan

1

2      Q      Okay.

3             So is it true that in order to determine

4      whether an arrestee should come directly to headquarters

5      or go to the hospital, you look for signs of distress?

6      A      That's fair, yeah.

7      Q      Okay.

8             Would a person who is exhibiting signs of

9      drug overdose, would that be signs of distress?

10     A      I guess, but I'm not qualified -- I'm not

11     a paramedic.

12     Q      Right.  I understand.  Okay.

13            But if it appeared to you that a person

14     was overdosing, that may be a sign of distress that you

15     should take him directly to the hospital?

16     A      Okay.

17     Q      You would agree with me?

18     A      Yes.

19     Q      Okay.

20            Just to kind of get back to the

21     background, you were directed to go to the scene to

22     transport Mr. Bradway back to headquarters; correct?

23     A      That is correct.

24     Q      Who gave you that order?

25     A      The desk sergeant.

1            PO W. Kiernan

2        Q      Do you recall who the desk sergeant was?

3        A      Sergeant Joyce.

4        Q      Now, is the desk sergeant located in this

5    building at 110 Old Riverhead Road?

6        A      He is.

7        Q      And when you refer to headquarters or HQ,

8    you are referring to this building; correct?

9        A      That is correct.

10       Q      Okay.

11              I think you testified earlier -- correct

12   me if I'm wrong -- that the place of the arrest of Tony

13   Bradway, it was a house?

14       A      It was.

15       Q      Was it a single-family house?

16       A      I'm not sure.

17       Q      Okay.

18              And when you arrived at the house, do you

19   recall, other than Mr. Bradway, who was there?

20       A      I do.

21       Q      Who was there?

22       A      There was Officer Peters, Officer

23   Sickles, Officer Cagno, Officer Frankenbach, there was a

24   male subject in handcuffs there and a female subject, as

25   well.

1                          PO W. Kiernan

2          Q        Was the male subject Tony Bradway?

3          A        At that time I didn't know, but yes.

4          Q        Okay, having the benefit of hindsight --

5          A        It was.

6          Q        But when you arrived at the scene, you

7    saw a man and woman in handcuffs?

8          A        Correct.

9          Q        Were they in the house?

10         A        They were.

11         Q        Where in the house were they?

12         A        I never made it past the foyer.  Officer

13   Peters was right there.  They were seated -- Mr. Bradway

14   was to my right, seated in a chair at a table.

15         Q        Like the kitchen table or dining room

16   table?

17         A        Yeah, I think it was a wooden dining room

18   table.

19         Q        Okay.

20                  Other than the police officers and the

21   male and female that were under arrest, were there any

22   other people there?

23         A        Not that I recall.

24         Q        Okay.

25                  So, other than -- excluding the other

1                    PO W. Kiernan
2    police officers and Mr. Bradway and the female, did you
3    speak to anyone else at the scene on that day?
4            A       No.
5            Q       Okay.
6                    So when you arrived, Mr. Bradway had
7    already been arrested?
8            A       Correct.
9            Q       Do you recall what time that was?
10           A       In between ten and 10:30, I was there.
11           Q       Okay.
12                   And if you look at your supplementary
13   report that's marked as Plaintiff's Exhibit 1, it says
14   you arrived at Greenfield Road at 1028 hours.  That's
15   10:28 in the morning?
16           A       Correct.
17           Q       Okay.
18                   And Mr. Bradway was in handcuffs?
19           A       Yes, he was.
20           Q       How was he handcuffed?
21           A       Rear; behind.
22           Q       Okay, so his arms are behind his back?
23           A       Correct.
24           Q       Is that the customary way that you
25   would --

1        PO W. Kiernan

2    A        Yes.

3                    MS. DEJONG:  You have to let him

4            finish.

5                    THE WITNESS:  I'm sorry.

6                    MS. DEJONG:  You've been doing

7            pretty good.

