

**RUSKIN MOSCOU FALTISCHEK** P.C.
*Counselors at Law*

Writer's Direct Dial: (516) 663-6670
Writer's Direct Fax: (516) 663-6870
Writer's E-Mail: ttelesca@rmfpc.com

February 6, 2012

**By ECF and Regular Mail**

The Honorable Joseph F. Bianco, U.S.D.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re:    *Bradway v. The Town of Southampton, et al.*
            09-cv-3177 (JFB) (ARL)

Dear Judge Bianco:

    This firm represents plaintiff, Tina Bradway, in the above-referenced matter. We are happy to report that this matter has settled in principle, subject to approval by the Board of the Town of Southampton. Once the Town Board approves the settlement, we will be submitting an application to the Court for the approval of the settlement under the EPTL § 5-4.6.

    Thank you for your assistance in the resolution of this matter.

                                                    Respectfully submitted,

                                                    Thomas A. Telesca
                                                    For the Firm

cc:    Jeltje DeJong, Esq.

521089