# DEVITT SPELLMAN BARRETT, LLP
ATTORNEYS AND COUNSELLORS AT LAW
50 Route 111
Smithtown, New York 11787
Phone: (631) 724-8833
Fax: (631) 724-8010
Email: info@devittspellmanlaw.com

| | |
|---|---|
| THOMAS J. SPELLMAN, JR. | ANDRE N. POULIS |
| WILLIAM J. BARRETT | KENNETH M. SEIDELL |
| KEVIN M. SPELLMAN | |
| JELTJE de JONG | STEPHAN D. TRACE |
| DIANE K. FARRELL | KELLY E. WRIGHT |
| FRANCIS J. TIERNEY | NICHOLAS M. BRINO |
| DAVID S. PALLAI | THOMAS SICA |
| JOHN M. DENBY | CHARLES W. BORGHARDT |
| DAVID H. ARNTSEN | JOSHUA S. SHTEIERMAN |
| _Retired_ | _Of Counsel_ |
| JOSEPH P. DEVITT | STEFANIE AFFRONTI |
| | DEBORAH C. ZACHARY |

April 30, 2012

Honorable Joseph F. Bianco, District Court Judge
United States District Court
100 Federal Plaza
Central Islip, New York   11722

RE:   Bradway v. Town of Southampton et al
      CV-09-3177

Dear Judge Bianco:

In response to this Court's request for a status report regarding the above referenced matter. Please be advised that the matter was settled, to the extent that the town board approved the settlement and stipulations and a general release were exchanged.

There was a technical hurdle with regard to the issuance of the check, which has been resolved by the parties.  The check should be issued on May 9, 2012 and received within a few days after that.

Thank you for the courtesies extended herein.

                                             Very truly yours,

                                             DEVITT SPELLMAN BARRETT, LLP
                                                         /s/
                                             Jeltje deJong


Cc:   Thomas Telesca, Esq. (VIA ECF)