8    A        Yes, it is.

9    Q        Okay.

10               So is there ever a time when you would

11   handcuff somebody in the front of their torso?

12   A        Rare, but yes.

13   Q        Okay.

14               And why would you do that?

15   A        Occasionally taking prisoners to

16   arraignment, they are handcuffed in the front.

17   Q        But when you arrest somebody at the crime

18   scene, you arrest them with their arms behind their back?

19   A        Correct.

20   Q        Okay.

21               When you entered the home, was Mr.

22   Bradway acting in a threatening manner?

23   A        Not at all.

24   Q        What is your recollection as to his

25   condition?

1           PO W. Kiernan

2           A       He seemed calm.  He was in a discussion

3   with Officer Sickles.

4           Q       And do you recall what they were

5   discussing?

6           A       No, I was at least 20 feet away, across

7   the room.

8           Q       Did it seem like he was under the

9   influence of any narcotic or alcohol?

10          A       Not to my knowledge.

11          Q       Okay.

12                  When you first arrived at the scene --

13  and it's, according to your report, 18 Greenfield Road?

14          A       Okay.

15          Q       Does that refresh your recollection or

16  you don't really have an independent recollection as to

17  the location?

18          A       No, I do.  It was Greenfield Road.

19          Q       Okay.

20                  And where is Greenfield Road in the Town

21  of Southampton?

22          A       It's right off of County Road 39.

23          Q       Okay.

24                  When you arrived at the Greenfield Road

25  address, did you have any conversations with any of the

PO W. Kiernan

```
 1                         PO W. Kiernan
 2   police officers that were there?
 3            A      Yes.
 4            Q      Who did you speak to?
 5            A      Officer Peters.
 6            Q      You spoke to him first?
 7            A      Yes.
 8            Q      And what did he say to you and/or what
 9   did you say to him, if you can recall?
10            A      I don't recall.
11            Q      Okay.
12                   Do you recall the sum and substance of
13   the conversation?
14            A      No.
15            Q      Did you speak with any of the other
16   officers?
17            A      Not at all, just Officer Sickles, a
18   little after.
19            Q      And what do you mean by "a little after"?
20            A      I don't know, like 15 minutes later, he
21   was asking me to transport him to headquarters, and that
22   was it.
23            Q      Okay, when you were at Greenfield Road?
24            A      Okay -- yes, I'm sorry.
25            Q      Okay.
```

1    PO W. Kiernan

2             And other than Officer Sickles telling

3    you to transport Mr. Bradway to HQ, do you recall any

4    other thing he said to you or something you may have said

5    to him?

6         A       No.

7         Q       And at the time, I assume -- who walked

8    Mr. Bradway to the car?

9         A       Me and Officer Sickles.

10        Q       At that time, had Tony Bradway's

11   condition changed at all since you first saw him?

12        A       No.

13        Q       So you arrived at approximately 10:30;

14   correct?

15        A       Correct.

16        Q       Do you recall how long after the time

17   that you arrived that he was placed in the car?

18        A       About 15 minutes.

19        Q       15 minutes, okay.  And his condition

20   seemed the same to you?

21        A       Yes, it did.

22        Q       And he seemed okay?

23        A       Okay, yes.

24        Q       Okay.

25                Do you know why the other officers were

1                         PO W. Kiernan

2    at the house?  Was it to arrest Mr. Bradway or for some

3    other reason?

4         A      I don't know.

5         Q      So other than the specific task of

6    transporting Mr. Bradway to headquarters, at that time

7    you knew nothing, if anything, was happening at the

8    scene?

9         A      That's correct.

10        Q      How about today?

11        A      Yes, I know today.

12        Q      What do you know?

13        A      I know that he was tased --

14        Q      Okay.

15        A      -- because he put narcotics in his mouth,

16   and that's it.

17        Q      Okay.

18               Do you know -- but today do you know if

19   that was the reason why the original officers went to 18

20   Greenfield Road?

21        A      No, I still don't know that.

22        Q      Okay.

23               So you are aware that Mr. Bradway had

24   been -- you said "tased" or "tasered"?

25        A      He was "tased," I said.  Which is

PO W. Kiernan

correct, I'm not sure.

Q       Okay, "tased."

        And it's your understanding that he was
tased because he was attempting to ingest some sort of
narcotic?

A       That is what I found out later.

                MS. DEJONG:  Yeah, I'm going to
                object to the hearsay, but whatever.  You
                can answer it, but for the record, it's
                over objection.

                THE WITNESS:  Okay.

Q       But just to be clear, you didn't see him
get tased?

A       I did not.

Q       And you didn't see him ingest any
narcotic, if any?

A       I did not.

Q       So assuming that occurred, it happened
before you arrived at 18 Greenfield Road?

A       Correct.

Q       Okay.

        Did any of the officers that were there,
or anybody else for that matter, tell you at the time
that you arrived that he had ingested some sort of

1                      PO W. Kiernan

2    narcotic?

3          A      No.   They told me that he attempted to.

4    They said he was tased because he attempted to ingest

5    narcotics.

6          Q      So at that time it was your understanding

7    that he did not actually ingest any drugs?

8          A      I wasn't sure.  I don't know.

9          Q      But from what the other officers told

10   you, he merely attempted; he didn't succeed in swallowing

11   any drugs?

12         A      They didn't clarify that.

13         Q      Okay.

14                And when you transported Mr. Bradway from

15   Greenfield Road to headquarters, were you the only

16   officer in the car?

17         A      I was.

18         Q      So it was just you and Mr. Bradway?

19         A      Correct.

20         Q      Okay.

21                And is that common for one police officer

22   to transport an arrestee from a scene to headquarters?

23         A      Yes, it is.

24         Q      And did you have any conversation with

25   Mr. Bradway?

1                      PO W. Kiernan

2          A        I had just asked him if he would like the

3   window open, to which he replied "No, I'm fine."

4          Q        And his condition, just to be clear, at

5   the point he was put in the car -- I assume in the back

6   seat?

7          A        Correct.

8          Q        -- he appeared to be normal?

9          A        Yes.

10         Q        Okay.

11                  Did that normal condition change at any

12  time while you were on the way from Greenfield Road to

13  headquarters?

14         A        No.

15         Q        And how long did that drive take?

16         A        No more than ten minutes.

17         Q        So he got here approximately -- I don't

18  know, 11:15?  If you want, you can refer to your...

19         A        Yeah, I have 10:55.

20         Q        Oh, okay.

21                  And just to be clear, in your report you

22  reference a Tony "Pedaway."  Is that Tony Bradway?

23         A        Yes.

24         Q        Do you know why it says "Pedaway"?

25         A        I don't know.

1        PO W. Kiernan

2        Q        And when you arrived here, if you can

3   just walk me through, I assume you got out of the car,

4   and you opened the door and took him out of the car?

5        A        Yes, and he got out of the car, we walked

6   into headquarters and entered the detention area.

7        Q        And I assume that's the door that says

8   "Police Officers Only" outside?

9        A        Correct.

10       Q        And when you enter the detention center,

11  what's in the detention center?  Is that where the desk

12  sergeant is?

13       A        No, it's not.

14       Q        Who do you first meet when you get into

15  the detention area?

16       A        Well, the desk sergeant would come to me

17  eventually.

18       Q        And did that happen?

19       A        It did.

20       Q        And who was the desk sergeant?

21       A        Sergeant Joyce.

22       Q        So it's the same sergeant that directed

23  you to Mr. Bradway?

24       A        Correct.

25       Q        And what does Sergeant Joyce say, if

1                   PO W. Kiernan

2    anything?

3         A       I don't recall.

4         Q       So once -- is it true that once Sergeant

5    Joyce entered the detention area that your job was done?

6         A       No, not at that point.

7         Q       So what did you do once you brought

8    Mr. Bradway into the detention area?

9         A       I sat him down -- he sat down on the

10   bench, and his clothes had all white powder on them, so,

11   you know, Sergeant Joyce said to have him come and jump

12   into a jumpsuit and put those clothes into an evidence

13   bag.

14        Q       And you did that?

15        A       I did that, yeah.

16        Q       In your supplementary report marked P-1,

17   the second to last sentence, it says -- I'll just read, I

18   guess, the third to last sentence.

19               It says, "I gave Mr. Pedaway a jumpsuit

20   and he put it on."

21               Do you see that?

22        A       I do.

23        Q       So that's what you just described to me,

24   that you took off his clothes because they were covered

25   in a white substance and you had him put on a jumpsuit.

1                    PO W. Kiernan

2         A       He took off his clothes, yes.

3         Q       And you handcuffed him to a pole in the

4    detention area?

5         A       Correct.

6         Q       And I assume that's common practice?

7         A       Yes, that's correct.

8         Q       And then it says, "At that point,

9    Sergeant Kiernan entered the detention area and told me

10   to go back to my sector."

11                Is that what happened?

12        A       That is what happened.

13        Q       Now, did Sergeant Joyce ever enter the

14   detention area?

15        A       No.

16        Q       Okay.

17                So, I just want to clarify.  Before I

18   thought you had testified that it was Sergeant Joyce who

19   came in the detention area.

20        A       No.  There's a -- the detention area, you

21   go in and the bars close, all right?  There's a hallway.

22   Sergeant Joyce came in and was behind the bars.  He was

23   never in the detention area; he stood behind the bars,

24   which is normal.

25        Q       Okay.

1        PO W. Kiernan

2              And what, if anything, did Sergeant Joyce

3    say to Mr. Bradway?

4        A        I don't recall.

5        Q        Did they have a conversation?

6        A        Not that I recall.

7        Q        How about Sergeant Kiernan, when he

8    entered the detention area, did you have a conversation

9    with him?

10        A        No.  I left seconds -- right after he

11    entered.

12        Q        And did Sergeant Kiernan tell you it was

13    okay to leave at that point?

14        A        He did.

15        Q        And where did you go?

16        A        Back into my sector.

17        Q        Back on patrol?

18        A        Back on patrol.

19        Q        And did you witness Sergeant Kiernan when

20    he entered the detention area have a conversation with

21    Mr. Bradway?

22        A        No.

23        Q        Okay.

24              And at the time that you left the

25    detention area, how would you describe Mr. Bradway's

1           PO W. Kiernan

2    physical condition?

3           A       Normal.

4           Q       How about his mental condition?

5           A       Normal.

6           Q       So at that point it didn't appear to you

7    that he was overdosing or having any sort of mental or

8    physical problem?

9           A       No.

10          Q       And when did you first learn that

11   Mr. Bradway passed away?

12          A       I think it was days later, a couple days

13   later.

14          Q       And do you recall what kind of reaction,

15   if any, you had?

16          A       No, I don't recall.

17          Q       And at that time were you advised by

18   anyone as to the cause of his death?

19          A       No.

20          Q       As you sit here today, do you know the

21   cause of his death?

22          A       No.

23          Q       Since you learned of Mr. Bradway's death,

24   have you had any conversation with any of the officers

25   that were at the Greenfield Road home?

1                    PO W. Kiernan

2          A        Yes.

3          Q        And do you recall the last time you spoke

4    with any of the officers?

5                        MS. DEJONG:  About anything?

6                        MR. TELESCA:  Yeah.  About --

7                        MS. DEJONG:  It's a small

8                    department.

9                        MR. TELESCA:  Okay, about

10                   Mr. Bradway.

11         A        The last time, it was probably with

12   Sergeant Kiernan.

13         Q        And do you recall when that was?

14         A        No, but it was shortly after I found out

15   about what happened.

16         Q        So the last time you spoke about

17   Mr. Bradway with any of the other officers was more than

18   a year ago?

19         A        Yes.

20         Q        Okay.

21                  And do you recall what you spoke about?

22         A        Well, they just -- you know, me being

23   somewhat new, they told me what might be coming, such as

24   this day.  That's all.

25         Q        Okay.

1        PO W. Kiernan

2            And do you recall the last time you spoke

3    with Officer Sickles about Mr. Bradway?

4        A       I don't think I ever did.

5        Q       How about Officer Cagno?

6        A       No, probably just Officer Peters and

7    maybe Sergeant Kiernan.

8        Q       Okay.

9            And when did you last speak to Officer

10   Peters about Mr. Bradway?

11       A       Back then.

12       Q       At or about the time you found out he

13   passed away?

14       A       Yes.

15       Q       Do you recall what you spoke about?

16       A       Same thing, you know, what might be

17   coming.  That's all.

18       Q       And when you say "what might be

19   coming" --

20       A       Depositions.

21       Q       -- the likelihood of a lawsuit?

22       A       Yes.

23       Q       And do you recall the reason, if any,

24   that either Sergeant Kiernan or Officer Peters gave you

25   as to why they thought there may be a lawsuit coming?

1                              PO W. Kiernan

2          A        No.  No.

3          Q        And at the time of -- or on the day of

4     the incident, at that day, did you know which officer had

5     tased Tony Bradway?

6          A        No, that day, I did not.

7          Q        Do you know today?

8          A        I think so.

9          Q        And who was that?

10         A        Officer Sickles.  But I found that out

11    from hearsay as well, not from him.

12         Q        Okay.

13                  How many police officers are in this

14    department, if you know?

15         A        Approximately 80.

16         Q        Approximately 80?

17         A        Yes.

18                           MR. TELESCA:  Can we mark these

19                  as Plaintiff's Exhibits 2 and 3.

20                           (Plaintiff's Exhibit 2,

21                  Interoffice Memorandum dated June 26,

22                  2008 to Captain Tenalia from Police

23                  Officer Kiernan, was marked for

24                  identification, as of this date.)

25                           (Plaintiff's Exhibit 3, Letter

1              PO W. Kiernan

2              to Captain Tenaglia from Sergeant Joyce,

3              was marked for identification, as of this

4              date.)

5       Q      Okay, Mr. Kiernan, I'm going to show you

6   what's been marked as Plaintiff's Exhibit 2 (handing).

7              Do you recognize that document?

8       A      (Witness peruses document.)

9              No, I don't.

10      Q      Have you had time to review the document?

11  I gave your attorney another copy, and I saw that you

12  were looking at it while the court reporter was marking

13  the exhibit.

14             Have you had a chance to read the entire

15  document?

16      A      Yes, I did.

17      Q      By reading the entire document, does it

18  refresh your recollection at all as to what this, I'll

19  call it, memorandum was for?

20      A      Yes.

21      Q      Can you tell me what it was for?

22      A      Suffolk Homicide wanted to interview me,

23  and I received a call that night from a union

24  representative asking if I can ask the homicide

25  detectives to postpone it until they could be present.

PO W. Kiernan
That's all.

        Q       So at some point, were you actually
interviewed by a detective?

        A       I was, yes.

        Q       And that was from the Suffolk County
Police Department?

        A       It was.

        Q       And do you know why the Suffolk County
Police Department -- and I assume this relates to
Mr. Bradway's death?

        A       I would assume so, yes.

        Q       And you were actually interviewed?

        A       I was.

        Q       And do you know why the Suffolk County
Police Department was investigating Mr. Bradway's death?

        A       No.

        Q       Okay.

                And do you recall when you were
interviewed?

        A       No.

        Q       And do you recall how long the interview
lasted?

        A       Minutes, a few minutes.

        Q       And I assume they asked you similar

PO W. Kiernan

questions to what I asked you today, your role in the --

      A      Yes.

      Q      Okay.

            I'm also going to show you what's been marked as Plaintiff's Exhibit 3 (handing).

            Have you had a chance to review that document?

      A      (Witness peruses document.)

            Yes, I have.

      Q      Now, that's not something that you created; correct?

      A      Correct.

      Q      That's Sergeant Joyce, who we spoke about earlier?

      A      Yes.

      Q      And do you know if Sergeant Joyce was also interviewed?

      A      I don't know.

      Q      Okay.

            Other than looking at this document, it seems that he was --

      A      I don't know.

      Q      -- but you don't have any independent knowledge of that?

1                         PO W. Kiernan

2          A        He wasn't there when I was interviewed.

3          Q        And Officer Peters, do you know if he was

4     interviewed?

5          A        He was there when I was interviewed -- he

6     wasn't in the room, but he was there.  Sorry.

7          Q        Was he interviewed before or after you,

8     if you recall?

9          A        He was interviewed before me.

10                        MR. TELESCA:  Okay, I have

11                   nothing further.

12                        (Time noted:  10:39 a.m.)

13

14

15

16

17

18

19

20

21

22

23

24

25

A C K N O W L E D G M E N T

STATE OF NEW YORK)

                    :ss

COUNTY OF              )


    I, POLICE OFFICER WILLIAM KIERNAN, hereby certify that I have read the transcript of my testimony taken under oath in my deposition of May 17, 2010; that the transcript is a true and complete record of my testimony, and that the answers on the record as given by me are true and correct.


_____

POLICE OFFICER WILLIAM KIERNAN


Signed and subscribed to before me this

_____ day of _____, 2010.


_____

Notary Public, State of New York

INDEX TO TESTIMONY

WITNESS                    EXAMINATION BY              PAGE

William Kiernan      Mr. Telesca                       4

INDEX TO EXHIBITS

PLAINTIFF'S
EXHIBITS           DESCRIPTION              PAGE

1                  Supplementary Report        17

2                  Interoffice Memorandum       40
                   dated June 26, 2008 to
                   Captain Tenalia from
                   Police Officer Kiernan

3                  Letter to Captain            40
                   Tenaglia from Sergeant
                   Joyce

ERRATA SHEET FOR THE TRANSCRIPT OF:
Case Name: Bradway v. Town of Southampton, Et Al
Deposition Date: May 17, 2010
Deponent: Police Officer William Kiernan
Place: 110 Old Riverhead Road,
       Hampton Bays, New York

CORRECTIONS

PG    LN    NOW READS         SHOULD READ     REASON FOR
___   ___   _____        _____      _____

___   ___   _____        _____      _____

___   ___   _____        _____      _____

___   ___   _____        _____      _____

___   ___   _____        _____      _____

___   ___   _____        _____      _____

___   ___   _____        _____      _____

___   ___   _____        _____      _____

___   ___   _____        _____      _____

___   ___   _____        _____      _____

___   ___   _____        _____      _____

___   ___   _____        _____      _____

___   ___   _____        _____      _____

_____     _____
Date                        Signature
Subscribed and sworn to before me
this        day of            2010.

_____
     (NOTARY PUBLIC)

1

2                C E R T I F I C A T E

3

4           I, LORI ANNE CURTIS, a Notary Public in and for

5       the State of New York, do hereby certify:

6           THAT the witness(es) whose testimony is

7       hereinbefore set forth, was duly sworn by me; and

8           THAT the within transcript is a true record of

9       the testimony given by said witness(es).

10          I further certify that I am not related, either

11      by blood or marriage, to any of the parties in this

12      action; and

13          THAT I am in no way interested in the outcome of

14      this matter.

15          IN WITNESS WHEREOF, I have hereunto set my hand

16      this 27th day of May, 2010.

17

18

19

        LORI ANNE CURTIS

20

21

22

23

24

25